IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

---

In re:

  THE LITTLE MINT, INC.,      Case No. 24-04510-5-JNC
                     Chapter 11

      Debtor.

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

---

  **PLEASE TAKE NOTICE** that **TRACK WEST PARTNERS** ("Track West") and the following related entities, **TWP BRUNSWICK RETAIL, LLC, TWP PCP FAY RETAIL, LLC, TWP LAW RETAIL, LLC, TWP PCP LOC I RETAIL, LLC, TWP MF RETAIL, LLC, TWP PCP STATE RETAIL, LLC, TWP WAY RETAIL, LLC, TWP WYLIE RETAIL, LLC, TWP PCP GALL RETAIL, LLC, TWP PCP ATHTX RETAIL, LLC, TWP PCP MARION RETAIL, LLC** (collectively, the "TWP Related Entities", together with Track West, "TWP") hereby request as provided in 11 U.S.C. § 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

    Brian D. Darer, Esq.
    Parker Poe Adams & Bernstein LLP
    301 Fayetteville Street, Suite 1400
    Raleigh, North Carolina 27601
    Telephone: (919) 828-0564

  **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

  **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of TWP's (i) right to have final orders in noncore matters entered only after *de novo* review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which TWP is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments TWP expressly reserves. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Eastern District of North Carolina, all of which rights are reserved without prejudice.

  This the 8th day of January, 2025.

            /s/ Brian D. Darer, Esq.
            Brian D. Darer, Esq. (NC Bar No. 25383)
            Parker Poe Adams & Bernstein LLP
            301 Fayetteville Street, Suite 1400
            Raleigh, North Carolina 27602
            Telephone: (919) 828-0564

PPAB 11864827v1

briandarer@parkerpoe.com
*Attorneys for TWP*

PPAB 11864827v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Jason L. Hendren
Rebecca F. Redwine
Lydia C. Stoney
Benjamin E.F.B. Waller
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
*Attorneys for Debtor*

Brian Behr
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

This the 8th day of January, 2025.

/s/ Brian D. Darer, Esq.
Brian D. Darer, Esq. (NC Bar No. 25383)
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27602
Telephone: (919) 828-0564
briandarer@parkerpoe.com
*Attorneys for TWP*

PPAB 11864827v1