**Fill in this information to identify the case:**

Debtor name: **The Little Mint, Inc.**

United States Bankruptcy Court for the <u>Eastern</u> Division, District of <u>North Carolina</u>

Case number (If known): <u>24-04510</u>

☐ **Check if this is an amended filing**

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | |
| --- | --- |
| 1a. **Real property:** <br> Copy line 88 from Schedule A/B | $ 0.00 |
| 1b. **Total personal property:** <br> Copy line 91A from Schedule A/B | $ 1,901,728.45 |
| 1c. **Total of all property:** <br> Copy line 92 from Schedule A/B | $ 1,901,728.45 |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $ 11,870,859.84

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F — $ 984,197.20

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F — + $ 6,593,107.46

4. **Total liabilities:**
   Lines 2 + 3a + 3b — $ 19,448,164.50

**Fill in this information to identify the case:**

Debtor name: The Little Mint, Inc.

United States Bankruptcy Court for the <u>Eastern</u> Division, District of <u>North Carolina</u>

Case number (If known): 24-04510

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Horizon Bank | Operating Account | 8825 | $ 0.00 |
| 3.2. | First Horizon Bank | Payroll Account | 6790 | $ 0.00 |
| 3.3. | First Horizon Bank | Gift Card Account | 8888 | $ 0.00 |
| 3.4. | Charles Schwab | Brokerage | 9114 | $ 0.00 |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 0.00

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0.00

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11 a. 90 days old or less: | $ 17,950.45 | - | $ 0.00 | = → | $ 17,950.45 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11 b. Over 90 days old: | $ 0.00 | - | $ 0.00 | = → | $ 0.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 17,950.45

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.

   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

| | | | | |
|---|---|---|---|---|
| 19.1. Food inventory | | $ Unknown | Recent cost | $ 45,000.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.      $ 45,000.00

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No.

   ☑ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No.

   ☑ Yes.

   Book value    Unknown    Valuation method    Recent Cost    Current value    $40,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No.

   ☐ Yes.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | $ 0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1. Office furniture and fixtures in headquarters | $            Unknown | Liquidation Value | $            7,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1. Office equipment and electronics in headquarters | $            Unknown | Liquidation Value | $            3,000.00 |

**42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $ 10,000.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.

☐ Yes.

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

- [x] No.
- [ ] Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

- [ ] No. Go to Part 9.
- [x] Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| 47.1. | See Attached Exhibit AB47 | $ | | $ 345,845.00 |
|---|---|---|---|---|

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| 50.1. | See Attached SOAL Exhibit AB 50 | $   Unknown Liquidation Value | $ 990,000.00 |
|---|---|---|---|

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$ 1,335,845.00

52. Is a depreciation schedule available for any of the property listed in Part 8?

- [x] No.
- [ ] Yes.

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

- [x] No.
- [ ] Yes.

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

- [ ] No. Go to Part 10.
- [x] Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| 55.1. | See attached Exhibit AB55 | Lease | $   Undetermined | N/A | $   Undetermined |
|---|---|---|---|---|---|

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. Hwy 55 | $ Unknown | N/A | $ Unknown |
| 60.2. Recipes | $ Unknown | N/A | $ Unknown |
| 61. **Internet domain names and websites** | | | |
| 61.1. hwy55.com | $ Unknown | N/A | $ Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1. Franchise locations detailed on Schedule G | $ Unknown | N/A | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No.

☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.

☐ Yes.

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No.

☐ Yes.

---

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. Notes receivable

| Owner finance of 7 franchise locations | $ 492,933.00 | - | $ 0.00 | = → | $ 492,933.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible accounts | | |

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 492,933.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No.

☐ Yes.

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 0.00 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 0.00 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 17,950.45 | |
| 83 . Investments. Copy line 17, Part 4. | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 45,000.00 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 10,000.00 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 1,335,845.00 | |
| 88 . Real property. Copy line 56, Part 9. | | Undetermined |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | $ 0.00 | |
| 90 . All other assets. Copy line 78, Part 11. | $ 492,933.00 | |
| 91 . Total. Add lines 80 through 90 for each column. | 91a. $ 1,901,728.45 + | 91b. $ 0.00 + Undetermined |
| 92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92 | | 1,901,728.45 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 47

## AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, OR TITLED FARM VEHICLES

**The Little Mint, Inc.**
**Case No. 24-04510**
**Schedule A/B Question 47: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|------|------|-------|---------------------------------------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 2004 | INTERNATIONAL | | | $ 7,000.00 | Net Book Value | $ 7,000.00 |
| 2005 | GMC | 1500 SIERRA | | $ 7,000.00 | Net Book Value | $ 7,000.00 |
| 2014 | FORD | FUSION 4S | | $ 9,995.00 | Net Book Value | $ 9,995.00 |
| 2014 | NISSAN | ROGUE | | $ 5,810.00 | Net Book Value | $ 5,810.00 |
| 2017 | FORD | EXPLORER | | $ 15,599.00 | Net Book Value | $ 15,599.00 |
| 2018 | FORD | FOCUS SE | | $ 7,510.00 | Net Book Value | $ 7,510.00 |
| 2019 | FORD | TRANSIT | | $ 22,000.00 | Net Book Value | $ 22,000.00 |
| 2020 | FORD | EDGE | | $ 18,994.00 | Net Book Value | $ 18,994.00 |
| 2020 | FORD | FS | | $ 14,180.00 | Net Book Value | $ 14,180.00 |
| 2020 | FORD | FUSION | | $ 17,625.00 | Net Book Value | $ 17,625.00 |
| 2020 | FORD | FUSION | 3FA6P0CD8LR122281 | $ 13,217.00 | Net Book Value | $ 13,217.00 |
| 2021 | FORD | ESCAPE SE | | $ 18,160.00 | Net Book Value | $ 18,160.00 |
| 2021 | FORD | EXPEDITION | | $ 50,030.00 | Net Book Value | $ 50,030.00 |
| 2021 | UTILITY | TRAILER | | $ 1,500.00 | Net Book Value | $ 1,500.00 |
| 2023 | CHEVROLET | TAHOE | | $ 60,950.00 | Net Book Value | $ 60,950.00 |
| 2023 | CHEVROLET | TAHOE | 1GNSKTKL5PR320052 | $ 72,025.00 | Net Book Value | $ 72,025.00 |
| 2023 | UTILITY | TRAILER | | $ 4,250.00 | Net Book Value | $ 4,250.00 |
| **Grand Total** | | | | **$ 345,845.00** | | **$ 345,845.00** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)

The Little Mint, Inc.
Case No. 24-04510
Schedule AB Question 50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General Description | Net Book Value of Debtor's Interest (Where Available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Kitchen equipment, computer equipment, furniture and fixtures located in Ahoskie, NC | Unknown | Liquidation Value | $10,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Butte, MT | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Crossville, TN | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Elizabeth City, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Fayetteville, NC | Unknown | Liquidation Value | $10,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Fort Payne, AL | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Gallatin, TN | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Goldsboro(III), NC | Unknown | Liquidation Value | $10,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Hartsville, SC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Hinesville, GA | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Jacksonville, FL | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Kingsland, GA | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Laurinburg, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Live Oak, FL | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Lumberton, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Mocksville, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Morehead City, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Mt. Olive, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in New Bern, NC | Unknown | Liquidation Value | $10,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Rocky Mount, NC | Unknown | Liquidation Value | $10,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Weaverville, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Roanoke Rapids, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Brunswick, GA | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Florence, AL | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Guntersville, AL | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Lawrenceburg, TN | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Locust, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Mufreesboro, TN | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Muscle Shoals, AL | Unknown | Liquidation Value | $10,000.00 |

**The Little Mint, Inc.**
**Case No. 24-04510**
**Schedule AB Question 50: Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General Description | Net Book Value of Debtor's Interest (Where Available) | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Kitchen equipment, computer equipment, furniture and fixtures located in Waycross, GA | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Wylie, TX | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Boaz, AL | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Zachary, LA | Unknown | Liquidation Value | $0.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Denham Springs, LA | Unknown | Liquidation Value | $0.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Ennis, TX | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Marion, NC | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures located in Athens, TX | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures location in Statesville, NC * | Unknown | Liquidation Value | $30,000.00 |
| Kitchen equipment, computer equipment, furniture and fixtures location in Fayetteville, TN | Unknown | Liquidation Value | $30,000.00 |
| **Grand Total** | **Unknown** | | **$990,000.00** |

*Equipment was relocated to Mt. Olive HQ*

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 9, QUESTION 55

ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR
LAND WHICH THE DEBTOR OWNS OR IN WHICH THE
DEBTOR HAS AN INTEREST

**The Little Mint, Inc.**
**Case No. 24-04510**
**Schedule A/B Question 55: Any building, other improved real estate, or land which the debtor owns or in which debtor has an interest**

| Description and Location of Property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Restaurant Location: Ahoskie, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Butte, MT | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Crossville, TN | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Elizabeth City, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Fayetteville, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Fort Payne, AL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Gallatin, TN | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Goldsboro(III), NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Hartsville, SC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Hinesville, GA | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Jacksonville, FL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Kingsland, GA | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Laurinburg, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Live Oak, FL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Lumberton, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Mocksville, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Morehead City, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Mt. Olive, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: New Bern, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Rocky Mount, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Weaverville, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Roanoke Rapids, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Brunswick, GA | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Florence, AL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Guntersville, AL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Lawrenceburg, TN | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Locust, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Mufreesboro, TN | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Muscle Shoals, AL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Waycross, GA | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Wylie, TX | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Boaz, AL | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Zachary, LA | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Denham Springs, LA | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Ennix, TX | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Marion, NC | Lease | Undetermined | N/A | Undetermined |
| Restaurant Location: Athens, TX | Lease | Undetermined | N/A | Undetermined |
| **Grand Total** | | **Undetermined** | **N/A** | **Undetermined** |

Fill in this information to identify the case:

Debtor name: **The Little Mint, Inc.**

United States Bankruptcy Court for the **Eastern** Division, District of **North Carolina**

Case number (If known): **24-04510**

☑ Check if this is an amended filing

*Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract.*

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |
| **2.1 Creditor's name**<br>Advantage Leasing<br>**Creditor's mailing address**<br>Attn: Managing Agent<br>13400 Bishops's Ln, Ste 280<br>Brookfield, WI 53005<br>**Creditor's email address, if known**<br><br>Date debt was incurred    08/25/2023<br>Last 4 digits of account number   __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines<br><br>**Describe debtor's property that is subject to a lien**<br>Equipment finance- Wylie, TX<br>**Describe the lien**<br>UCC-1; Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☑ No.<br>☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| **2.2 Creditor's name**<br>Advantage Leasing<br>**Creditor's mailing address**<br>Attn: Managing Agent<br>13400 Bishops's Ln, Ste 280<br>Brookfield, WI 53005<br>**Creditor's email address, if known**<br><br>Date debt was incurred    09/11/2024<br>Last 4 digits of account number   __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines<br><br>**Describe debtor's property that is subject to a lien**<br>Equipment finance- Laurinburg, NC, Murfreesboro, NC, Jacksonville, FL & Lumberton, NC<br>**Describe the lien**<br>UCC-1; Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☑ No.<br>☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,715.00 | Unknown |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $11,870,859.84

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---------|-----------------|--|--|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Alliance

Creditor's mailing address
Attn: Managing Agent
17542 17th St, Ste 200
Tustin, CA 92780

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    8 3 2 7

Do multiple creditors have an interest in the same property?
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
Equipment Lease
Is the creditor an insider or related party?
- ☑ No.
- ☐ Yes.
Is anyone else liable on this claim?
- ☑ No.
- ☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| $12,272.00 | Unknown |
|------------|---------|

---

**2.4** Creditor's name
Alliance

Creditor's mailing address
Attn: Managing Agent
17542 17th St, Ste 200
Tustin, CA 92780

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    7 7 8 0

Do multiple creditors have an interest in the same property?
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
Equipment Lease
Is the creditor an insider or related party?
- ☑ No.
- ☐ Yes.
Is anyone else liable on this claim?
- ☑ No.
- ☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| $139,615.00 | Unknown |
|-------------|---------|

---

**2.5** Creditor's name
Alliance

Creditor's mailing address
Attn: Managing Agent
17542 17th St, Ste 200
Tustin, CA 92780

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    8 5 3 1

Do multiple creditors have an interest in the same property?
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment Finance
Describe the lien
Equipment Lease
Is the creditor an insider or related party?
- ☑ No.
- ☐ Yes.
Is anyone else liable on this claim?
- ☑ No.
- ☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| $180,776.00 | Unknown |
|-------------|---------|

---

Debtor _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.6** Creditor's name
Alliance

**Creditor's mailing address**
Attn: Managing Agent
17542 17th St, Ste 200
Tustin, CA 92780

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   7 8 9 4

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $12,912.00 | Unknown |

---

**2.7** Creditor's name
Alliance

**Creditor's mailing address**
Attn: Managing Agent
17542 17th St, Ste 200
Tustin, CA 92780

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   6 9 7 1

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $36,568.00 | Unknown |

---

**2.8** Creditor's name
Alliance

**Creditor's mailing address**
Attn: Managing Agent
17542 17th St, Ste 200
Tustin, CA 92780

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   6 8 8 5

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| $239,215.00 | Unknown |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        Page 3 of 45

Debtor _____ Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name

Ally Financial

Creditor's mailing address

Attn: Managing Agent
P.O. Box 9001948
Louisville, KY 40290

Creditor's email address, if known

_____

| Date debt was incurred | 03/31/2023 |
|---|---|

Last 4 digits of account number    9 6 1 7

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

2023 Chevrolet Tahoe VIN: 1GNSKTKL5PR320052

Describe the lien

Vehicle Purchase Agreement

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,161.44     Unknown

---

**2.10** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

_____

| Date debt was incurred | 05/21/2021 |
|---|---|

Last 4 digits of account number    1 0 0 9

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Elizabeth City

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,054.50     Unknown

---

**2.11** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

_____

| Date debt was incurred | 07/15/2021 |
|---|---|

Last 4 digits of account number    1 0 1 6

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Mount Olive, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,434.00     Unknown

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       Page 4 of 45

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---------|-----------------|--|--|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

| Date debt was incurred | 07/15/2021 |
|---|---|

Last 4 digits of account number    1 0 1 5

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Crossville, TN
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$136,629.84        Unknown

**2.13** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

| Date debt was incurred | 08/06/2021 |
|---|---|

Last 4 digits of account number    1 0 1 9

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Fayetteville, NC
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$109,810.08        Unknown

**2.14** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

| Date debt was incurred | 08/06/2021 |
|---|---|

Last 4 digits of account number    1 0 2 0

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Lenior, NC (paid by franchisee)
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        Unknown

Debtor _____
        Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

_____

Date debt was incurred          08/06/2021

Last 4 digits of account number    1 0 1 3

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Dehnam Springs, LA
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$92,951.38      Unknown

---

**2.16** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

_____

Date debt was incurred          04/13/2022

Last 4 digits of account number    2 0 0 2

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Brunswick, GA
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$163,629.84      Unknown

---

**2.17** Creditor's name

American Commerce Bank

Creditor's mailing address

Attn: Managing Agent/Officer
P.O. Box 309
Bremen, GA 30110

Creditor's email address, if known

_____

Date debt was incurred          05/11/2022

Last 4 digits of account number    2 0 0 3

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Morehead City, NC
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,162.64      Unknown

---

| Part 1: | Additional Page | | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.18** Creditor's name

AMUR Equipment Finance, Inc

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2555
Grand Island, NE 68801

Creditor's email address, if known

Date debt was incurred          03/29/2021

Last 4 digits of account number     7 1 9 5

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and
　　　its relative priority.
　　☐ Yes. The relative priority of creditors is specified on
　　　lines

Describe debtor's property that is subject to a lien

Equipment finance- Ennis, TX

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$54,794.41          Unknown

---

**2.19** Creditor's name

AMUR Equipment Finance, Inc

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2555
Grand Island, NE 68802

Creditor's email address, if known

Date debt was incurred          08/29/2024

Last 4 digits of account number     5 1 1 8

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and
　　　its relative priority.
　　☐ Yes. The relative priority of creditors is specified on
　　　lines

Describe debtor's property that is subject to a lien

Equipment finance- Florence, AL

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$140,238.24          Unknown

---

**2.20** Creditor's name

AMUR Equipment Finance, Inc

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2555
Grand Island, NE 68801

Creditor's email address, if known

Date debt was incurred          11/03/2023

Last 4 digits of account number     2 1 6 1

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and
　　　its relative priority.
　　☐ Yes. The relative priority of creditors is specified on
　　　lines

Describe debtor's property that is subject to a lien

Equipment finance- Live Oak, FL

Describe the lien

UCC-1

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$95,563.26          Unknown

---

Debtor _____ Case number _____
        Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** Creditor's name
Ascentium Capital
Creditor's mailing address
Attn: Managing Agent
23970 Hwy 59 N
Kingwood, TX 77339
Creditor's email address, if known

Date debt was incurred          12/27/2021

Last 4 digits of account number    0 1 9 9

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$64,443.86          Unknown

---

**2.22** Creditor's name
Ascentium Capital
Creditor's mailing address
Attn: Managing Agent
23970 Hwy 59 N
Kingwood, TX 77339
Creditor's email address, if known

Date debt was incurred          11/01/2021

Last 4 digits of account number    4 6 4 8

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Greenville, NC (paid by franchisee)
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,845.25          Unknown

---

**2.23** Creditor's name
Ascentium Capital
Creditor's mailing address
Attn: Managing Agent
23970 Hwy 59 N
Kingwood, TX 77339
Creditor's email address, if known

Date debt was incurred          11/19/2021

Last 4 digits of account number    5 4 8 7

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$101,648.56          Unknown

---

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.24** Creditor's name
Austin Business Finance, LLC
Creditor's mailing address
Attn: Managing Agent
1949 S I-35 Frontage Rd, Ste 300
Austin, TX 78741
Creditor's email address, if known

Date debt was incurred       05/15/2024

Last 4 digits of account number      _ _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
  ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien
Blanket Lien- Creditor POC claim; Debtor reserves right to
object
Describe the lien
UCC-1
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$554,343.99 | Unknown

**2.25** Creditor's name
Balboa Capital
Creditor's mailing address
Attn: Managing Agent
575 Anton Blvd, 12th Fl
Costa Mesa, CA 92626
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number      - 0 0 0

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
  ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,261.23 | Unknown

**2.26** Creditor's name
Balboa Capital
Creditor's mailing address
Attn: Managing Agent
575 Anton Blvd, 12th Fl
Costa Mesa, CA 92626
Creditor's email address, if known

Date debt was incurred       03/31/2023

Last 4 digits of account number      - 0 0 2

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
  ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,243.07 | Unknown

Debtor _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | | |
|---|---|---|---|---|
| **2.27** | Creditor's name<br>Beach Hutch, LLC | Describe debtor's property that is subject to a lien<br>Equipment finance- Zachary, LA | $139,452.00 | Unknown |

Creditor's mailing address
Attn: Managing Agent
4700 Pemberton Dr
Raleigh, NC 27609

Creditor's email address, if known

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

Date debt was incurred        08/04/2021

Last 4 digits of account number      1 0 1 4

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

---

| | | | | |
|---|---|---|---|---|
| **2.28** | Creditor's name<br>Beach Hutch, LLC | Describe debtor's property that is subject to a lien<br>Equipment finance- Statesville, NC | $85,862.00 | Unknown |

Creditor's mailing address
Attn: Managing Agent
4700 Pemberton Dr
Raleigh, NC 27609

Creditor's email address, if known

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

Date debt was incurred        05/11/2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

---

| | | | | |
|---|---|---|---|---|
| **2.29** | Creditor's name<br>Bryn Mawr Equipment Finance, Inc | Describe debtor's property that is subject to a lien<br>Custard machine | Unknown | Unknown |

Creditor's mailing address
Attn: Managing Agent
620 W Germantown Pike, Ste 310
Plymouth Meeting, PA 19462

Creditor's email address, if known

Describe the lien
Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

Date debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 10 of 45

| Debtor | | | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.30** Creditor's name

Centra Funding, LLC

Creditor's mailing address

Attn: Managing Agent
1400 Preston Rd, Ste 115
Plano, TX 75093

Creditor's email address, if known

Date debt was incurred          06/19/2024

Last 4 digits of account number      9 4 3 8

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Weaverville, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$82,043.75**     **Unknown**

---

**2.31** Creditor's name

Channel Parterns Capital, LLC

Creditor's mailing address

Attn: Managing Agent
10900 Wayazta Blvd, Ste 300
Hopkins, MN 55305

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number      5 - 1 M

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**$156,613.80**     **Unknown**

---

**2.32** Creditor's name

Corporation Service Co

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Creditor's email address, if known

Date debt was incurred          07/19/2022

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **Unknown**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 11 of 45 |
|---|---|---|

Debtor _____
            Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33** Creditor's name

Corporation Service Co

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Creditor's email address, if known

_____

Date debt was incurred          11/16/2022

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and
       its relative priority.

    ☐ Yes. The relative priority of creditors is specified on
       lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

**2.34** Creditor's name

Corporation Service Co

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Creditor's email address, if known

_____

Date debt was incurred          10/31/2022

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and
       its relative priority.

    ☐ Yes. The relative priority of creditors is specified on
       lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

**2.35** Creditor's name

Corporation Service Co

Creditor's mailing address

Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708

Creditor's email address, if known

_____

Date debt was incurred          01/17/2023

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and
       its relative priority.

    ☐ Yes. The relative priority of creditors is specified on
       lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         Page 12 of 45

Debtor _____
                Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.36** Creditor's name
Corporation Service Co
Creditor's mailing address
Attn: Managing Agent
P.O. Box 2576
Springfield, IL 62708
Creditor's email address, if known

Date debt was incurred       02/15/2023

Last 4 digits of account number      _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

---

**2.37** Creditor's name
CT Corporation System
Creditor's mailing address
Attn: Managing Agent
330 N Brand Blvd, Ste 700
Glendale, CA 91203
Creditor's email address, if known

Date debt was incurred       08/11/2020

Last 4 digits of account number     1 5 7 7

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

---

**2.38** Creditor's name
CT Corporation System
Creditor's mailing address
Attn: Managing Agent
330 N Brand Blvd, Ste 700
Glendale, CA 91203
Creditor's email address, if known

Date debt was incurred       12/09/2022

Last 4 digits of account number      _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Gallatin, TN
Describe the lien
UCC-1
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

---

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.39** Creditor's name

CT Corporation System

Creditor's mailing address

Attn: Managing Agent
330 N Brand Blvd, Ste 700
Glendale, CA 91203

Creditor's email address, if known

_____

Date debt was incurred          10/04/2023

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

**2.40** Creditor's name

CT Corporation System

Creditor's mailing address

Attn: Managing Agent
330 N Brand Blvd, Ste 700
Glendale, CA 91203

Creditor's email address, if known

_____

Date debt was incurred          08/22/2024

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

**2.41** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          07/28/2020

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Rocky Mount, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

| Debtor | Name | |
|---|---|---|

| Part 1: | Additional Page | | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.42** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

| Date debt was incurred | 08/05/2020 |
|---|---|

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- James City, NC (paid by franchisee)
STORE CLOSED

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

**2.43** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

| Date debt was incurred | 08/05/2020 |
|---|---|

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Beaulaville, NC (paid by franchisee)

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

**2.44** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

| Date debt was incurred | 08/05/2020 |
|---|---|

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Helena, MT (paid by franchisee)

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.

Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

---

Official Form 206D                    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    Page 15 of 45

Debtor _____
Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.45** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred         08/05/2020

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Hampsted, NC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.46** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred         08/21/2020

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Albemarle, NC (paid by franchisee) STORE CLOSED

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.47** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred         08/21/2020

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Pittsboro, NC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

| Part 1: | Additional Page | | Column A
Amount of claim
Do not deduct the value of collateral | Column B
Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.48** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred     09/03/2020

Last 4 digits of account number   _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien

Equipment finance- Morehead City, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00       Unknown

---

**2.49** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred     09/03/2020

Last 4 digits of account number   _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien

Equipment finance- Shalotte, NC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00       Unknown

---

**2.50** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred     09/03/2020

Last 4 digits of account number   _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien

Equipment finance- Nashville, NC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00       Unknown

---

Debtor _____  Case number (if known)_____
        Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.51** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/03/2020

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Goldsboro, NC, Mt. Olive, NC, New Bern, NC, Greenville (III), NC, Wallace, NC, Garner, NC, Goldsboro, NC, Hope Mills, NC, Castyle Hayne, NC, Goldsboro (III), NC, Elizabeth City, NC, Durham, NC, Conover, NC, Fayetteville

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| $0.00 | Unknown |

---

**2.52** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/24/2020

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Kinston, NC (paid by franchisee)

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| $0.00 | Unknown |

---

**2.53** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred          09/24/2020

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Kenly, NC (paid by franhisee)

Describe the lien
UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| $0.00 | Unknown |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 18 of 45

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.54 Creditor's name**
Data Systems, Inc
**Creditor's mailing address**
Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137
**Creditor's email address, if known**

_____

**Date debt was incurred**        09/24/2020

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
        its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
        lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Emerald Isle, NC (paid by franchisee)
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

**2.55 Creditor's name**
Data Systems, Inc
**Creditor's mailing address**
Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137
**Creditor's email address, if known**

**Date debt was incurred**        11/11/2020

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
        its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
        lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Wilson (II & III), NC, Waygross, GA,
Locust, NC, Lumberton, NC, Stantonsburg, NC, Lumberton,
NC, Stedman, NC, Hillsborough, NC, Burlington, NC, Marion,
NC, Kingsland, GA, Winston Salem, NC
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

**2.56 Creditor's name**
Data Systems, Inc
**Creditor's mailing address**
Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137
**Creditor's email address, if known**

_____

**Date debt was incurred**        12/18/2020

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
        its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
        lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Columbia, NC & Pikeville, NC
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 19 of 45

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.57** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred     01/08/2021

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Chersaw, SC, Palm City, FL, Greenville, NC, Maysville, NC & Swansboro, NC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

**2.58** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred     01/27/2021

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Lillington, NC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

**2.59** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred     06/10/2021

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Fayetteville,TN, Mt. Olive, NC, Ennis, TX & Barboursville, WV

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.60** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred      07/19/2021

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien

Equipment finance- Elizabeth City, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.61** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred      03/25/2022

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien

Equipment finance- Crossville, TN

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.62** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred      04/28/2022

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and
     its relative priority.
   ☐ Yes. The relative priority of creditors is specified on
     lines

Describe debtor's property that is subject to a lien

Equipment finance- Denham Springs, LA

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

Debtor _____    Case number (if known) _____
      Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim<br>Do not deduct the value of<br>collateral | Value of collateral that supports<br>this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.63** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred     05/23/2022

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and
    its relative priority.
  ☐ Yes. The relative priority of creditors is specified on
    lines

Describe debtor's property that is subject to a lien

Equipment finance- Morehead City, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     Unknown

**2.64** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred     05/23/2022

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and
    its relative priority.
  ☐ Yes. The relative priority of creditors is specified on
    lines

Describe debtor's property that is subject to a lien

Equipment finance- Lenoir, NC (Paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     Unknown

**2.65** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred     06/14/2022

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and
    its relative priority.
  ☐ Yes. The relative priority of creditors is specified on
    lines

Describe debtor's property that is subject to a lien

Equipment finance- Florence, SC (paid by franchisee)

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     Unknown

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     Page 22 of 45

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.66 Creditor's name**

Data Systems, Inc

**Creditor's mailing address**

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

**Creditor's email address, if known**

_____

**Date debt was incurred**          07/02/2022

**Last 4 digits of account number**          __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and
    its relative priority.
    ☐ Yes. The relative priority of creditors is specified on
    lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Brunswick, GA
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

**2.67 Creditor's name**

Data Systems, Inc

**Creditor's mailing address**

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

**Creditor's email address, if known**

**Date debt was incurred**          08/22/2022

**Last 4 digits of account number**          __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and
    its relative priority.
    ☐ Yes. The relative priority of creditors is specified on
    lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Zachary, LA
**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

**2.68 Creditor's name**

Data Systems, Inc

**Creditor's mailing address**

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

**Creditor's email address, if known**

_____

**Date debt was incurred**          10/20/2022

**Last 4 digits of account number**          __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and
    its relative priority.
    ☐ Yes. The relative priority of creditors is specified on
    lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Athens, TX
**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          Unknown

Debtor _____ Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.69** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred    09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Jacksonville, FL

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.70** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred    09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Weaverville, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.71** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred    09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Boaz, AL

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    Page 24 of 45

Debtor _____   Case number _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.72** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred            09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Live Oak, FL
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

**2.73** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred            09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Statesville, NC
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

**2.74** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

Date debt was incurred            09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Kingsland, GA
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    Unknown

Debtor _____
                    Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.75** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Lawrenceburg, TN

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.76** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Ft. Payne, AL

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

**2.77** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/16/2024

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Gallatin, TN

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      Unknown

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      Page 26 of 45

Debtor _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | | |
|---|---|---|---|---|
| **2.78** Creditor's name<br>Data Systems, Inc<br>**Creditor's mailing address**<br>Attn: Managing Agent<br>6515 S 118th St, Ste 100<br>Omaha, NE 68137<br>**Creditor's email address, if known** | Describe debtor's property that is subject to a lien<br>Equipment finance- Guntersville, AL<br>**Describe the lien**<br>UCC-1; Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes. | | $0.00 | Unknown |

**Date debt was incurred** 09/16/2024

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.
 ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.79** Creditor's name<br>Data Systems, Inc<br>**Creditor's mailing address**<br>Attn: Managing Agent<br>6515 S 118th St, Ste 100<br>Omaha, NE 68137<br>**Creditor's email address, if known** | Describe debtor's property that is subject to a lien<br>Equipment finance- Locust, NC<br>**Describe the lien**<br>UCC-1; Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes. | | $0.00 | Unknown |

**Date debt was incurred** 09/16/2024

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.
 ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.80** Creditor's name<br>Data Systems, Inc<br>**Creditor's mailing address**<br>Attn: Managing Agent<br>6515 S 118th St, Ste 100<br>Omaha, NE 68137<br>**Creditor's email address, if known** | Describe debtor's property that is subject to a lien<br>Equipment finance- Waycross, GA<br>**Describe the lien**<br>UCC-1; Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes. | | $0.00 | Unknown |

**Date debt was incurred** 09/16/2024

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.
 ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 27 of 45 |
|---|---|---|

Debtor _____  
    Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.81** Creditor's name  
Data Systems, Inc  
**Creditor's mailing address**  
Attn: Managing Agent  
6515 S 118th St, Ste 100  
Omaha, NE 68137  
**Creditor's email address, if known**

_____

**Date debt was incurred**    09/16/2024

  **Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**  
☑ No.  
☐ Yes. Have you already specified the relative priority?  
   ☐ No. Specify each creditor, including this creditor, and its relative priority.  
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**  
Equipment finance- Wylie, TX  
**Describe the lien**  
UCC-1; Equipment Lease  
**Is the creditor an insider or related party?**  
☑ No.  
☐ Yes.  
**Is anyone else liable on this claim?**  
☑ No.  
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).  
**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$0.00      Unknown

**2.82** Creditor's name  
Data Systems, Inc  
**Creditor's mailing address**  
Attn: Managing Agent  
6515 S 118th St, Ste 100  
Omaha, NE 68137  
**Creditor's email address, if known**

_____

**Date debt was incurred**    09/16/2024

  **Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**  
☑ No.  
☐ Yes. Have you already specified the relative priority?  
   ☐ No. Specify each creditor, including this creditor, and its relative priority.  
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**  
Equipment finance- Butte, MT  
**Describe the lien**  
UCC-1; Equipment Lease  
**Is the creditor an insider or related party?**  
☑ No.  
☐ Yes.  
**Is anyone else liable on this claim?**  
☑ No.  
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).  
**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$0.00      Unknown

**2.83** Creditor's name  
Data Systems, Inc  
**Creditor's mailing address**  
Attn: Managing Agent  
6515 S 118th St, Ste 100  
Omaha, NE 68137  
**Creditor's email address, if known**

_____

**Date debt was incurred**    09/16/2024

  **Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**  
☑ No.  
☐ Yes. Have you already specified the relative priority?  
   ☐ No. Specify each creditor, including this creditor, and its relative priority.  
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**  
Equipment finance- Mocksville, NC  
**Describe the lien**  
UCC-1; Equipment Lease  
**Is the creditor an insider or related party?**  
☑ No.  
☐ Yes.  
**Is anyone else liable on this claim?**  
☑ No.  
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).  
**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$0.00      Unknown

Debtor _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.84** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/16/2024

Last 4 digits of account number     _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Lumberton, NC
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     Unknown

**2.85** Creditor's name

Data Systems, Inc

Creditor's mailing address

Attn: Managing Agent
6515 S 118th St, Ste 100
Omaha, NE 68137

Creditor's email address, if known

_____

Date debt was incurred          09/16/2024

Last 4 digits of account number     _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Florence, AL
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,360.71     Unknown

**2.86** Creditor's name

Dext Capital, LLC

Creditor's mailing address

Attn: Managing Agent
4000 Kruse Way Pl, Bldg 3, Ste 100
Lake Oswego, OR 97035

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number     - 0 0 2

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$137,342.54     Unknown

| Debtor | _____ Name | | |
|---|---|---|---|

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.87 Creditor's name**
Dext Capital, LLC
**Creditor's mailing address**
Attn: Managing Agent
4000 Kruse Way Pl, Bldg 3, Ste 100
Lake Oswego, OR 97035
**Creditor's email address, if known**

**Date debt was incurred** 05/11/2022

**Last 4 digits of account number** 2 0 0 4

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Mocksville, NC & Brunswick, GA
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$109,356.55 | Unknown

**2.88 Creditor's name**
Financial Partners Leasing Co
**Creditor's mailing address**
Attn: Managing Agent
65 Mechanic St, Ste 207
Red Bank, NJ 07701
**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Hood finance- Butte, MT
**Describe the lien**
Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown | Unknown

**2.89 Creditor's name**
Ford Motor Credit
**Creditor's mailing address**
Attn: Managing Agent
4515 N Santa Fe Ave, Apt APS
Oklahoma City, OK 73118
**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
2020 Ford Fusion VIN:3FA6P0CD8LR122281
**Describe the lien**
Vehicle Purchase Agreement
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$638.23 | $13,217.00

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 30 of 45 |
|---|---|---|

Debtor _____ Case number _____
         Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.90** Creditor's name

Great America Financial Service Corp

Creditor's mailing address

Attn: Managing Agent
625 1st St
Cedar Rapids, IA 52401

Creditor's email address, if known

_____

Date debt was incurred        08/11/2023

Last 4 digits of account number    6 2 3 8

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Boaz, AL; Creditor POC claim; Debtor reserves right to object

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$107,044.28        Unknown

**2.91** Creditor's name

Institution Food House, Inc

Creditor's mailing address

Attn: Managing Agent
543 12th Street Dr NW
Hickory, NC 28601

Creditor's email address, if known

_____

Date debt was incurred        06/27/2023

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Blanket Lien

Describe the lien

UCC-1; Blanket Lien

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        Unknown

**2.92** Creditor's name

JB&B Capital, LLC

Creditor's mailing address

Attn: Managing Agent
109 S Northshore Dr, Ste 200
Knoxville, TN 37919

Creditor's email address, if known

_____

Date debt was incurred        02/05/2021

Last 4 digits of account number    - 0 0 1

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Ennis, TX

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,423.00        Unknown

Debtor _____
            Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.93** Creditor's name
JB&B Capital, LLC
Creditor's mailing address
Attn: Managing Agent
109 S Northshore Dr, Ste 200
Knoxville, TN 37919
Creditor's email address, if known

Date debt was incurred        12/13/2021

Last 4 digits of account number    - 0 0 4

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Muscle Shoals, AL
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,211.75        Unknown

**2.94** Creditor's name
JB&B Capital, LLC
Creditor's mailing address
Attn: Managing Agent
109 S Northshore Dr, Ste 200
Knoxville, TN 37919
Creditor's email address, if known

Date debt was incurred        12/13/2021

Last 4 digits of account number    - 0 0 3

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment Finance- Mocksville, NC
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,211.75        Unknown

**2.95** Creditor's name
JB&B Capital, LLC
Creditor's mailing address
Attn: Managing Agent
109 S Northshore Dr, Ste 200
Knoxville, TN 37919
Creditor's email address, if known

Date debt was incurred        02/09/2022

Last 4 digits of account number    - 0 0 5

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Morehead City, NC &B Denham Springs, LA
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$37,532.40        Unknown

Debtor _____    Case number _____
         Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.96** Creditor's name

JB&B Capital, LLC

Creditor's mailing address

Attn: Managing Agent
109 S Northshore Dr, Ste 200
Knoxville, TN 37919

Creditor's email address, if known

_____

Date debt was incurred          02/19/2024

Last 4 digits of account number    _ _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Butte, MT

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$65,048.78          Unknown

---

**2.97** Creditor's name

JB&B Capital, LLC

Creditor's mailing address

Attn: Managing Agent
109 S Northshore Dr, Ste 200
Knoxville, TN 37919

Creditor's email address, if known

_____

Date debt was incurred          06/04/2024

Last 4 digits of account number    6 B 0 1

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Ennis, TX, Hartsville, SC, Laurinburg, NC, Lumberton, NC

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$111,872.60          Unknown

---

**2.98** Creditor's name

Johnson Breeders, Inc

Creditor's mailing address

Attn: Managing Agent
3425 S US Hwy 17
Rose Hill, NC 28458

Creditor's email address, if known

_____

Date debt was incurred          03/19/2024

Last 4 digits of account number    _ _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Blanket Lien- Creditor POC claim; Debtor reserves right to object

Describe the lien

UCC-1; Blanket Lien

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,104,800.00          Unknown

---

Debtor _____

Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.99** Creditor's name

KLC Financial

**Creditor's mailing address**

Attn: Managing Agent
4350 Baker Rd, Ste 100
Hopkins, MN 55343

**Creditor's email address, if known**

| Date debt was incurred | 10/25/2023 |
|---|---|

**Last 4 digits of account number**    4 4 8 0

**Do multiple creditors have an interest in the same property?**

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$135,586.80     Unknown

---

**2.100** Creditor's name

KLC Financial

**Creditor's mailing address**

Attn: Managing Agent
4350 Baker Rd, Ste 100
Hopkins, MN 55343

**Creditor's email address, if known**

| Date debt was incurred | 07/16/2024 |
|---|---|

**Last 4 digits of account number**    0 - 0 1

**Do multiple creditors have an interest in the same property?**

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$126,146.78     Unknown

---

**2.101** Creditor's name

Leaf Capital Funding, LLC

**Creditor's mailing address**

Attn: Managing Agent
2005 Market St, 14th Fl
Philadelphia, PA 19103

**Creditor's email address, if known**

| Date debt was incurred | |
|---|---|

**Last 4 digits of account number**    - 0 0 5

**Do multiple creditors have an interest in the same property?**

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance
**Describe the lien**
Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,658.00     Unknown

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 34 of 45 |
|---|---|---|

| Debtor | _____ Name | | | |
|---|---|---|---|---|

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.102** Creditor's name
Leaf Capital Funding, LLC
Creditor's mailing address
Attn: Managing Agent
2005 Market St, 14th Fl
Philadelphia, PA 19103
Creditor's email address, if known

Date debt was incurred        09/07/2022

Last 4 digits of account number        – 0 0 4

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Butte, MT
Describe the lien
UCC; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,760.00    Unknown

**2.103** Creditor's name
Leaf Capital Funding, LLC
Creditor's mailing address
Attn: Managing Agent
2005 Market St, 14th Fl
Philadelphia, PA 19103
Creditor's email address, if known

Date debt was incurred        10/20/2022

Last 4 digits of account number        _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$104,910.97    Unknown

**2.104** Creditor's name
Leaf Capital Funding, LLC
Creditor's mailing address
Attn: Managing Agent
2005 Market St, 14th Fl
Philadelphia, PA 19103
Creditor's email address, if known

Date debt was incurred        11/03/2022

Last 4 digits of account number        6 1 – 3

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$90,218.28    Unknown

| Debtor | _____ Name | |
|---|---|---|

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.105** Creditor's name

Leaf Capital Funding, LLC

Creditor's mailing address

Attn: Managing Agent
2005 Market St, 14th Fl
Philadelphia, PA 19103

Creditor's email address, if known

Date debt was incurred          09/15/2023

Last 4 digits of account number      6 1 - 1

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,701.15          Unknown

---

**2.106** Creditor's name

Leaf Capital Funding, LLC

Creditor's mailing address

Attn: Managing Agent
2005 Market St, 14th Fl
Philadelphia, PA 19103

Creditor's email address, if known

Date debt was incurred          11/11/2024

Last 4 digits of account number      6 1 - 2

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$69,710.13          Unknown

---

**2.107** Creditor's name

Lee Inc. Of Mt. Olive

Creditor's mailing address

Po Box 397
Mount Olive, Nc 28365

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    _ _ - _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment Lease
Describe the lien

Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,403.35          Unknown

---

| | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.108** Creditor's name
M2 Equipment Finance LLC
Creditor's mailing address
Attn: Managing Agent
20800 Swenson Dr, Ste 475
Waukesha, WI 53186-3000
Creditor's email address, if known

| Date debt was incurred | 08/11/2023 |
|---|---|

Last 4 digits of account number    8 9 - 1

Do multiple creditors have an interest in the same property?
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Wylie, TX
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
- ☑ No.
- ☐ Yes.
Is anyone else liable on this claim?
- ☑ No.
- ☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$81,236.00       Unknown

---

**2.109** Creditor's name
M2 Equipment Finance LLC
Creditor's mailing address
Attn: Managing Agent
20800 Swenson Dr, Ste 475
Waukesha, WI 53186-3000
Creditor's email address, if known

| Date debt was incurred | 10/04/2023 |
|---|---|

Last 4 digits of account number    8 9 - 2

Do multiple creditors have an interest in the same property?
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Lawrenceburg, TN
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
- ☑ No.
- ☐ Yes.
Is anyone else liable on this claim?
- ☑ No.
- ☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$45,716.00       Unknown

---

**2.110** Creditor's name
M2 Equipment Finance LLC
Creditor's mailing address
Attn: Managing Agent
20800 Swenson Dr, Ste 475
Waukesha, WI 53186-3000
Creditor's email address, if known

| Date debt was incurred | 10/31/2023 |
|---|---|

Last 4 digits of account number    8 9 - 3

Do multiple creditors have an interest in the same property?
- ☑ No.
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Live Oak, FL
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
- ☑ No.
- ☐ Yes.
Is anyone else liable on this claim?
- ☑ No.
- ☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$83,280.00       Unknown

---

Debtor _____
              Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.111** Creditor's name

Macquarie Equipment Capital Inc

Creditor's mailing address

Attn: Managing Agent
1301 Riverplace Blvd
Jacksonville, FL 32207

Creditor's email address, if known

| Date debt was incurred | 03/30/2023 |
|---|---|
| Last 4 digits of account number | 9 0 0 1 |

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance- Ennis, TX
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$72,060.00 | Unknown

---

**2.112** Creditor's name

Marlin Leasing Corp

Creditor's mailing address

Attn: Managing Agent
300 Fellowship Rd
Mt Laurel, NJ 08054

Creditor's email address, if known

| Date debt was incurred | |
|---|---|
| Last 4 digits of account number | - 0 0 4 |

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$204,373.65 | Unknown

---

**2.113** Creditor's name

Marlin Leasing Corp

Creditor's mailing address

Attn: Managing Agent
300 Fellowship Rd
Mt Laurel, NJ 08054

Creditor's email address, if known

| Date debt was incurred | 07/28/2023 |
|---|---|
| Last 4 digits of account number | - 0 0 1 |

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$167,629.52 | Unknown

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 38 of 45

Debtor _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|--|--|--|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.114** Creditor's name

Marlin Leasing Corp

Creditor's mailing address

Attn: Managing Agent
300 Fellowship Rd
Mt Laurel, NJ 08054

Creditor's email address, if known

| Date debt was incurred | 07/18/2024 |
|---|---|

Last 4 digits of account number   - 0 0 3

Do multiple creditors have an interest in the same property?

☒ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☒ No.
☐ Yes.

Is anyone else liable on this claim?

☒ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,562.23    Unknown

**2.115** Creditor's name

Marlin Leasing Corp

Creditor's mailing address

Attn: Managing Agent
300 Fellowship Rd
Mt Laurel, NJ 08054

Creditor's email address, if known

| Date debt was incurred | 11/12/2024 |
|---|---|

Last 4 digits of account number   - 0 0 2

Do multiple creditors have an interest in the same property?

☒ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance- Hinesville, GA location

Describe the lien

UCC-1

Is the creditor an insider or related party?

☒ No.
☐ Yes.

Is anyone else liable on this claim?

☒ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$57,847.68    Unknown

**2.116** Creditor's name

Marlin Leasing Corp

Creditor's mailing address

Attn: Managing Agent
300 Fellowship Rd
Mt Laurel, NJ 08054

Creditor's email address, if known

| Date debt was incurred | 11/15/2024 |
|---|---|

Last 4 digits of account number   - 0 0 1

Do multiple creditors have an interest in the same property?

☒ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☒ No.
☐ Yes.

Is anyone else liable on this claim?

☒ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$47,556.60    Unknown

| Debtor | | | |
|---|---|---|---|

Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.117 Creditor's name**
Mitsubishi HC Captial America Inc

Creditor's mailing address
Attn: Managing Agent
7201 Metro Blvd, Ste 800
Minneapolis, MN 55439

Creditor's email address, if known

Date debt was incurred    08/01/2022

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

**2.118 Creditor's name**
Navitas Credit Corp

Creditor's mailing address
Attn: Managing Agent
201 Executive Center Dr, Ste 100
Columbia, SC 29210

Creditor's email address, if known

Date debt was incurred    01/28/2022

Last 4 digits of account number    _ _ _ _

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Blanket lien on assets located at 1304 Woodward Ave, Muscle Shoals, AL
Describe the lien
UCC-1
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

**2.119 Creditor's name**
New Equipment Leasing, Inc

Creditor's mailing address
Attn: Managing Agent
2880 Thornhills Ave SE
Grand Rapids, MI 49546

Creditor's email address, if known

Date debt was incurred    04/02/2024

Last 4 digits of account number    0 4 4 5

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
Equipment finance
Describe the lien
UCC-1; Equipment Lease
Is the creditor an insider or related party?
☑ No.
☐ Yes.
Is anyone else liable on this claim?
☐ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$174,560.00 | Unknown

Debtor _____
        Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.120** Creditor's name

North Mill Credit Trust

Creditor's mailing address

Attn: Managing Agent
9 Executive Cir, Ste 230
Irvine, CA 92614

Creditor's email address, if known

| Date debt was incurred | 05/31/2023 |
|---|---|
| Last 4 digits of account number | 4 2 3 4 |

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Blanket lien on assets located at 1586 Boone St, Kingsland, GA

Describe the lien

UCC-1

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$159,738.00 — Unknown

---

**2.121** Creditor's name

North Star Leasing

Creditor's mailing address

Attn: Managing Agent
P.O. Box 4505
Burlington, VT 05406

Creditor's email address, if known

| Date debt was incurred | 12/01/2023 |
|---|---|
| Last 4 digits of account number | 9 5 8 0 |

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

$47,840.00 — Unknown

---

**2.122** Creditor's name

North Star Leasing

Creditor's mailing address

Attn: Managing Agent
P.O. Box 4505
Burlington, VT 05406

Creditor's email address, if known

| Date debt was incurred | 04/10/2024 |
|---|---|
| Last 4 digits of account number | 7 9 2 6 |

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Equipment finance

Describe the lien

UCC-1; Equipment Lease

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

$115,171.00 — Unknown

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      Page 41 of 45

Debtor _____  Case number _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|
| | | | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.123** Creditor's name

Pawnee Leasing Corp

Creditor's mailing address

Attn: Managing Agent
3801 Automation Way, Ste 207
Ft Collins, CO 80525

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Signs, walk in refrigerator and other assets in Gallatin, TN-Creditor POC claim; Debtor reserves right to object

Describe the lien

_____

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $75,485.00    Column B: Unknown

---

**2.124** Creditor's name

Performance Food Group

Creditor's mailing address

Attn: Managing Agent
543 12th Street Dr NW
Hickory, NC 28601

Creditor's email address, if known

Date debt was incurred    07/09/2024

Last 4 digits of account number  _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Blanket Lien

Describe the lien

UCC-1

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $974,009.19    Column B: Unknown

---

**2.125** Creditor's name

The Patrick H Bitter Trust

Creditor's mailing address

Attn: Managing Agent
103 Eureka Canyon Rd
Watsonville, CA 95076

Creditor's email address, if known

Date debt was incurred    05/14/2024

Last 4 digits of account number  _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Blanket lien on assets located at 2391 N. Main St, Crossville, TN

Describe the lien

UCC-1

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00    Column B: Unknown

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      Page 42 of 45

Debtor _____    Case number _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.126** Creditor's name
Timepayment Corp
**Creditor's mailing address**
Attn: Managing Agent
200 Summit Dr, Ste 100
Burlington, MA 01803
**Creditor's email address, if known**

| Date debt was incurred | 12/13/2023 |
|---|---|
| Last 4 digits of account number | 3 3 8 7 |

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Creditor POC claim; Debtor reserves right to object
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,973.00 — Unknown

**2.127** Creditor's name
Tri-Lease, LLC
**Creditor's mailing address**
Attn: Managing Agent
3040 Berks Way, Ste 201
Raleigh, NC 27614
**Creditor's email address, if known**

| Date debt was incurred | 05/26/2021 |
|---|---|
| Last 4 digits of account number | _ _ _ _ |

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Equipment finance- Fayetteville, TN, Elizabeth City, NC, Mt. Olive, NC, Crossville, TN, Ennis, TX, Denham Springs, LA & Zachary, LA
**Describe the lien**
UCC-1; Equipment Lease
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$86,347.06 — Unknown

**2.128** Creditor's name
US Small Business Administration
**Creditor's mailing address**
North Carolina District Office
6302 Fairview Rd, Ste 300
Charlotte, NC 28210
**Creditor's email address, if known**

| Date debt was incurred | 02/23/2022 |
|---|---|
| Last 4 digits of account number | 9 1 0 7 |

Do multiple creditors have an interest in the same property?
☑ No.
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Blanket lien
**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
☑ No.
☐ Yes.
**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$543,638.36 — Unknown

Debtor _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.129** **Creditor's name**
US Small Business Administration

**Creditor's mailing address**
North Carolina District Office
6302 Fairview Rd, Ste 300
Charlotte, NC 28210

**Creditor's email address, if known**

| | |
|---|---|
| **Date debt was incurred** | 02/24/2022 |
| **Last 4 digits of account number** | 9 1 0 0 |

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Blanket lien

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$543,638.36      Unknown

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      Page 44 of 45

Debtor _____
       Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name: **The Little Mint, Inc.**

United States Bankruptcy Court for the **Eastern** Division, District of **North Carolina**

Case number (If known): **24-04510**

☐ Check if this is an amended filing

*The Debtors' analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary.*

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>AL Dept of Revenue<br>Attn: Managing Agent<br>P.O. Box 154<br>Montgomery, AL 36135<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Sales Tax- Creditor POC claim; Debtor reserves right to object<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $22,997.64 | $22,994.64 |
| **2.2** Priority creditor's name and mailing address<br>AL Dept of Revenue<br>Attn: Managing Agent<br>P.O. Box 154<br>Montgomery, AL 36135<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Local Tax- Creditor POC claim; Debtor reserves right to object<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $17,006.31 | $17,006.31 |
| **2.3** Priority creditor's name and mailing address<br>Buncombe County Tax Office<br>Attn: Managing Agent<br>P.O. Box 3140<br>Asheville, NC 28802<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>7 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>For Notice Purposes Only<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Unknown | Unknown |
| **2.4** Priority creditor's name and mailing address<br>Burke County Tax Collector<br>Attn: Managing Agent<br>P.O. Box 63072<br>Charlotte, NC 28263<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>7 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>For Notice Purposes Only<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Unknown | Unknown |

Debtor _____
Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.5** Priority creditor's name and mailing address
Butte-Silver Bow County Tax Office
Attn: Managing Agent
155 W Granite St, Rm 206
Butte, MT 59701
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.6** Priority creditor's name and mailing address
Cabarrus County Tax Collector
Attn: Managing Agent
P.O. Box 580347
Charlotte, NC 28258
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Personal Property Tax- Creditor POC claim;
Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $262.46    Priority amount: $262.46

**2.7** Priority creditor's name and mailing address
Camden County Tax Office
Attn: Managing Agent
200 E 4th St
Woodbine, GA 31569
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.8** Priority creditor's name and mailing address
Carteret County Tax Office
Attn: Managing Agent
302 Courthouse Sq
Beaufort, NC 28516
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Personal Property Tax- Creditor POC claim;
Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $3,386.63    Priority amount: $3,386.63

**2.9** Priority creditor's name and mailing address
Catawba County Tax Office
Attn: Managing Agent
P.O. Box 368
Newton, NC 28658
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.10** Priority creditor's name and mailing address
City of Lawrenceburg
Attn: Managing Agent
25 Public Sq
Lawrenceburg, TN 38464
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Personal Property Tax- Creditor POC claim;
Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $728.00    Priority amount: $728.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.11** **Priority creditor's name and mailing address**
Colbert County Tax Office
Attn: Managing Agent
201 N Main St
Tuscumbia, AL 35674
**Date or dates debt was incurred**

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.12** **Priority creditor's name and mailing address**
Collin County Tax Office
Attn: Managing Agent
900 E Park Blvd, Ste 100
Plano, TX 75074
**Date or dates debt was incurred**

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.13** **Priority creditor's name and mailing address**
Craven County Tax Office
Attn: Managing Agent
226 Pollock St
New Bern, NC 28560
**Date or dates debt was incurred**

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Personal Property Tax- Creditor POC claim;
Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $166.58    Priority amount: $166.58

---

**2.14** **Priority creditor's name and mailing address**
Cumberland County Tax Office
Attn: Managing Agent
117 Dick St, Rm 530
Fayetteville, NC 28301
**Date or dates debt was incurred**

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.15** **Priority creditor's name and mailing address**
Cumberland County Tax Office
Attn: Managing Agent
2 S Main St, Ste 111
Crossville, TN 38555
**Date or dates debt was incurred**

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.16** **Priority creditor's name and mailing address**
Darlington County Tax Office
Attn: Managing Agent
1 Public Sq, Rm 207
Darlington, SC 29532
**Date or dates debt was incurred**

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 3 of 62

Debtor _____
        Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.17** Priority creditor's name and mailing address
Davie County Tax Office
Attn: Managing Agent
123 S Main St
Mocksville, NC 27028
**Date or dates debt was incurred**

 Last 4 digits of account number        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.18** Priority creditor's name and mailing address
DeKalb County Tax Office
Attn: Managing Agent
206 Grand Ave SW, Ste 101
Ft Payne, AL 35967
**Date or dates debt was incurred**

 Last 4 digits of account number        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.19** Priority creditor's name and mailing address
Duplin County Tax Office
Attn: Managing Agent
117 Beasley St
Kenansville, NC 28349
**Date or dates debt was incurred**

 Last 4 digits of account number        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.20** Priority creditor's name and mailing address
Duval County Tax Office
Attn: Managing Agent
231 E Forsyth St
Jacksonville, FL 32202
**Date or dates debt was incurred**

 Last 4 digits of account number        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.21** Priority creditor's name and mailing address
Edgecombe County Tax Office
Attn: Managing Agent
201 St Andrew St, Ste 154
Tarboro, NC 27886
**Date or dates debt was incurred**

 Last 4 digits of account number        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.22** Priority creditor's name and mailing address
Employees - See Attached Exhibit E1
**Date or dates debt was incurred**

 Last 4 digits of account number        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $22,607.44     Priority amount: $22,607.44

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 4 of 62

Debtor _____
        Name

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---------|-----------------|--|--|-------------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.23** Priority creditor's name and mailing address
Employees - See Attached Exhibit E2
**Date or dates debt was incurred**
Last 4 digits of account number      _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.24** Priority creditor's name and mailing address
FL Dept of Revenue
Attn: Managing Agent
P.O. Box 6520
Tallahassee, FL 32314
**Date or dates debt was incurred**
Last 4 digits of account number      _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.25** Priority creditor's name and mailing address
GA Dept of Revenue
Attn: Managing Agent
1800 Century Blvd NE
Atlanta, GA 30345
**Date or dates debt was incurred**
Last 4 digits of account number      _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Sales Tax- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $65,165.26    Priority amount: $65,162.26

**2.26** Priority creditor's name and mailing address
Glynn County Tax Office
Attn: Managing Agent
1725 Reynolds St, Ste 100
Brunswick, GA 31520
**Date or dates debt was incurred**
Last 4 digits of account number      _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Personal Property Tax- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,013.45    Priority amount: $2,013.45

**2.27** Priority creditor's name and mailing address
Henderson County Tax Office
Attn: Managing Agent
125 N Prarieville, Ste 103
Athens, TX 75751
**Date or dates debt was incurred**
Last 4 digits of account number      _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.28** Priority creditor's name and mailing address
Hertford County Tax Office
Attn: Managing Agent
704 N King St, Ste 1
Winton, NC 27986
**Date or dates debt was incurred**
Last 4 digits of account number      _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**Part 1:**        **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no
additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

| **2.29** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**2.29** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.30** Priority creditor's name and mailing address
Iredell County Tax Office
Attn: Managing Agent
P.O. Box 1027
Statesville, NC 28687
**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.31** Priority creditor's name and mailing address
LA Dept of Revenue
Attn: Managing Agent
617 N 3rd St
Baton Rouge, LA 70802
**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Sales Tax- Creditor POC claim; Debtor reserves
right to object
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $26,195.38    Priority amount: $26,195.38

---

**2.32** Priority creditor's name and mailing address
Lauderdale County Tax Office
Attn: Managing Agent
P.O. Box 7494
Florence, AL 35631
**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.33** Priority creditor's name and mailing address
Lawrence County Tax Office
Attn: Managing Agent
200 W Gaines St, Ste 101
Lawrenceburg, TN 38464
**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.34** Priority creditor's name and mailing address
Liberty County Tax Office
Attn: Managing Agent
112 N Main St, Rm 106
Hinesville, GA 31313
**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | Total claim | Priority amount |

**2.35** Priority creditor's name and mailing address
Lincoln County Tax Office
Attn: Managing Agent
112 Main Ave S, Rm 103
Fayetteville, TN 37334
Date or dates debt was incurred
Last 4 digits of account number     _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.36** Priority creditor's name and mailing address
Livingston Parish Tax Collector
Attn: Managing Agent
P.O. Box 370
Livingston, LA 70754
Date or dates debt was incurred
Last 4 digits of account number     _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.37** Priority creditor's name and mailing address
Marshall County Tax Office
Attn: Managing Agent
424 Blount Ave, Ste 124
Guntersville, AL 35976
Date or dates debt was incurred
Last 4 digits of account number     _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.38** Priority creditor's name and mailing address
MT Dept of Revenue
Attn: Managing Agent
P.O. Box 5805
Helena, MT 59604
Date or dates debt was incurred
Last 4 digits of account number     _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.39** Priority creditor's name and mailing address
Nash County Tax Office
Attn: Managing Agent
120 W Washington St, Ste 2058
Nashville, NC 27856
Date or dates debt was incurred
Last 4 digits of account number     _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
For Notice Purposes Only
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.40** Priority creditor's name and mailing address
NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168
Date or dates debt was incurred
Last 4 digits of account number     _ _ _ _ _
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Sales Tax
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $709,783.57   Priority amount: $709,783.57

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.41** Priority creditor's name and mailing address
NC Dept of Labor, DES
Attn: Managing Agent
P.O. Box 26504
Raleigh, NC 27611
**Date or dates debt was incurred**

  **Last 4 digits of account number**      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purpose Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.42** Priority creditor's name and mailing address
Pasquotank County Tax Office
Attn: Managing Agent
203 E Main St
Elizabeth City, NC 27909
**Date or dates debt was incurred**

  **Last 4 digits of account number**      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.43** Priority creditor's name and mailing address
Pender County Tax Office
Attn: Managing Agent
P.O. Box 1047
Burgaw, NC 28425
**Date or dates debt was incurred**

  **Last 4 digits of account number**      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.44** Priority creditor's name and mailing address
Robeson County Tax Office
Attn: Managing Agent
550 N Chestnut St
Lumberton, NC 28358
**Date or dates debt was incurred**

  **Last 4 digits of account number**      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.45** Priority creditor's name and mailing address
Rutherford County Tax Office
Attn: Managing Agent
Historic Courthouse, Rm 102
Murfreesboro, TN 37130
**Date or dates debt was incurred**

  **Last 4 digits of account number**      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

**2.46** Priority creditor's name and mailing address
SC Dept of Revenue
Attn: Managing Agent
300A Outlet Pointe Blvd
Columbia, SC 29210
**Date or dates debt was incurred**

  **Last 4 digits of account number**      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown     Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.47** Priority creditor's name and mailing address
Scotland County Tax Office
Attn: Managing Agent
P.O. Box 488
Laurinburg, NC 28353
**Date or dates debt was incurred**

     **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.48** Priority creditor's name and mailing address
Stanly County Tax Office
Attn: Managing Agent
201 S 2nd St, 2nd Fl
Albemarle, NC 28001
**Date or dates debt was incurred**

     **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Personal Property Tax- Creditor POC claim;
Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,104.06    Priority amount: $2,104.06

---

**2.49** Priority creditor's name and mailing address
Sumner County Tax Office
Attn: Managing Agent
355 N Belvedere Dr, Rm 107
Gallatin, TN 37066
**Date or dates debt was incurred**

     **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.50** Priority creditor's name and mailing address
Suwannee County Tax Office
Attn: Managing Agent
215 Pine Ave, Ste A
Live Oak, FL 32064
**Date or dates debt was incurred**

     **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Ad Valorem- Creditor POC claim; Debtor reserves
right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $25,823.23    Priority amount: $25,823.23

---

**2.51** Priority creditor's name and mailing address
Tangipahoa Parish Tax Office
Attn: Managing Agent
313 E Oak St
Amite, LA 70422
**Date or dates debt was incurred**

     **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.52** Priority creditor's name and mailing address
Texas Comptroller of Public Account
Attn: Managing Agent
111 E 17th St
Austin, TX 78774
**Date or dates debt was incurred**

     **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,946.15    Priority amount: $6,846.15

---

| Debtor | | |
|--|--|--|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|--|--|--|

**2.53** Priority creditor's name and mailing address
TN Dept of Revenue
Attn: Managing Agent
500 Deaderick St
Nashville, TN 37242
**Date or dates debt was incurred**

  Last 4 digits of account number        _ _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Sales Tax- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $71,266.76   Priority amount: $71,266.76

**2.54** Priority creditor's name and mailing address
US Dept of Labor
Attn: Managing Agent
4407 Bland Rd, Ste 260
Raleigh, NC 27609
**Date or dates debt was incurred**

  Last 4 digits of account number        _ _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.55** Priority creditor's name and mailing address
Ware County Tax Office
Attn: Managing Agent
P.O. Box 1825
Waycross, GA 31502
**Date or dates debt was incurred**

  Last 4 digits of account number        _ _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
For Notice Purposes Only
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.56** Priority creditor's name and mailing address
Wayne County Tax Office
Attn: Managing Agent
224 E Walnut St
Goldsboro, NC 27530
**Date or dates debt was incurred**

  Last 4 digits of account number        _ _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Personal Property Tax- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,744.28   Priority amount: $7,744.28

Debtor _____
                    Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,000.00
1050 Holdings, LLC
Attn: Managing Agent
4000 Island Blvd, Apt 1807
N Miami Beach, FL 33160

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis of claim:**
Rent- Jacksonville, FL; Creditor POC claim;
Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66,591.00
1586 Glendewar, LLC
Attn: Managing Agent
2850 Erie St
San Diego, CA 92117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis of claim:**
Rent- Kingsland, GA (Boone St)
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,847.95
22 Reynolds Properties
Attn: Managing Agent
107 Gleneagles Way, Ste B
Advance, NC 27006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis of claim:**
Rent- Mocksville, NC
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,249.32
411 SW 11 Ave, LLC
Attn: Managing Agent
48 Soundview Dr
Great Neck, NY 11020

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis of claim:**
Rent- Lumberton, NC; Creditor POC claim; Debtor
reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
7Shifts, Inc
211 19th St E, Ste 703
Saskatoon, SK S7K 0A2
Canada

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
ADT
Attn: Managing Agent
P.O. Box 371878
Pittsburgh, PA 15250

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 11 of 62 |

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**
Aftermath Cleaning
Attn: Managing Agent
716 W Grubb St
Hertford, NC 27944

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.8** | **Nonpriority creditor's name and mailing address**
Ahoskie Center, LLC
Attn: Managing Agent
3265 Meridian Pkwy, Ste 130
Ft Lauderdale, FL 33331

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Rent- Ahoskie, NC
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.9** | **Nonpriority creditor's name and mailing address**
Air Adjusters, Inc
Attn: Managing Agent
2520 Tara Ln
Brunswick, GA 31520

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.10** | **Nonpriority creditor's name and mailing address**
Air Care Systems
Attn: Managing Agent
P.O. Box 1621
Huntsville, AL 35807

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.11** | **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
Attn: Managing Agent
P.O. Box 734672
Dallas, TX 75373

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.12** | **Nonpriority creditor's name and mailing address**
Airlite Hood Cleaning Service
Attn: Managing Agent
242 W Main St, Ste 408
Hendersonville, TN 37075

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.13** | **Nonpriority creditor's name and mailing address**
Airport Plaza, LLC
Attn: Managing Agent
11220 Elm Ln, Ste 200
Charlotte, NC 28277

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Rent- Fayetteville, NC
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,049.98

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.14** **Nonpriority creditor's name and mailing address**
All-Safe Fire Protection
Attn: Managing Agent
3005 Knight Ave
Waycross, GA 31503

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.15** **Nonpriority creditor's name and mailing address**
AlwaysCare Benefits, Inc
Attn: Managing Agent
P.O. Box 2153
Birmingham, AL 35287

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.16** **Nonpriority creditor's name and mailing address**
American Armor, LLC
Attn: Managing Agent
P.O. Box 2555
Grand Island, NE 68801

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.17** **Nonpriority creditor's name and mailing address**
American Plumbing Co
Attn: Managing Agent
P.O. Box 5114
Tyler, TX 75712

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.18** **Nonpriority creditor's name and mailing address**
An Extreme Clean
Attn: Managing Agent
140 State Ave, Ste 101
Clayton, NC 27520

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.19** **Nonpriority creditor's name and mailing address**
Andy's Charitable Foundation
Attn: Managing Agent
102 Commercial Ave
Mt Olive, NC 28365

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.20** **Nonpriority creditor's name and mailing address**
Anthony Venti Family Trust
Address Redacted

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Rent- Murfreesboro, TN
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Unknown

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 13 of 62

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.21** Nonpriority creditor's name and mailing address
ARC3 Gases, Inc
Attn: Managing Agent
P.O. Box 896866
Charlotte, NC 28289

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11,573.13

---

**3.22** Nonpriority creditor's name and mailing address
Ascentium Capital
Attn: Managing Agent
23970 Hwy 59 N
Kingwood, TX 77339

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.23** Nonpriority creditor's name and mailing address
ASD Automated Systems Design Inc
Attn: Managing Agent
1075 Windward Ridge Pkwy, Ste 180
Alpharetta, GA 30005

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.24** Nonpriority creditor's name and mailing address
AT&T
Attn: Managing Agent
P.O. Box 105414
Atlanta, GA 30348

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.25** Nonpriority creditor's name and mailing address
Atlantic Business Technologies
Attn: Managing Agent
4509 Creedmoor Rd, Ste 201
Raleigh, NC 27612

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.26** Nonpriority creditor's name and mailing address
Atmos Energy
Attn: Managing Agent
P.O. Box 740353
Cincinnati, OH 45274

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.27** Nonpriority creditor's name and mailing address
Automatic Sprinkler of Texas
Attn: Managing Agent
P.O. Box 382091
Duncanville, TX 75138

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$276.00

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.28** | **Nonpriority creditor's name and mailing address**
B&M Contractors
Attn: Managing Agent
790 Pitts Chapel Rd
Elizabeth City, NC 27909

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,720.56

**3.29** | **Nonpriority creditor's name and mailing address**
Baker Roofing
Attn: Managing Agent
P.O. Box 26057
Raleigh, NC 27611

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.30** | **Nonpriority creditor's name and mailing address**
Bear Robotics
Attn: Managing Agent
16650 Westgrove Dr, Ste 175
Addison, TX 75001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$109,844.93

**3.31** | **Nonpriority creditor's name and mailing address**
BFPE International
Attn: Managing Agent
P.O. Box 791045
Baltimore, MD 21279

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.32** | **Nonpriority creditor's name and mailing address**
Birmingham-Toledo, Inc
Attn: Managing Agent
111 N Main St
Graysville, AL 35073

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.33** | **Nonpriority creditor's name and mailing address**
Blaze Away Fire Protection, Inc
Attn: Managing Agent
1003 Furman Dr
Lumberton, NC 28358

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.34** | **Nonpriority creditor's name and mailing address**
Boaz Gas Board
Attn: Managing Agent
P.O. Box 594
Boaz, AL 35957

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$945.16

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.35** **Nonpriority creditor's name and mailing address**
Boaz Water & Sewer Board
Attn: Managing Agent
P.O. Box 498
Boaz, AL 35957

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.36** **Nonpriority creditor's name and mailing address**
Bobby F Herring PA
Attn: Managing Agent
113 E James St
Mt Olive, NC 28365

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$18,000.00

**3.37** **Nonpriority creditor's name and mailing address**
Brandon Wiggins
386 Rones Chapel Rd
Mt Olive, NC 28365

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.38** **Nonpriority creditor's name and mailing address**
Brooks Power Washing, LLC
Attn: Managing Agent
P.O. Box 3
Pikeville, NC 27863

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.39** **Nonpriority creditor's name and mailing address**
Brunswick-Glenn County Water Sewer
Attn: Managing Agent
P.O. Box 96401
Charlotte, NC 28296

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.40** **Nonpriority creditor's name and mailing address**
Bryn Mawr Equipment Finance, Inc
Attn: Managing Agent
P.O. Box 692
Bryn Mawr, PA 19010-9000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.41** **Nonpriority creditor's name and mailing address**
Buck's Fire Equipment Sales Service
Attn: Managing Agent
252 Saulston Rd
Goldsboro, NC 27534

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address
Burch Fire Systems & Service
Attn: Managing Agent
2145 Hipps Trl
Cumberland, MD 21503

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

$0.00

---

**3.43** Nonpriority creditor's name and mailing address
Cadenhead Service & Gas
Attn: Managing Agent
5940 State Hwy 276
Royse City, TX 75189

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.44** Nonpriority creditor's name and mailing address
Canon Financial Services, Inc
Attn: Managing Agent
14904 Collections Center Dr
Chicago, IL 60693

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Business debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$34,753.00

---

**3.45** Nonpriority creditor's name and mailing address
Capital One
Attn: Managing Agent
P.O. Box 71083
Charlotte, NC 28272

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Credit card debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$34,999.59

---

**3.46** Nonpriority creditor's name and mailing address
Capital One
Attn: Managing Agent
P.O. Box 71083
Charlotte, NC 28272

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Credit card debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$37,098.53

---

**3.47** Nonpriority creditor's name and mailing address
Capital One
Attn: Managing Agent
P.O. Box 71083
Charlotte, NC 28272

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Credit card debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16,631.62

---

**3.48** Nonpriority creditor's name and mailing address
Captain D's, LLC
Attn: Managing Agent
624 Grassmere Park Dr, Ste 30
Nashville, TN 37211

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Potential lease claim- closed location in Zachary, LA & Denham Springs LA
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Unknown

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.49** | Nonpriority creditor's name and mailing address
Carolina Air Repair
Attn: Managing Agent
P.O. Box 1045
Princeton, NC 27569

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $3,131.07

**3.50** | Nonpriority creditor's name and mailing address
Carolina Handling LLC
Attn: Managing Agent
P.O. Box 890352
Charlotte, NC 28289

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.51** | Nonpriority creditor's name and mailing address
Carolina Phone & Alarm
Attn: Managing Agent
P.O. Box 2104
Goldsboro, NC 27533

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.52** | Nonpriority creditor's name and mailing address
Carteret Co Chamber of Commerce
Attn: Managing Agent
801 Arendell St, Ste 1
Morehead City, NC 28557

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.53** | Nonpriority creditor's name and mailing address
Charles Enterprises, LLC
Attn: Managing Agent
18800 Hubbard Dr, Ste 200
Dearborn, MI 48126

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Waycross, GA
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.54** | Nonpriority creditor's name and mailing address
Charter Communications
Attn: Managing Agent
P.O. Box 94188
Palatine, IL 60094

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $4,676.38

**3.55** | Nonpriority creditor's name and mailing address
Cherokee Ventures, LLC
Attn: Managing Agent
130 Corinthian Walk
Long Beach, CA 90803

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Rent- Lenoir, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $14,347.40

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 18 of 62 |

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.56** Nonpriority creditor's name and mailing address
Cintas
Attn: Managing Agent
P.O. Box 630803
Cincinnati, OH 45263

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$18,000.00

**3.57** Nonpriority creditor's name and mailing address
City of Athens
Attn: Managing Agent
508 E Tyler
Athens, TX 75751

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,566.06

**3.58** Nonpriority creditor's name and mailing address
City of Baton Rouge
Attn: Managing Agent
P.O. Box 2590
Baton Rouge, LA 70821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.59** Nonpriority creditor's name and mailing address
City of Boaz
Attn: Managing Agent
P.O. Box 537
Boaz, AL 35957

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.60** Nonpriority creditor's name and mailing address
City of Butte-Silver Bow
Attn: Managing Agent
P.O. Box 667
Gallatin Gateway, MT 59730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$204.01

**3.61** Nonpriority creditor's name and mailing address
City of Crossville
Attn: Managing Agent
392 N Main St
Crossville, TN 38555

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.62** Nonpriority creditor's name and mailing address
City of Denham Springs
Attn: Managing Agent
P.O. Box 1629
Denham Springs, LA 70727

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,456.16
City of Elizabeth City
Attn: Managing Agent
P.O. Box 347
Elizabeth City, NC 27907

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $436.24
City of Ennis
Attn: Managing Agent
P.O. Box 220
Ennis, TX 75120

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
City of Fayetteville
Attn: Managing Agent
P.O. Drawer D
Fayetteville, NC 28302

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
City of Fayetteville
Attn: Managing Agent
110 Elk Ave S
Fayetteville, TN 37334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
City of Florence
Attn: Managing Agent
P.O. Box 877
Florence, AL 35631

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
City of Fort Payne
Attn: Managing Agent
100 Alabama Ave NW
Fort Payne, AL 35967

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68.00
City of Gallatin
Attn: Managing Agent
130 W Franklin
Gallatin, TN 37066

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Business debt

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.70 Nonpriority creditor's name and mailing address**
City of Goldsboro
Attn: Managing Agent
P.O. Box 88
Goldsboro, NC 27533

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$262.66

**3.71 Nonpriority creditor's name and mailing address**
City of Guntersville
Attn: Managing Agent
341 Guntersville Ave
Guntersville, AL 35976

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.72 Nonpriority creditor's name and mailing address**
City of Havelock
Attn: Managing Agent
P.O. Drawer 368
Havelock, NC 28532

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.73 Nonpriority creditor's name and mailing address**
City of Hinesville
Attn: Managing Agent
115 E Martin Luther King Jr Dr
Hinesville, GA 31313

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.74 Nonpriority creditor's name and mailing address**
City of Kingsland
Attn: Managing Agent
P.O. Box 250
Kingsland, GA 31548

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.75 Nonpriority creditor's name and mailing address**
City of Laurinburg
Attn: Managing Agent
P.O. Box 249
Laurinburg, NC 28353

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**3.76 Nonpriority creditor's name and mailing address**
City of Live Oak
Attn: Managing Agent
101 Southeast Ave
Live Oak, FL 32064

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | | Amount of claim |
|---|---|---|---|

**3.77** Nonpriority creditor's name and mailing address
City of Locust
Attn: Managing Agent
P.O. Box 190
Locust, NC 28097

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.78** Nonpriority creditor's name and mailing address
City of Lumberton
Attn: Managing Agent
P.O. Box 1388
Lumberton, NC 28359

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,775.85

---

**3.79** Nonpriority creditor's name and mailing address
City of Muscle Shoals
Attn: Managing Agent
P.O. Box 2624
Muscle Shoals, AL 35662

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.80** Nonpriority creditor's name and mailing address
City of New Bern
Attn: Managing Agent
P.O. Box 63005
Charlotte, NC 28263

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$572.95

---

**3.81** Nonpriority creditor's name and mailing address
City of Roanoke Rapids
Attn: Managing Agent
1040 Roanoke Ave
Roanoke Rapids, NC 27870

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.82** Nonpriority creditor's name and mailing address
City of Rocky Mount
Attn: Managing Agent
P.O. Box 1180
Rocky Mt, NC 27802

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,393.71

---

**3.83** Nonpriority creditor's name and mailing address
City of St Marys
Attn: Managing Agent
418 Osborne St
St Marys, GA 31558

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 22 of 62 |
|---|---|---|

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.84** Nonpriority creditor's name and mailing address
City of Statesville
Attn: Managing Agent
301 S Center St
Statesville, NC 28625

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,292.53

---

**3.85** Nonpriority creditor's name and mailing address
City of Waycross
Attn: Managing Agent
P.O. Drawer 99
Waycross, GA 31502

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.86** Nonpriority creditor's name and mailing address
City of Wylie
Attn: Managing Agent
P.O. Box 660521
Dallas, TX 75266

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.87** Nonpriority creditor's name and mailing address
City of Zachary
Attn: Managing Agent
P.O. Box 310
Zachary, LA 70791

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.88** Nonpriority creditor's name and mailing address
Clark National Accounts
Attn: Managing Agent
2205 Old Philadelphia Pike
Lancaster, PA 17602

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$306,263.23

---

**3.89** Nonpriority creditor's name and mailing address
Coastal Constructors, Inc
Attn: Managing Agent
P.O. Drawer 11359
Goldsboro, NC 27532

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.90** Nonpriority creditor's name and mailing address
Comcast
Attn: Managing Agent
P.O. Box 71211
Charlotte, NC 28272-1211

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$425.68

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 23 of 62

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.91** | **Nonpriority creditor's name and mailing address**<br>Community Eye Care, LLC<br>Attn: Managing Agent<br>P.O. Box 746996<br>Atlanta, GA 30374 | **As of the petition filing date, the claim is:** $0.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Business debt |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

| | | |
|---|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address**<br>Community Waste Disposal, LP<br>Attn: Managing Agent<br>P.O. Box 208939<br>Dallas, TX 75320 | **As of the petition filing date, the claim is:** $0.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Business debt |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address**<br>Con-iley, Inc<br>Attn: Managing Agent<br>3309 Berkshire Dr<br>Wilson, NC 27896 | **As of the petition filing date, the claim is:** $252,678.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Business debt |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

| | | |
|---|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address**<br>Connie W Kittrell<br>Address Redacted | **As of the petition filing date, the claim is:** $3,525.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Business debt |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

| | | |
|---|---|---|
| **3.95** | **Nonpriority creditor's name and mailing address**<br>Consolidated Utility Rutherford Co<br>Attn: Managing Agent<br>P.O. Box 249<br>Murfreesboro, TN 37133 | **As of the petition filing date, the claim is:** $0.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Business debt |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address**<br>Cornerstone Development Properties<br>Attn: Managing Agent<br>P.O. Drawer 11359<br>Goldsboro, NC 27532 | **As of the petition filing date, the claim is:** Unknown<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Rent- Goldsboro (III), NC |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

| | | |
|---|---|---|
| **3.97** | **Nonpriority creditor's name and mailing address**<br>Cox Business<br>Attn: Managing Agent<br>P.O. Box 919243<br>Dallas, TX 75391 | **As of the petition filing date, the claim is:** $0.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | **Basis of claim:**<br>Business debt |
| | Last 4 digits of account number   _ _ _ _ | **Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,469.96 |

**3.98** | **Nonpriority creditor's name and mailing address**
Dale Byrd
9920 E Shore Dr
Willis, TX 77318

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Rent- Lawrenceburg, TN
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $50,469.96

---

**3.99** | **Nonpriority creditor's name and mailing address**
Danger Security
Attn: Managing Agent
1405 New Castle St
Brunswick, GA 31520

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $0.00

---

**3.100** | **Nonpriority creditor's name and mailing address**
Darling Ingredients
Attn: Managing Agent
5601 N MacArthur Blvd
Irving, TX 75038-7000

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $0.00

---

**3.101** | **Nonpriority creditor's name and mailing address**
Datasite
Attn: Managing Agent
P.O. Box 74007252
Chicago, IL 60674

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Business debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $32,921.69

---

**3.102** | **Nonpriority creditor's name and mailing address**
DeKalb Cherokee Co Gas
Attn: Managing Agent
P.O. Box 680376
Ft Payne, AL 35968

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $0.00

---

**3.103** | **Nonpriority creditor's name and mailing address**
Dept of Business Regulation
Attn: Managing Agent
2601 Blair Stone Rd
Tallahassee, FL 32399

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $0.00

---

**3.104** | **Nonpriority creditor's name and mailing address**
Dept of Public Works
Attn: Managing Agent
P.O. Box 667
Butte, MT 59703

**Date or dates debt was incurred**

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim** $0.00

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.105** Nonpriority creditor's name and mailing address
Dominion Energy
Attn: Managing Agent
P.O. Box 100256
Columbia, SC 29202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$925.25

---

**3.106** Nonpriority creditor's name and mailing address
DoorDash, Inc
Attn: Managing Agent
303 2nd St S Tower Ste 800
San Francisco, CA 94107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.107** Nonpriority creditor's name and mailing address
Double Dimension, LLC
Attn: Managing Agent
2324 Pandy St SW
Huntsville, AL 35801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Rent- Headquarters in Mt. Olive
Is the the claim subject to offset?
☑ No.
☐ Yes.

$127,407.50

---

**3.108** Nonpriority creditor's name and mailing address
Down East Protection Systems
Attn: Managing Agent
P.O. Box 1415
Kinston, NC 28503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5.00

---

**3.109** Nonpriority creditor's name and mailing address
Dream Team Heating & Air
Attn: Managing Agent
30590 Louisiana Hwy 16
Denham Springs, LA 70726

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.110** Nonpriority creditor's name and mailing address
Duke Energy Progress
Attn: Managing Agent
P.O. Box 1094
Charlotte, NC 28201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,851.42

---

**3.111** Nonpriority creditor's name and mailing address
Duplicates Printing
Attn: Managing Agent
55 Lowcountry Ln
Pawleys Island, SC 29585

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,611.94

---

| **Part 2:** | **Additional Page** | | **Amount of claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.112** Nonpriority creditor's name and mailing address
Dynamic Media
Attn: Managing Agent
38283 Mound Rd
Sterling Heights, MI 48310

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.113** Nonpriority creditor's name and mailing address
Earl's Electrical Heating & A/C Inc
Attn: Managing Agent
P.O. Box 1053
Laurinburg, NC 28352

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.114** Nonpriority creditor's name and mailing address
Eastern Wayne Sanitary District
Attn: Managing Agent
P.O. Box 1580
Goldsboro, NC 27533

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.115** Nonpriority creditor's name and mailing address
Ecolab Pest Elimination
Attn: Managing Agent
26252 Network Pl
Chicago, IL 60673

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$232.54

**3.116** Nonpriority creditor's name and mailing address
Ecolab, Inc
Attn: Managing Agent
P.O. Box 32027
New York, NY 10087

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.117** Nonpriority creditor's name and mailing address
Ed Caissey, Inc
Attn: Managing Agent
2209 Airport Rd
Helena, MT 59601

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.118** Nonpriority creditor's name and mailing address
Electric Board of Guntersville
Attn: Managing Agent
P.O. Box 45
Guntersville, AL 35976

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,281.30

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.119** Nonpriority creditor's name and mailing address
Electric Board of Muscle Shoals
Attn: Managing Agent
P.O. Box 2547
Muscle Shoals, AL 35662

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $2,468.56

---

**3.120** Nonpriority creditor's name and mailing address
Empire Equipment
Attn: Managing Agent
P.O. Box 63310
Charlotte, NC 28263

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.121** Nonpriority creditor's name and mailing address
Empire Unlimited
Attn: Managing Agent
10149 Channel Rd, Ste H
Lakeside, CA 92040

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Boaz, AL
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $77,723.90

---

**3.122** Nonpriority creditor's name and mailing address
Employers Assurance Co
Attn: Managing Agent
P.O. Box 842111
Los Angeles, CA 90084

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.123** Nonpriority creditor's name and mailing address
Employers Preferred Insurance Co
Attn: Managing Agent
P.O. Box 842111
Los Angeles, CA 90084

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.124** Nonpriority creditor's name and mailing address
EMR Hwy 55 AL LLC
Attn: Managing Agent
201 Wilshire Blvd, 3rd Fl
Santa Monica, CA 90401

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Rent- Muscle Shoals, AL
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $74,234.00

---

**3.125** Nonpriority creditor's name and mailing address
Energy United
Attn: Managing Agent
P.O. Box 1831
Statesville, NC 28687

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 28 of 62 |
|---|---|---|

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.126** Nonpriority creditor's name and mailing address

Entergy
Attn: Managing Agent
P.O. Box 8103
Baton Rouge, LA 70891

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.127** Nonpriority creditor's name and mailing address

Etowah Extinguisher LLC
Attn: Managing Agent
7291 Rocky Ford Rd
Gadsden, AL 35903

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.128** Nonpriority creditor's name and mailing address

Evers Construction Co, Inc
Attn: Managing Agent
P.O. Box 87
Lawrenceburg, TN 38464

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.129** Nonpriority creditor's name and mailing address

Farmers Electric Cooperative
Attn: Managing Agent
P.O. Box 5800
Greenville, TX 75403

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.130** Nonpriority creditor's name and mailing address

Farmers Telecommunications Corp
Attn: Managing Agent
P.O. Box 2153
Birmingham, AL 35201

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.131** Nonpriority creditor's name and mailing address

Fayetteville Public Utilities
Attn: Managing Agent
P.O. Box 120
Fayetteville, TN 37334

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.132** Nonpriority creditor's name and mailing address

Fayetteville Public Works
Attn: Managing Agent
P.O. Box 71113
Charlotte, NC 28272

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.133** | Nonpriority creditor's name and mailing address
FBC of Knoxville LLC
Attn: Managing Agent
P.O. Box 751151
Charlotte, NC 28275

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim: Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,369.84**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**3.134** | Nonpriority creditor's name and mailing address
First Arkansas Bank & Trust
Attn: Managing Agent or Officer
600 W Main
Jacksonville, AR 72076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Credit card debt- Creditor POC claim; Debtor reserves right to object

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$78,904.62**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**3.135** | Nonpriority creditor's name and mailing address
First Bank
Attn: Managing Agent
508 Madison St
Shelbyville, TN 37160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim: Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**3.136** | Nonpriority creditor's name and mailing address
First Horizon Bank
Attn: Managing Agent
1 Glenwood Ave, Ste 111
Raleigh, NC 27603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim: Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**3.137** | Nonpriority creditor's name and mailing address
FL Dept of State
Attn: Managing Agent
P.O. Box 6327
Tallahassee, FL 32314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim: Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**3.138** | Nonpriority creditor's name and mailing address
Flowers Bakeries Sales of GA, LLC
Attn: Managing Agent
P.O. Box 748825
Atlanta, GA 30384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim: Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$14,000.00**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**3.139** | Nonpriority creditor's name and mailing address
Flowers Baking Co of Baton Rouge
Attn: Managing Agent
P.O. Box 951578
Dallas, TX 75395

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim: Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.140** | Nonpriority creditor's name and mailing address
Flowers Baking Co of Newton
Attn: Managing Agent
P.O. Box 748825
Atlanta, GA 30384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.141** | Nonpriority creditor's name and mailing address
Flowers Sales Co of Alabama, LLC
Attn: Managing Agent
P.O. Box 101030
Atlanta, GA 30392

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.142** | Nonpriority creditor's name and mailing address
Flynn Sign Co, Inc
Attn: Managing Agent
85 Burnett St
Crossville, TN 38555

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,705.84

---

**3.143** | Nonpriority creditor's name and mailing address
Forvis
Attn: Managing Agent
P.O. Box 602828
Charlotte, NC 28260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$56,575.50

---

**3.144** | Nonpriority creditor's name and mailing address
Four Future Ventures, LLC
Attn: Managing Agent
37 Mile Rd
Suffern, NY 10901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Rent- Weaverville, NC
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$85,992.50

---

**3.145** | Nonpriority creditor's name and mailing address
Franklin Baking Co
Attn: Managing Agent
P.O. Box 751207
Charlotte, NC 28275

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$27,621.95

---

**3.146** | Nonpriority creditor's name and mailing address
Ft Payne Improvement Auth
Attn: Managing Agent
P.O. Box 680617
Ft Payne, AL 35968

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

Basis of claim:
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 31 of 62

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.147** Nonpriority creditor's name and mailing address
Ft Payne Water Works
Attn: Managing Agent
153 20th St NE
Ft Payne, AL 35967

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.148** Nonpriority creditor's name and mailing address
Fuelman
Attn: Managing Agent
P.O. Box 70887
Charlotte, NC 28272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,600.00

---

**3.149** Nonpriority creditor's name and mailing address
Fuller Heating Air Plumbing Elect
Attn: Managing Agent
P.O. Box 3089
Muscle Shoals, AL 35662

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$586.50

---

**3.150** Nonpriority creditor's name and mailing address
Gallatin Dept of Electric
Attn: Managing Agent
P.O. Box 1555
Gallatin, TN 37066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.151** Nonpriority creditor's name and mailing address
Gallatin Fire Extinguisher LLC
Attn: Managing Agent
P.O. Box 103
Gallatin, TN 37066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.152** Nonpriority creditor's name and mailing address
Gallatin Public Utilities
Attn: Managing Agent
239 Hancock St
Gallatin, TN 37066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$377.96

---

**3.153** Nonpriority creditor's name and mailing address
Gas South
Attn: Managing Agent
P.O. Box 530552
Atlanta, GA 30353

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.154** Nonpriority creditor's name and mailing address
General Distributing Co
Attn: Managing Agent
P.O. Box 2606
Great Falls, MT 59403

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.155** Nonpriority creditor's name and mailing address
General Sign Co
Attn: Managing Agent
P.O. Box 884
Sheffield, AL 35660

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.156** Nonpriority creditor's name and mailing address
Georgia Natural Gas
Attn: Managing Agent
P.O. Box 71245
Charlotte, NC 28272

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.157** Nonpriority creditor's name and mailing address
Georgia Power
Attn: Managing Agent
96 Annex
Atlanta, GA 30396

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,825.33

**3.158** Nonpriority creditor's name and mailing address
GFL Enviromental
Attn: Managing Agent
P.O. Box 791519
Baltimore, MD 21279

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$920.71

**3.159** Nonpriority creditor's name and mailing address
Goeco
Attn: Managing Agent
P.O. Box 1597
Kinston, NC 28503

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.160** Nonpriority creditor's name and mailing address
Greasecycle, LLC
Attn: Managing Agent
3900 Commerce Park Dr
Raleigh, NC 27610

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.161 Nonpriority creditor's name and mailing address**
Great American Insurance
Attn: Managing Agent
P.O. Box 89400
Cleveland, OH 44101

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.162 Nonpriority creditor's name and mailing address**
Green Clips Lawn Care, Inc
Attn: Managing Agent
506 Woodlawn Ave
Muscle Shoals, AL 35661

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.163 Nonpriority creditor's name and mailing address**
Greene Ad-Cal Property, LLC
Attn: Managing Agent
2166 Joyce Ln
Fairfield, CA 94534

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Rent- Laurinburg, NC
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16,329.95

---

**3.164 Nonpriority creditor's name and mailing address**
Guntersville Water Board
Attn: Managing Agent
705 Bloun Ave
Guntersville, AL 35976

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.165 Nonpriority creditor's name and mailing address**
Hagar Restuartant Service
Attn: Managing Agent
6200 NW 2nd St
Oklahoma City, OK 73127

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.166 Nonpriority creditor's name and mailing address**
Hammer Time Services
Attn: Managing Agent
302 Mission Forest Trl
Kingsland, GA 31548

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.167 Nonpriority creditor's name and mailing address**
Heartland Payment Systems, LLC
Attn: Managing Agent
160 Mine Lake Ct
Raleigh, NC 27608

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt- Creditor POC claim; Debtor
reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$717.93

---

**Part 2:**    Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.168** | Nonpriority creditor's name and mailing address
Henager Fire Dept
Attn: Managing Agent
P.O. Box 39
Henagar, AL 35978

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.169** | Nonpriority creditor's name and mailing address
Heritage Landscaping
Attn: Managing Agent
P.O. Box 1416
Athens, TX 75751

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,666.33

---

**3.170** | Nonpriority creditor's name and mailing address
Herren's Heating & Cooling, Inc
Attn: Managing Agent
2457 CR 180
Rainsville, AL 35986

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.171** | Nonpriority creditor's name and mailing address
Herring Electric
Attn: Managing Agent
P.O. Box 390
Mt Olive, NC 28365

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$432.87

---

**3.172** | Nonpriority creditor's name and mailing address
Holly Electric, Inc
Attn: Managing Agent
P.O. Box 2266
Live Oak, FL 32064

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.173** | Nonpriority creditor's name and mailing address
Holston Gases
Attn: Managing Agent
1104 Putman Dr
Huntsville, AL 35816

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.174** | Nonpriority creditor's name and mailing address
Hoodz of SE Louisiana
Attn: Managing Agent
1st Ann Dr, Unit 2322
Mandeville, LA 70471

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

| | | |
|---|---|---|
| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 35 of 62 |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.175** | Nonpriority creditor's name and mailing address
Hudson Heating & Air
Attn: Managing Agent
P.O. Box 58
Brunswick, GA 31521

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.176** | Nonpriority creditor's name and mailing address
Hwy 55 Boaz, LLC
Attn: Managing Agent
5795 Ulmerton Rd
Clearwater, FL 33760

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Potential lease claim- closed location in Boaz, AL
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Unknown

---

**3.177** | Nonpriority creditor's name and mailing address
Hwy 55 Florence, LLC
Attn: Managing Agent
5795 Ulmerton Rd
Clearwater, FL 33760

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Potential lease claim- closed location in Florence, AL
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Unknown

---

**3.178** | Nonpriority creditor's name and mailing address
Hwy 55 of Tennessee, Inc
Attn: Managing Agent
243 Nelson Rd
Lawrenceburg, TN 38464

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Arbitration award
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$57,988.76

---

**3.179** | Nonpriority creditor's name and mailing address
Hwy 55 of the Virginias, LLC
Attn: Managing Agent
4835 Cedar Point Ln
Dublin, VA 24084

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.180** | Nonpriority creditor's name and mailing address
Hwy 55 West, Inc
Attn: Managing Agent
4869 Doe Hill Pl
Lenoir, NC 28645

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Business debt
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00

---

**3.181** | Nonpriority creditor's name and mailing address
IB Builders, Inc
Attn: Managing Agent
P.O. Box 5488
Kinston, NC 28503

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Business debt- Creditor POC claim; Debtor reserves right to object
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$39,221.82

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**
Impact Fire Services, LLC
Attn: Managing Agent
P.O. Box 735063
Dallas, TX 75373

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Business debtx- Creditor POC claim; Debtor reserves right to object

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $2,829.00

---

**3.183** | **Nonpriority creditor's name and mailing address**
Iredell Water Corp
Attn: Managing Agent
P.O. Box 711
Statesville, NC 28687

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Business debt

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $0.00

---

**3.184** | **Nonpriority creditor's name and mailing address**
J&J Lawn Care
Attn: Managing Agent
402 Maple St
Locust, NC 28097

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Business debt

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $0.00

---

**3.185** | **Nonpriority creditor's name and mailing address**
J&V Restaurant & Fire
Attn: Managing Agent
810 1st Ave N
Great Falls, MT 59401

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Business debt

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $0.00

---

**3.186** | **Nonpriority creditor's name and mailing address**
James Barnes
520 Hammond St
Rocky Mt, NC 27804

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis of claim:**
Business debt- Creditor POC claim; Debtor reserves right to object

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $171,779.28

---

**3.187** | **Nonpriority creditor's name and mailing address**
Jaycee Investments LLC
Attn: Managing Agent
231 E Alessandro Blvd, Ste A384
Riverside, CA 92508

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Rent- Statesville, NC

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $28,227.81

---

**3.188** | **Nonpriority creditor's name and mailing address**
JEA
Attn: Managing Agent
P.O. Box 45047
Jacksonville, FL 32232

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Business debt

**Is the the claim subject to offset?**
☒ No.
☐ Yes.

**Amount of claim:** $1,048.75

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.189** Nonpriority creditor's name and mailing address
Jonthan Cottle
Attn: Managing Agent
1340 Carolina Dr
Rockingham, NC 28379

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.190** Nonpriority creditor's name and mailing address
July Services
Attn: Managing Agent
P.O. Box 4346
Houston, TX 77210

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,600.00

**3.191** Nonpriority creditor's name and mailing address
K-9 Lawn Care, Inc
Attn: Managing Agent
P.O. Box 2628
Elizabeth City, NC 27906

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.192** Nonpriority creditor's name and mailing address
Karen C Calcagno
Address Redacted

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Ennis, TX
Is the the claim subject to offset?
☑ No.
☐ Yes.

$71,905.28

**3.193** Nonpriority creditor's name and mailing address
Kemco Facilities Services LLC
Attn: Managing Agent
5750 Bell Cir
Montgomery, AL 36116

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.194** Nonpriority creditor's name and mailing address
Kenneth K Moore
P.O. Box 619
Mt Olive, NC 28365

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Personal loan
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,134,736.00

**3.195** Nonpriority creditor's name and mailing address
King International Corp
Attn: Managing Agent
P.O. Box 1009
King, NC 27021

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,000.00

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.196** Nonpriority creditor's name and mailing address
Kings International Corp.

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Pending Litigation
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: Unknown

---

**3.197** Nonpriority creditor's name and mailing address
KKSK, LLC
Attn: Managing Agent
1103 E Wheel Rd
Bel Air, MD 21015

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Brunswick, GA
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $39,525.00

---

**3.198** Nonpriority creditor's name and mailing address
Koorsen Fire & Security
Attn: Managing Agent
2719 N Arlington Ave
Indianapolis, IN 46218

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.199** Nonpriority creditor's name and mailing address
Kristen Hicks SMM LLC
Attn: Managing Agent
230 Varden Pl
Swannanoa, NC 28778

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $5,680.00

---

**3.200** Nonpriority creditor's name and mailing address
Lane & McClain Distributors, Inc
Attn: Managing Agent
2245 Midway Rd, Ste 300
Carrollton, TX 75006

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.201** Nonpriority creditor's name and mailing address
Larry L Huneycutt
425 E Arrowhead Dr
Charlotte, NC 28213

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Locust, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $65,362.50

---

**3.202** Nonpriority creditor's name and mailing address
Lawrence Co Solid Waste
Attn: Managing Agent
700 Mahr Ave
Lawrenceburg, TN 38464

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.203** Nonpriority creditor's name and mailing address
Lawrenceburg Utility Systems
Attn: Managing Agent
25 Public Sq
Teachey, NC 28464

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.204** Nonpriority creditor's name and mailing address
Lease Accelerator
Attn: Managing Agent
10740 Parkridge Blvd, Ste 701
Reston, VA 20191

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.205** Nonpriority creditor's name and mailing address
LeBleu of Wilson
Attn: Managing Agent
P.O. Box 3062
Wilson, NC 27895

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.206** Nonpriority creditor's name and mailing address
Lee Inc of Mt Olive
Attn: Managing Agent
P.O. Box 397
Maxton, NC 28364

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.207** Nonpriority creditor's name and mailing address
Lenny Fitts
1031 Butterfly Cir
Wake Forest, NC 27587

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.208** Nonpriority creditor's name and mailing address
Liberty Mutual Insurance Co
Attn: Managing Agent
P.O. Box 91013
Chicago, IL 60680

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.209** Nonpriority creditor's name and mailing address
Lindmark Outdoor Media
Attn: Managing Agent
P.O. Box 646015
Dallas, TX 75264

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.210** Nonpriority creditor's name and mailing address
Lisa Lutz TTE, IRR Trust
Attn: Managing Agent
141 Via Copla
Alamo, CA 94507

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Rent- Gallatin, TN
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $47,250.00

---

**3.211** Nonpriority creditor's name and mailing address
Livingston Parish
Attn: Managing Agent
P.O. Box 1030
Livingston, LA 70754

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $3,588.60

---

**3.212** Nonpriority creditor's name and mailing address
Locklear & Sons Lawn Care
Attn: Managing Agent
12421 Pineview Dr
Laurinburg, NC 28352

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.213** Nonpriority creditor's name and mailing address
Loomis
Attn: Managing Agent
P.O. Box 120757
Dallas, TX 75312

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.214** Nonpriority creditor's name and mailing address
Louisiana Fire Extinguisher, Inc
Attn: Managing Agent
8339 Athens Ave
Baton Rouge, LA 70814

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.215** Nonpriority creditor's name and mailing address
Louisiana Workforce Commission
Attn: Managing Agent
1001 N 23rd St, 1st Fl
Baton Rouge, LA 70802

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt- Creditor POC claim; Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $53.81

---

**3.216** Nonpriority creditor's name and mailing address
Lowes Business Account/SYNCB
Attn: Managing Agent
P.O. Box 669824
Dallas, TX 75266

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.217** Nonpriority creditor's name and mailing address
M3G Marketing Group
Attn: Managing Agent
1111 Joel St
China Grove, NC 28023

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.218** Nonpriority creditor's name and mailing address
Mahoney Environmental
Attn: Managing Agent
37458 Eagle Way
Chicago, IL 60678

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,027.49

**3.219** Nonpriority creditor's name and mailing address
Mallard Oil Co
Attn: Managing Agent
1240 Hwy 70 E
New Bern, NC 28560

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.220** Nonpriority creditor's name and mailing address
Marshall County Gas District
Attn: Managing Agent
P.O. Box 170
Guntersville, AL 35976

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.221** Nonpriority creditor's name and mailing address
Marshall Dekalb Electric Co-op
Attn: Managing Agent
P.O. Box 724
Boaz, AL 35957

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,017.65

**3.222** Nonpriority creditor's name and mailing address
Marshall Medical Centers
Attn: Managing Agent
227 Brittany Rd
Guntersville, AL 35976

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.223** Nonpriority creditor's name and mailing address
Marshall Radiology PC
Attn: Managing Agent
P.O. Box 1164
Dalton, GA 30722

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,962.52
McGrane Living Trust
Attn: Managing Agent
5061 Riverdo St
Las Vegas, NV 89135

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Rent- Wylie, TX; Creditor POC claim; Debtor reserves right to object

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
Meade & Associates, Inc
Attn: Managing Agent
737 Enterprise Dr
Lewis Center, OH 43035

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
Mean Green Pest Pros
Attn: Managing Agent
875 Seven Oaks Blvd, Ste 410
Smyrna, TN 37167

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,125.00
Mediterranean MHE, LLC
Attn: Managing Agent
1805 Sugarbush Dr
Vista, CA 92084

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Rent- Fayetteville, TN- Creditor POC claim; Debtor reserves right to object

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.03
Middle Tennessee Electric
Attn: Managing Agent
P.O. Box 330008
Murfreesboro, TN 37133

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
Middle Tennessee Natural Gas
Attn: Managing Agent
P.O. Box 720
Smithville, TN 37166

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
Mitratech
Attn: Managing Agent
950 17th St, Ste 700
Denver, CO 80202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.231** Nonpriority creditor's name and mailing address
Moore Fun Enterprises, Inc
Attn: Managing Agent
27 Twicwood Ln
Queensbury, NY 12804

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Rent- Ft. Payne, AL- Creditor POC claim; Debtor reserves right to object

Is the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $41,014.50

---

**3.232** Nonpriority creditor's name and mailing address
Morris Pest Control, LLC
Attn: Managing Agent
P.O. Box 1189
Rainsville, AL 35986

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.233** Nonpriority creditor's name and mailing address
Mowmentum Lawn Care
Attn: Managing Agent
13461 Hammack Rd
Denham Springs, LA 70726

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,800.00

---

**3.234** Nonpriority creditor's name and mailing address
Mr Rooter Plumbing
Attn: Managing Agent
4624 Genesis Rd
Crossville, TN 38571

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.235** Nonpriority creditor's name and mailing address
Mr Snowden's Pest Control
Attn: Managing Agent
P.O. Box 1703
Elizabeth City, NC 27906

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.236** Nonpriority creditor's name and mailing address
Mspark Media, LLC
Attn: Managing Agent
P.O. Box 96576
Charlotte, NC 28296

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**3.237** Nonpriority creditor's name and mailing address
Mt Olive Chamber of Commerce
Attn: Managing Agent
123 N Center St
Mt Olive, NC 28365

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

---

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.238** Nonpriority creditor's name and mailing address
Mt Olive Rotary
Attn: Managing Agent
P.O. Box 1
Mt Olive, NC 28365

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.239** Nonpriority creditor's name and mailing address
National HVAC Products
Attn: Managing Agent
6510 125th Ave N, Ste 1001
Largo, FL 33773

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Business debt- Creditor POC claim; Debtor
reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

$53,276.00

**3.240** Nonpriority creditor's name and mailing address
NC Secretary of State
Attn: Managing Agent
P.O. Box 29622
Raleigh, NC 27626

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.241** Nonpriority creditor's name and mailing address
Neil Scott 5, LLC
Attn: Managing Agent
8215 Cushing St
Raleigh, NC 27613

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Mt. Olive, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

$77,382.80

**3.242** Nonpriority creditor's name and mailing address
Net Lease Assoc- Laurinburg, LLC
Attn: Managing Agent
3 E Cleveland Ct
Greenville, SC 29607

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Laurinburg, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

$30,953.12

**3.243** Nonpriority creditor's name and mailing address
Net Lease Assoc- Lumberton, LLC
Attn: Managing Agent
3 E Cleveland Ct
Greenville, SC 29607

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Lumberton, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

$32,659.90

**3.244** Nonpriority creditor's name and mailing address
NLA Live Oak, LLC
Attn: Sam Colson
105 Tallapoosa St, Ste 307
Montgomery, AL 36104

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Live Oak, FL
Is the the claim subject to offset?
☑ No.
☐ Yes.

$49,701.79

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.245** Nonpriority creditor's name and mailing address
Northwestern Energy
Attn: Managing Agent
11 E Park St
Butte, MT 59701

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.246** Nonpriority creditor's name and mailing address
NuCO2-1
Attn: Managing Agent
P.O. Box 417902
Boston, MA 02241

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.247** Nonpriority creditor's name and mailing address
Nunn Brashear & Ussell, PA
Attn: Managing Agent
P.O. Box 10127
Goldsboro, NC 27532

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt- Creditor POC claim; Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,816.34

**3.248** Nonpriority creditor's name and mailing address
O'Neal Roofing Co, Inc
Attn: Managing Agent
P.O. Box 2166
Lake City, FL 32056

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.249** Nonpriority creditor's name and mailing address
Oil Solutions Group
Attn: Managing Agent
P.O. Box 7633
Marietta, GA 30065

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,903.26

**3.250** Nonpriority creditor's name and mailing address
Old Towne Electric, Inc
Attn: Managing Agent
5006 Matty St, Ste B
Morehead City, NC 28557

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.251** Nonpriority creditor's name and mailing address
Optimum Business
Attn: Managing Agent
P.O. Box 70340
Philadelphia, PA 19176

Date or dates debt was incurred
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** Nonpriority creditor's name and mailing address
Orkin
Attn: Managing Agent
10299 Robinson Dr
Tyler, TX 75703

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.253** Nonpriority creditor's name and mailing address
Par Data Central
Attn: Managing Agent
P.O. Box 11407
Birmingham, AL 35246

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,089.54

**3.254** Nonpriority creditor's name and mailing address
ParTech, Inc
Attn: Managing Agent
8383 Seneca Turnpike, Ste 3
New Hartford, NY 13413

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$54,786.68

**3.255** Nonpriority creditor's name and mailing address
Pawnee Leasing Corp
Attn: Managing Agent
P.O. Box 736166
Dallas, TX 75373

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.256** Nonpriority creditor's name and mailing address
Paytronix Systems, Inc
Attn: Managing Agent
80 Bridge St
Newton, MA 02458

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,770.75

**3.257** Nonpriority creditor's name and mailing address
Pepsi Cola
Attn: Managing Agent
75 Remittance Dr, Ste 1884
Chicago, IL 60675

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.258** Nonpriority creditor's name and mailing address
Phillip Elmore
238 Greenpath Rd
Godwin, NC 28344

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.259** Nonpriority creditor's name and mailing address
Piedmont Natural Gas
Attn: Managing Agent
P.O. Box 1246
Charlotte, NC 28201

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,287.42

**3.260** Nonpriority creditor's name and mailing address
Piggly Wiggly 28
Attn: Managing Agent
1208 Simmons St
New Bern, NC 28560

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$428.68

**3.261** Nonpriority creditor's name and mailing address
Pitney Bowes Global Financial
Attn: Managing Agent
P.O. Box 981026
Boston, MA 02298

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.262** Nonpriority creditor's name and mailing address
Plateau Enviro Pumping Plus
Attn: Managing Agent
97 Thurman Ln
Crossville, TN 38571

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.263** Nonpriority creditor's name and mailing address
Presovian 8, LLC
Attn: Managing Agent
5060 Bellaire Ave
Valley Village, CA 91607

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Rent- Elizabeth City, NC; Creditor POC claim; Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

$70,125.00

**3.264** Nonpriority creditor's name and mailing address
PrimePay, LLC
Attn: Managing Agent
1487 Dunwoody Dr
W Chester, PA 19380

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt- Creditor POC claim; Debtor reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

$62,957.09

**3.265** Nonpriority creditor's name and mailing address
Pro-Chem Pest Management
Attn: Managing Agent
P.O. Box 53392
Fayetteville, NC 28305

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$133.00

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.266** Nonpriority creditor's name and mailing address
Prudential
Attn: Managing Agent
P.O. Box 856166
Louisville, KY 40285

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$0.00

**3.267** Nonpriority creditor's name and mailing address
Purcor Pest Solutions
Attn: Managing Agent
P.O. Box 600607
Jacksonville, FL 32260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$0.00

**3.268** Nonpriority creditor's name and mailing address
Republic Services
Attn: Managing Agent
P.O. Box 78829
Phoenix, AZ 85062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$3,918.54

**3.269** Nonpriority creditor's name and mailing address
Retail Data Systems
Attn: Managing Agent
4616 S Main St
Acworth, GA 30101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt- maintenance

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$70,000.00

**3.270** Nonpriority creditor's name and mailing address
Retail Data Systems
Attn: Managing Agent
4616 S Main St
Acworth, GA 30101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$594,682.52

**3.271** Nonpriority creditor's name and mailing address
Review Trackers
Attn: Managing Agent
1 N State St, Ste 600
Chicago, IL 60602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$21,389.85

**3.272** Nonpriority creditor's name and mailing address
RF Technologies
Attn: Managing Agent
P.O. Box 142
Bethalto, IL 62010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis of claim:
Business debt

Last 4 digits of account number    _ _ _ _

Is the the claim subject to offset?
☒ No.
☐ Yes.

$23,326.14

**Part 2:** Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.273** Nonpriority creditor's name and mailing address
Riach NC Properties
Attn: Managing Agent
130 Corinthian Walk
Long Beach, CA 90803

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☒ No.
☐ Yes.

$0.00

**3.274** Nonpriority creditor's name and mailing address
Richardson Waste Removal, LLC
Attn: Managing Agent
318 Lincoln Rd
Fayetteville, TN 37334

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☒ No.
☐ Yes.

$0.00

**3.275** Nonpriority creditor's name and mailing address
Ring Central
Attn: Managing Agent
20 Davis Dr
Belmont, CA 94002

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☒ No.
☐ Yes.

$0.00

**3.276** Nonpriority creditor's name and mailing address
Rose Refrigeration
Attn: Managing Agent
2675 Thompson Rd
Four Oaks, NC 27524

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☒ No.
☐ Yes.

$0.00

**3.277** Nonpriority creditor's name and mailing address
RRL LP
Attn: Managing Agent
P.O. Box 88
Edison, CA 93220

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Athens, TX
Is the the claim subject to offset?
☒ No.
☐ Yes.

$28,250.01

**3.278** Nonpriority creditor's name and mailing address
SCF RC Funding IV LLC
Attn: Managing Agent
902 Carnegie Center Blvd, Ste 520
Princeton, NJ 08540

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- multiple locations
Is the the claim subject to offset?
☒ No.
☐ Yes.

$6,779.93

**3.279** Nonpriority creditor's name and mailing address
Schindler Elevator Corp
Attn: Managing Agent
P.O. Box 93050
Chicago, IL 60673

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☒ No.
☐ Yes.

$1,109.45

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 50 of 62 |
|---|---|---|

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | |

**3.280** Nonpriority creditor's name and mailing address
Select Sign Systems
Attn: Managing Agent
2188 Nesconnset Hwy, Ste 267
Stony Brook, NY 11790

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.281** Nonpriority creditor's name and mailing address
Selective Insurance
Attn: Managing Agent
P.O. Box 782747
Philadelphia, PA 19178

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.282** Nonpriority creditor's name and mailing address
Sentry Insurance
Attn: Managing Agent
P.O. Box 8048
Stevens Point, WI 54481

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,587.23

**3.283** Nonpriority creditor's name and mailing address
Serv-Ware Products
Attn: Managing Agent
P.O. Box 63272
Charlotte, NC 28263

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,600.94

**3.284** Nonpriority creditor's name and mailing address
Shell Energy Solutions
Attn: Managing Agent
P.O. Box 733560
Dallas, TX 75373

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,565.22

**3.285** Nonpriority creditor's name and mailing address
SIB Development & Consulting
Attn: Managing Agent
P.O. Box 736603
Dallas, TX 75373

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,309.09

**3.286** Nonpriority creditor's name and mailing address
Sloan Pest Control
Attn: Managing Agent
603 Mt Pleasant Rd
Hortense, GA 31543

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.287** Nonpriority creditor's name and mailing address
Solutions HVAC & Plumbing
Attn: Managing Agent
2103 S Kufman St
Ennis, TX 75119

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.288** Nonpriority creditor's name and mailing address
Southeastern Kitchen Exhaust
Attn: Managing Agent
2843 Co Rd 781
Cullman, AL 35055

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.289** Nonpriority creditor's name and mailing address
Southern Air Heating & Cooling
Attn: Managing Agent
11999 Industriplex Blvd
Baton Rouge, LA 70809

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.290** Nonpriority creditor's name and mailing address
Southern Brothers Plumbing, LLC
Attn: Managing Agent
179 W Smith St
Gallatin, TN 37066

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.291** Nonpriority creditor's name and mailing address
Southern Kitchen Services, Inc
Attn: Managing Agent
877 Seven Oaks Blvd, Ste 530
Smyrna, TN 37167

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$32,478.40

**3.292** Nonpriority creditor's name and mailing address
Spark Energy Gas
Attn: Managing Agent
P.O. Box 42424
Dallas, TX 75265

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.293** Nonpriority creditor's name and mailing address
Spectrum Business/Charter
Attn: Managing Agent
P.O. Box 94188
Palatine, IL 60094

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$14,126.65

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.294** Nonpriority creditor's name and mailing address
Square One Fire & Safety
Attn: Managing Agent
605 Lebanon Rd SW
Ft Payne, AL 35967

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.295** Nonpriority creditor's name and mailing address
Stanly County Utilities
Attn: Managing Agent
1000 N 1st St, Ste 13
Albemarle, NC 28001

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.296** Nonpriority creditor's name and mailing address
State of Flordia
Attn: Managing Agent
2601 Blair Stone Rd
Tallahassee, FL 32399

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.297** Nonpriority creditor's name and mailing address
State of Tennessee
Attn: Managing Agent
P.O. Box 198990
Nashville, TN 37219

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,088.40

---

**3.298** Nonpriority creditor's name and mailing address
Stay Cool Call Frost
Attn: Managing Agent
10 Cherokee Pl
Crossville, TN 38572

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

**3.299** Nonpriority creditor's name and mailing address
Steven Perry
105 Core Dr E
Morehead City, NC 28557

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,999.75

---

**3.300** Nonpriority creditor's name and mailing address
Story Disposal Service
Attn: Managing Agent
946 Mattox Town Rd
Lawrenceburg, TN 38464

Date or dates debt was incurred _____

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.301** Nonpriority creditor's name and mailing address
Summit Incubators Inc
Attn: Managing Agent
50 E 79th St, Apt 15D
New York, NY 10075

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt- Creditor POC claim; Debtor reserves right to object

Is the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $49,367.12

**3.302** Nonpriority creditor's name and mailing address
Sunwest Pensions
Attn: Managing Agent
P.O. Box 7850
Tempe, AZ 85281

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.303** Nonpriority creditor's name and mailing address
Suwannee Valley Electric Coop
Attn: Managing Agent
P.O. Box 2000
Lake City, FL 32056

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.304** Nonpriority creditor's name and mailing address
Swanson Girard Distributing
Attn: Managing Agent
10420 Southern Loop Blvd
Pineville, NC 28134

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.305** Nonpriority creditor's name and mailing address
Synter Resource Group, LLC
Attn: Managing Agent
P.O. Box 63247
N Charleston, SC 29419

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**3.306** Nonpriority creditor's name and mailing address
Sysco Food
Attn: Managing Agent
1032 Baugh Rd
Selma, NC 27576

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $576,395.23

**3.307** Nonpriority creditor's name and mailing address
TAGex Sales, LLC
Attn: Managing Agent
121 Sully's Trl, Ste 8
Pittsford, NY 14534

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Business debt

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.00

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.308** Nonpriority creditor's name and mailing address
TalentReef, Inc
Attn: Managing Agent
P.O. Box 8027
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$49,035.00

**3.309** Nonpriority creditor's name and mailing address
Tangipahoa Parish Sheriff
Attn: Managing Agent
P.O. Box 1327
Robert, LA 70455

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$633.72

**3.310** Nonpriority creditor's name and mailing address
Tangipahoa Water District
Attn: Managing Agent
46463 N Morrison Blvd
Hammond, LA 70401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.311** Nonpriority creditor's name and mailing address
Taylor Freezer Co
Attn: Managing Agent
P.O. Box 5807
Chesapeake, VA 23324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,532.55

**3.312** Nonpriority creditor's name and mailing address
Taylor Sales & Service
Attn: Managing Agent
P.O. Box 100459
Birmingham, AL 35210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.313** Nonpriority creditor's name and mailing address
TBF Group Shutters Creek, LLC
Attn: Managing Agent
175 Great Neck Rd, Ste 201
Great Neck, NY 11021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Rent- Rocky Mount, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,162.04

**3.314** Nonpriority creditor's name and mailing address
Terminx
Attn: Managing Agent
P.O. Box 2587
Fayetteville, NC 28302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _

Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.315** Nonpriority creditor's name and mailing address
TFG TN LLC
Attn: Managing Agent
2940 Foster Creighton Dr
Nashville, TN 37204

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.316** Nonpriority creditor's name and mailing address
TFGroup, LLC
Attn: Managing Agent
4633 Sanford St
Metairie, LA 70006

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.317** Nonpriority creditor's name and mailing address
The Hanover Insurance Co
Attn: Managing Agent
P.O. Box 580045
Charlotte, NC 28258

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.318** Nonpriority creditor's name and mailing address
The Hertford
Attn: Managing Agent
P.O. Box 660916
Dallas, TX 75226-6000

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.319** Nonpriority creditor's name and mailing address
Toast, Inc
Attn: Managing Agent
333 Summer St
Boston, MA 02210

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.320** Nonpriority creditor's name and mailing address
Tom Hartzell
1209 Club View Dr
Dayton, OH 45458

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**3.321** Nonpriority creditor's name and mailing address
Towne Insurance Agency, LLC
Attn: Managing Agent
3 Commercial Pl, Ste 1000
Norfolk, VA 23510

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.322** Nonpriority creditor's name and mailing address
Track West Partners, LLC
Attn: Managing Agent
1962 Howell Mill Rd NW, Ste 210
Atlanta, GA 30318

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$23,254.00**

**3.323** Nonpriority creditor's name and mailing address
Trash Control Inc
Attn: Managing Agent
2302 Lancaster Hwy
Monroe, NC 28112

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

**3.324** Nonpriority creditor's name and mailing address
Tri-State Technology Solutions LLC
Attn: Managing Agent
5767 AI Hwy 40
Dutton, AL 35744

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

**3.325** Nonpriority creditor's name and mailing address
TWC Services, Inc
Attn: Managing Agent
P.O. Box 14496
Des Moines, IA 50306

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

**3.326** Nonpriority creditor's name and mailing address
Two Plus, Inc
Attn: Managing Agent
5717 US Hwy 117 Alt
Mt Olive, NC 28365

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt- Creditor POC claim; Debtor
reserves right to object
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$247,500.10**

**3.327** Nonpriority creditor's name and mailing address
TWP Kings Retail, LLC
Attn: Managing Agent
1962 Howell Mill Rd, Ste 210
Atlanta, GA 30318

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Potential lease claim- closed location in
Kingsland, GA
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Unknown**

**3.328** Nonpriority creditor's name and mailing address
TWP PCP Marion Retail, LLC
Attn: Managing Agent
445 Bishop St NW
Atlanta, GA 30318

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Potential lease claim- closed location in Marion,
NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Unknown**

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.329 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
| UMO KCO, LLC | ☐ Contingent | |
| Attn: Managing Agent | ☐ Unliquidated | |
| P.O. Box 11864 | ☐ Disputed | |
| Charlotte, NC 28220 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Business debt | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.330 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,284.29 |
| UniFirst Corp | ☐ Contingent | |
| Attn: Managing Agent | ☐ Unliquidated | |
| P.O. Box 650481 | ☐ Disputed | |
| Dallas, TX 75265 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Business debt | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.331 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| United Refrigeration | ☐ Contingent | |
| Attn: Managing Agent | ☐ Unliquidated | |
| 108 Mill St | ☐ Disputed | |
| Elizabeth City, NC 27909 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Business debt | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.332 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| UpShow, Inc | ☐ Contingent | |
| Attn: Managing Agent | ☐ Unliquidated | |
| P.O. Box 70315 | ☐ Disputed | |
| Newark, NJ 07101 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Business debt | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.333 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,046.71 |
| US Small Business Administration | ☐ Contingent | |
| North Carolina District Office | ☐ Unliquidated | |
| 6302 Fairview Rd, Ste 300 | ☑ Disputed | |
| Charlotte, NC 28210 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Unsecured loan | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.334 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| Valley Proteins, LLC | ☐ Contingent | |
| Attn: Managing Agent | ☐ Unliquidated | |
| P.O. Box 3588 | ☐ Disputed | |
| Winchester, VA 22604 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Business debt | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.335 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,250.38 |
| Verizon Wireless | ☐ Contingent | |
| Attn: Managing Agent | ☐ Unliquidated | |
| P.O. Box 15062 | ☐ Disputed | |
| Albany, NY 12212 | | |
| **Date or dates debt was incurred** | **Basis of claim:** Business debt | |
| **Last 4 digits of account number** _ _ _ _ | **Is the the claim subject to offset?** ☑ No. ☐ Yes. | |

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 58 of 62 |

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.336** | **Nonpriority creditor's name and mailing address**
Vestis
Attn: Managing Agent
P.O. Box 731676
Dallas, TX 75373

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$15,000.00**

---

**3.337** | **Nonpriority creditor's name and mailing address**
Volunteer Energy Cooperative
Attn: Managing Agent
P.O. Box 22222
Decatur, TN 37322

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$0.00**

---

**3.338** | **Nonpriority creditor's name and mailing address**
Volunteer Welding Glass & Supply
Attn: Managing Agent
815 Rep John Lewis Way S
Nashville, TN 37203

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$74.25**

---

**3.339** | **Nonpriority creditor's name and mailing address**
Vyve Broadband
Attn: Managing Agent
P.O. Box 258843
Oklahoma City, OK 73125

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$180.37**

---

**3.340** | **Nonpriority creditor's name and mailing address**
Ward & Smith, PA
Attn: Managing Agent
P.O. Box 867
New Bern, NC 28563

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$410,892.03**

---

**3.341** | **Nonpriority creditor's name and mailing address**
Waste Management
Attn: Managing Agent
P.O. Box 4648
Carol Stream, IL 60197

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$590.95**

---

**3.342** | **Nonpriority creditor's name and mailing address**
Wellons Sisters, LLC
Attn: Managing Agent
P.O. Box 1018
Morehead City, NC 28557

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- New Bern, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$9,118.32**

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.343** Nonpriority creditor's name and mailing address
Wex Bank
Attn: Managing Agent
P.O. Box 6293
Carol Stream, IL 60197

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,914.08

**3.344** Nonpriority creditor's name and mailing address
Whaley Food Service
Attn: Managing Agent
P.O. Box 615
Lexington, SC 29071

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,015.23

**3.345** Nonpriority creditor's name and mailing address
Wilson Creek Realty
Attn: Managing Agent
P.O. Box 149
Beaufort, NC 28516

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Morehead City, NC
Is the the claim subject to offset?
☑ No.
☐ Yes.

$73,815.00

**3.346** Nonpriority creditor's name and mailing address
Worldwide Trademarks
Attn: Managing Agent
447 Broadway, 2nd Fl
New York, NY 10013

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,520.00

**3.347** Nonpriority creditor's name and mailing address
WTMR- World Trademark Register
Attn: Managing Agent
P.O. Box 22546
Ft Lauderdale, FL 33335

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Business debt
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,960.00

**3.348** Nonpriority creditor's name and mailing address
Wyeth & Woodview, LLC
Attn: Managing Agent
4875 E La Palma Ave, Ste 602
Anaheim, CA 92807

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Rent- Guntersville, AL
Is the the claim subject to offset?
☑ No.
☐ Yes.

$27,430.21

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 60 of 62 |
|---|---|---|

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

Debtor    _____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a | | $984,197.20 |
| 5.b **Total claims from Part 2.** | 5b | + | $6,593,107.46 |
| 5.c **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c | 5c | + | $7,577,304.66 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE E/F

## PART 1

## CREDITORS WITH PRIORITY UNSECURED CLAIMS

**The Little Mint, Inc.**
**Case No. 24-04510**
**Schedule E1: Creditors with Priority Unsecured Claims**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee1018 | | | | 677.08 | 677.08 |
| Employee1068 | | | | 50.56 | 50.56 |
| Employee1086 | | | | 435.30 | 435.30 |
| Employee1127 | | | | 178.50 | 178.50 |
| Employee1133 | | | | 92.67 | 92.67 |
| Employee1155 (Minor) | | | | 265.59 | 265.59 |
| Employee1159 | | | | 938.99 | 938.99 |
| Employee1169 | | | | 222.30 | 222.30 |
| Employee1178 | | | | 45.77 | 45.77 |
| Employee1182 | | | | 81.95 | 81.95 |
| Employee1206 (Minor) | | | | 4.94 | 4.94 |
| Employee1216 | | | | 395.20 | 395.20 |
| Employee1260 | | | | 80.00 | 80.00 |
| Employee127 | | | | 111.98 | 111.98 |
| Employee1281 | | | | 63.25 | 63.25 |
| Employee1350 | | | | 944.19 | 944.19 |
| Employee1373 | | | | 43.70 | 43.70 |
| Employee1384 (Minor) | | | | 85.15 | 85.15 |
| Employee1421 | | | | 203.59 | 203.59 |
| Employee1444 | | | | 74.36 | 74.36 |
| Employee1500 | | | | 183.07 | 183.07 |
| Employee1501 | | | | 438.36 | 438.36 |
| Employee151 | | | | 11.82 | 11.82 |
| Employee1552 | | | | 245.57 | 245.57 |
| Employee1574 | | | | 787.50 | 787.50 |
| Employee1597 | | | | 26.12 | 26.12 |
| Employee1645 | | | | 130.50 | 130.50 |
| Employee1674 | | | | 95.29 | 95.29 |
| Employee1745 (Minor) | | | | 53.87 | 53.87 |
| Employee1758 (Minor) | | | | 225.04 | 225.04 |
| Employee1760 | | | | 78.65 | 78.65 |
| Employee1811 | | | | 2,166.67 | 2,166.67 |
| Employee1836 (Minor) | | | | 356.20 | 356.20 |
| Employee1899 | | | | 30.91 | 30.91 |
| Employee1905 | | | | 61.70 | 61.70 |
| Employee1907 (Minor) | | | | 112.55 | 112.55 |
| Employee1910 | | | | 66.80 | 66.80 |

**The Little Mint, Inc.**
**Case No. 24-04510**
**Schedule E1: Creditors with Priority Unsecured Claims**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---:|---:|
| Employee195 | | | | 234.39 | 234.39 |
| Employee1957 | | | | 135.42 | 135.42 |
| Employee1986 | | | | 33.48 | 33.48 |
| Employee1995 (Minor) | | | | 960.53 | 960.53 |
| Employee2016 | | | | 259.74 | 259.74 |
| Employee205 | | | | 1,083.34 | 1,083.34 |
| Employee219 | | | | 379.06 | 379.06 |
| Employee2246 | | | | 250.47 | 250.47 |
| Employee2285 (Minor) | | | | 52.00 | 52.00 |
| Employee2287 | | | | 69.86 | 69.86 |
| Employee2288 | | | | 120.32 | 120.32 |
| Employee2297 | | | | 19.80 | 19.80 |
| Employee2387 (Minor) | | | | 30.03 | 30.03 |
| Employee2413 | | | | 677.09 | 677.09 |
| Employee248 (Minor) | | | | 135.63 | 135.63 |
| Employee249 | | | | 643.89 | 643.89 |
| Employee332 (Minor) | | | | 20.40 | 20.40 |
| Employee369 | | | | 677.09 | 677.09 |
| Employee370 | | | | 593.76 | 593.76 |
| Employee417 (Minor) | | | | 101.53 | 101.53 |
| Employee418 (Minor) | | | | 88.00 | 88.00 |
| Employee463 | | | | 32.43 | 32.43 |
| Employee466 | | | | 14.00 | 14.00 |
| Employee534 | | | | 2,375.00 | 2,375.00 |
| Employee540 | | | | 337.37 | 337.37 |
| Employee543 | | | | 35.75 | 35.75 |
| Employee627 (Minor) | | | | 12.01 | 12.01 |
| Employee701 | | | | 247.30 | 247.30 |
| Employee717 | | | | 370.20 | 370.20 |
| Employee736 (Minor) | | | | 2.83 | 2.83 |
| Employee782 | | | | 5.41 | 5.41 |
| Employee803 | | | | 444.37 | 444.37 |
| Employee819 | | | | 712.79 | 712.79 |
| Employee84 | | | | 417.00 | 417.00 |
| Employee916 (Minor) | | | | 133.32 | 133.32 |
| Employee923 | | | | 317.85 | 317.85 |
| Employee932 | | | | 134.49 | 134.49 |

**The Little Mint, Inc.**
**Case No. 24-04510**
**Schedule E1: Creditors with Priority Unsecured Claims**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee945 | | | | 152.90 | 152.90 |
| Employee970 (Minor) | | | | 48.00 | 48.00 |
| Employee983 (Minor) | | | | 54.48 | 54.48 |
| Employee991 | | | | 122.87 | 122.87 |
| Employee998 (Minor) | | | | 5.55 | 5.55 |
| **Grand Total** | | | | **22,607.44** | **22,607.44** |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE E/F

PART 1

CREDITORS WITH PRIORITY UNSECURED CLAIMS

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee1 | x | x | | Undetermined | Undetermined |
| Employee2 (Minor) | x | x | | Undetermined | Undetermined |
| Employee3 | x | x | | Undetermined | Undetermined |
| Employee4 (Minor) | x | x | | Undetermined | Undetermined |
| Employee5 | x | x | | Undetermined | Undetermined |
| Employee6 | x | x | | Undetermined | Undetermined |
| Employee7 | x | x | | Undetermined | Undetermined |
| Employee8 (Minor) | x | x | | Undetermined | Undetermined |
| Employee9 (Minor) | x | x | | Undetermined | Undetermined |
| Employee10 | x | x | | Undetermined | Undetermined |
| Employee11 (Minor) | x | x | | Undetermined | Undetermined |
| Employee12 | x | x | | Undetermined | Undetermined |
| Employee13 | x | x | | Undetermined | Undetermined |
| Employee14 | x | x | | Undetermined | Undetermined |
| Employee15 | x | x | | Undetermined | Undetermined |
| Employee16 | x | x | | Undetermined | Undetermined |
| Employee17 | x | x | | Undetermined | Undetermined |
| Employee18 (Minor) | x | x | | Undetermined | Undetermined |
| Employee19 | x | x | | Undetermined | Undetermined |
| Employee20 (Minor) | x | x | | Undetermined | Undetermined |
| Employee21 | x | x | | Undetermined | Undetermined |
| Employee22 | x | x | | Undetermined | Undetermined |
| Employee23 | x | x | | Undetermined | Undetermined |
| Employee24 | x | x | | Undetermined | Undetermined |
| Employee25 | x | x | | Undetermined | Undetermined |
| Employee26 | x | x | | Undetermined | Undetermined |
| Employee27 (Minor) | x | x | | Undetermined | Undetermined |
| Employee28 | x | x | | Undetermined | Undetermined |
| Employee29 | x | x | | Undetermined | Undetermined |
| Employee30 | x | x | | Undetermined | Undetermined |
| Employee31 | x | x | | Undetermined | Undetermined |
| Employee32 | x | x | | Undetermined | Undetermined |
| Employee33 | x | x | | Undetermined | Undetermined |
| Employee34 | x | x | | Undetermined | Undetermined |
| Employee35 (Minor) | x | x | | Undetermined | Undetermined |
| Employee36 | x | x | | Undetermined | Undetermined |
| Employee37 | x | x | | Undetermined | Undetermined |
| Employee38 | x | x | | Undetermined | Undetermined |
| Employee39 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee40 | x | x | | Undetermined | Undetermined |
| Employee41 | x | x | | Undetermined | Undetermined |
| Employee42 | x | x | | Undetermined | Undetermined |
| Employee43 | x | x | | Undetermined | Undetermined |
| Employee44 | x | x | | Undetermined | Undetermined |
| Employee45 | x | x | | Undetermined | Undetermined |
| Employee46 | x | x | | Undetermined | Undetermined |
| Employee47 | x | x | | Undetermined | Undetermined |
| Employee48 | x | x | | Undetermined | Undetermined |
| Employee49 | x | x | | Undetermined | Undetermined |
| Employee50 | x | x | | Undetermined | Undetermined |
| Employee51 | x | x | | Undetermined | Undetermined |
| Employee52 | x | x | | Undetermined | Undetermined |
| Employee53 | x | x | | Undetermined | Undetermined |
| Employee54 | x | x | | Undetermined | Undetermined |
| Employee55 | x | x | | Undetermined | Undetermined |
| Employee56 | x | x | | Undetermined | Undetermined |
| Employee57 (Minor) | x | x | | Undetermined | Undetermined |
| Employee58 | x | x | | Undetermined | Undetermined |
| Employee59 | x | x | | Undetermined | Undetermined |
| Employee60 | x | x | | Undetermined | Undetermined |
| Employee61 | x | x | | Undetermined | Undetermined |
| Employee62 | x | x | | Undetermined | Undetermined |
| Employee63 | x | x | | Undetermined | Undetermined |
| Employee64 (Minor) | x | x | | Undetermined | Undetermined |
| Employee65 | x | x | | Undetermined | Undetermined |
| Employee66 | x | x | | Undetermined | Undetermined |
| Employee67 | x | x | | Undetermined | Undetermined |
| Employee68 (Minor) | x | x | | Undetermined | Undetermined |
| Employee69 | x | x | | Undetermined | Undetermined |
| Employee70 | x | x | | Undetermined | Undetermined |
| Employee71 | x | x | | Undetermined | Undetermined |
| Employee72 | x | x | | Undetermined | Undetermined |
| Employee73 | x | x | | Undetermined | Undetermined |
| Employee74 | x | x | | Undetermined | Undetermined |
| Employee75 | x | x | | Undetermined | Undetermined |
| Employee76 (Minor) | x | x | | Undetermined | Undetermined |
| Employee77 | x | x | | Undetermined | Undetermined |
| Employee78 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee79 | x | x | | Undetermined | Undetermined |
| Employee80 | x | x | | Undetermined | Undetermined |
| Employee81 | x | x | | Undetermined | Undetermined |
| Employee82 | x | x | | Undetermined | Undetermined |
| Employee83 | x | x | | Undetermined | Undetermined |
| Employee85 | x | x | | Undetermined | Undetermined |
| Employee86 (Minor) | x | x | | Undetermined | Undetermined |
| Employee87 | x | x | | Undetermined | Undetermined |
| Employee88 | x | x | | Undetermined | Undetermined |
| Employee89 | x | x | | Undetermined | Undetermined |
| Employee90 (Minor) | x | x | | Undetermined | Undetermined |
| Employee91 (Minor) | x | x | | Undetermined | Undetermined |
| Employee92 | x | x | | Undetermined | Undetermined |
| Employee93 | x | x | | Undetermined | Undetermined |
| Employee94 | x | x | | Undetermined | Undetermined |
| Employee95 | x | x | | Undetermined | Undetermined |
| Employee96 | x | x | | Undetermined | Undetermined |
| Employee97 (Minor) | x | x | | Undetermined | Undetermined |
| Employee98 | x | x | | Undetermined | Undetermined |
| Employee99 (Minor) | x | x | | Undetermined | Undetermined |
| Employee100 | x | x | | Undetermined | Undetermined |
| Employee101 | x | x | | Undetermined | Undetermined |
| Employee102 | x | x | | Undetermined | Undetermined |
| Employee103 | x | x | | Undetermined | Undetermined |
| Employee104 | x | x | | Undetermined | Undetermined |
| Employee105 (Minor) | x | x | | Undetermined | Undetermined |
| Employee106 | x | x | | Undetermined | Undetermined |
| Employee107 | x | x | | Undetermined | Undetermined |
| Employee108 | x | x | | Undetermined | Undetermined |
| Employee109 | x | x | | Undetermined | Undetermined |
| Employee110 | x | x | | Undetermined | Undetermined |
| Employee111 (Minor) | x | x | | Undetermined | Undetermined |
| Employee112 (Minor) | x | x | | Undetermined | Undetermined |
| Employee113 | x | x | | Undetermined | Undetermined |
| Employee114 (Minor) | x | x | | Undetermined | Undetermined |
| Employee115 | x | x | | Undetermined | Undetermined |
| Employee116 (Minor) | x | x | | Undetermined | Undetermined |
| Employee117 | x | x | | Undetermined | Undetermined |
| Employee118 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee119 (Minor) | x | x | | Undetermined | Undetermined |
| Employee120 | x | x | | Undetermined | Undetermined |
| Employee121 | x | x | | Undetermined | Undetermined |
| Employee122 | x | x | | Undetermined | Undetermined |
| Employee123 | x | x | | Undetermined | Undetermined |
| Employee124 | x | x | | Undetermined | Undetermined |
| Employee125 (Minor) | x | x | | Undetermined | Undetermined |
| Employee126 | x | x | | Undetermined | Undetermined |
| Employee128 | x | x | | Undetermined | Undetermined |
| Employee129 | x | x | | Undetermined | Undetermined |
| Employee130 | x | x | | Undetermined | Undetermined |
| Employee131 | x | x | | Undetermined | Undetermined |
| Employee132 | x | x | | Undetermined | Undetermined |
| Employee133 | x | x | | Undetermined | Undetermined |
| Employee134 | x | x | | Undetermined | Undetermined |
| Employee135 | x | x | | Undetermined | Undetermined |
| Employee136 (Minor) | x | x | | Undetermined | Undetermined |
| Employee137 | x | x | | Undetermined | Undetermined |
| Employee138 | x | x | | Undetermined | Undetermined |
| Employee139 | x | x | | Undetermined | Undetermined |
| Employee140 | x | x | | Undetermined | Undetermined |
| Employee141 | x | x | | Undetermined | Undetermined |
| Employee142 | x | x | | Undetermined | Undetermined |
| Employee143 | x | x | | Undetermined | Undetermined |
| Employee144 (Minor) | x | x | | Undetermined | Undetermined |
| Employee145 | x | x | | Undetermined | Undetermined |
| Employee146 | x | x | | Undetermined | Undetermined |
| Employee147 | x | x | | Undetermined | Undetermined |
| Employee148 | x | x | | Undetermined | Undetermined |
| Employee149 | x | x | | Undetermined | Undetermined |
| Employee150 | x | x | | Undetermined | Undetermined |
| Employee152 (Minor) | x | x | | Undetermined | Undetermined |
| Employee153 | x | x | | Undetermined | Undetermined |
| Employee154 (Minor) | x | x | | Undetermined | Undetermined |
| Employee155 | x | x | | Undetermined | Undetermined |
| Employee156 | x | x | | Undetermined | Undetermined |
| Employee157 | x | x | | Undetermined | Undetermined |
| Employee158 | x | x | | Undetermined | Undetermined |
| Employee159 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee160 (Minor) | x | x | | Undetermined | Undetermined |
| Employee161 (Minor) | x | x | | Undetermined | Undetermined |
| Employee162 | x | x | | Undetermined | Undetermined |
| Employee163 | x | x | | Undetermined | Undetermined |
| Employee164 | x | x | | Undetermined | Undetermined |
| Employee165 | x | x | | Undetermined | Undetermined |
| Employee166 | x | x | | Undetermined | Undetermined |
| Employee167 | x | x | | Undetermined | Undetermined |
| Employee168 (Minor) | x | x | | Undetermined | Undetermined |
| Employee169 | x | x | | Undetermined | Undetermined |
| Employee170 (Minor) | x | x | | Undetermined | Undetermined |
| Employee171 (Minor) | x | x | | Undetermined | Undetermined |
| Employee172 | x | x | | Undetermined | Undetermined |
| Employee173 (Minor) | x | x | | Undetermined | Undetermined |
| Employee174 | x | x | | Undetermined | Undetermined |
| Employee175 | x | x | | Undetermined | Undetermined |
| Employee176 (Minor) | x | x | | Undetermined | Undetermined |
| Employee177 | x | x | | Undetermined | Undetermined |
| Employee178 | x | x | | Undetermined | Undetermined |
| Employee179 | x | x | | Undetermined | Undetermined |
| Employee180 | x | x | | Undetermined | Undetermined |
| Employee181 | x | x | | Undetermined | Undetermined |
| Employee182 | x | x | | Undetermined | Undetermined |
| Employee183 (Minor) | x | x | | Undetermined | Undetermined |
| Employee184 (Minor) | x | x | | Undetermined | Undetermined |
| Employee185 | x | x | | Undetermined | Undetermined |
| Employee186 | x | x | | Undetermined | Undetermined |
| Employee187 | x | x | | Undetermined | Undetermined |
| Employee188 | x | x | | Undetermined | Undetermined |
| Employee189 | x | x | | Undetermined | Undetermined |
| Employee190 | x | x | | Undetermined | Undetermined |
| Employee191 | x | x | | Undetermined | Undetermined |
| Employee192 | x | x | | Undetermined | Undetermined |
| Employee193 | x | x | | Undetermined | Undetermined |
| Employee194 | x | x | | Undetermined | Undetermined |
| Employee196 | x | x | | Undetermined | Undetermined |
| Employee197 | x | x | | Undetermined | Undetermined |
| Employee198 | x | x | | Undetermined | Undetermined |
| Employee199 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee200 (Minor) | x | x | | Undetermined | Undetermined |
| Employee201 | x | x | | Undetermined | Undetermined |
| Employee202 | x | x | | Undetermined | Undetermined |
| Employee203 | x | x | | Undetermined | Undetermined |
| Employee204 | x | x | | Undetermined | Undetermined |
| Employee206 | x | x | | Undetermined | Undetermined |
| Employee207 (Minor) | x | x | | Undetermined | Undetermined |
| Employee208 (Minor) | x | x | | Undetermined | Undetermined |
| Employee209 | x | x | | Undetermined | Undetermined |
| Employee210 (Minor) | x | x | | Undetermined | Undetermined |
| Employee211 | x | x | | Undetermined | Undetermined |
| Employee212 | x | x | | Undetermined | Undetermined |
| Employee213 (Minor) | x | x | | Undetermined | Undetermined |
| Employee214 | x | x | | Undetermined | Undetermined |
| Employee215 | x | x | | Undetermined | Undetermined |
| Employee216 (Minor) | x | x | | Undetermined | Undetermined |
| Employee217 (Minor) | x | x | | Undetermined | Undetermined |
| Employee218 | x | x | | Undetermined | Undetermined |
| Employee220 | x | x | | Undetermined | Undetermined |
| Employee221 | x | x | | Undetermined | Undetermined |
| Employee222 | x | x | | Undetermined | Undetermined |
| Employee223 | x | x | | Undetermined | Undetermined |
| Employee224 | x | x | | Undetermined | Undetermined |
| Employee225 | x | x | | Undetermined | Undetermined |
| Employee226 (Minor) | x | x | | Undetermined | Undetermined |
| Employee227 | x | x | | Undetermined | Undetermined |
| Employee228 | x | x | | Undetermined | Undetermined |
| Employee229 | x | x | | Undetermined | Undetermined |
| Employee230 (Minor) | x | x | | Undetermined | Undetermined |
| Employee231 | x | x | | Undetermined | Undetermined |
| Employee232 | x | x | | Undetermined | Undetermined |
| Employee233 | x | x | | Undetermined | Undetermined |
| Employee234 (Minor) | x | x | | Undetermined | Undetermined |
| Employee235 | x | x | | Undetermined | Undetermined |
| Employee236 | x | x | | Undetermined | Undetermined |
| Employee237 | x | x | | Undetermined | Undetermined |
| Employee238 | x | x | | Undetermined | Undetermined |
| Employee239 | x | x | | Undetermined | Undetermined |
| Employee240 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee241 | x | x | | Undetermined | Undetermined |
| Employee242 (Minor) | x | x | | Undetermined | Undetermined |
| Employee243 | x | x | | Undetermined | Undetermined |
| Employee244 | x | x | | Undetermined | Undetermined |
| Employee245 | x | x | | Undetermined | Undetermined |
| Employee246 | x | x | | Undetermined | Undetermined |
| Employee247 | x | x | | Undetermined | Undetermined |
| Employee250 | x | x | | Undetermined | Undetermined |
| Employee251 | x | x | | Undetermined | Undetermined |
| Employee252 | x | x | | Undetermined | Undetermined |
| Employee253 | x | x | | Undetermined | Undetermined |
| Employee254 | x | x | | Undetermined | Undetermined |
| Employee255 | x | x | | Undetermined | Undetermined |
| Employee256 | x | x | | Undetermined | Undetermined |
| Employee257 | x | x | | Undetermined | Undetermined |
| Employee258 | x | x | | Undetermined | Undetermined |
| Employee259 | x | x | | Undetermined | Undetermined |
| Employee260 | x | x | | Undetermined | Undetermined |
| Employee261 | x | x | | Undetermined | Undetermined |
| Employee262 | x | x | | Undetermined | Undetermined |
| Employee263 | x | x | | Undetermined | Undetermined |
| Employee264 (Minor) | x | x | | Undetermined | Undetermined |
| Employee265 | x | x | | Undetermined | Undetermined |
| Employee266 (Minor) | x | x | | Undetermined | Undetermined |
| Employee267 | x | x | | Undetermined | Undetermined |
| Employee268 | x | x | | Undetermined | Undetermined |
| Employee269 | x | x | | Undetermined | Undetermined |
| Employee270 | x | x | | Undetermined | Undetermined |
| Employee271 | x | x | | Undetermined | Undetermined |
| Employee272 | x | x | | Undetermined | Undetermined |
| Employee273 | x | x | | Undetermined | Undetermined |
| Employee274 | x | x | | Undetermined | Undetermined |
| Employee275 | x | x | | Undetermined | Undetermined |
| Employee276 | x | x | | Undetermined | Undetermined |
| Employee277 | x | x | | Undetermined | Undetermined |
| Employee278 | x | x | | Undetermined | Undetermined |
| Employee279 | x | x | | Undetermined | Undetermined |
| Employee280 | x | x | | Undetermined | Undetermined |
| Employee281 (Minor) | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee282 | x | x | | Undetermined | Undetermined |
| Employee283 | x | x | | Undetermined | Undetermined |
| Employee284 (Minor) | x | x | | Undetermined | Undetermined |
| Employee285 | x | x | | Undetermined | Undetermined |
| Employee286 | x | x | | Undetermined | Undetermined |
| Employee287 | x | x | | Undetermined | Undetermined |
| Employee288 | x | x | | Undetermined | Undetermined |
| Employee289 (Minor) | x | x | | Undetermined | Undetermined |
| Employee290 (Minor) | x | x | | Undetermined | Undetermined |
| Employee291 | x | x | | Undetermined | Undetermined |
| Employee292 | x | x | | Undetermined | Undetermined |
| Employee293 | x | x | | Undetermined | Undetermined |
| Employee294 | x | x | | Undetermined | Undetermined |
| Employee295 | x | x | | Undetermined | Undetermined |
| Employee296 | x | x | | Undetermined | Undetermined |
| Employee297 | x | x | | Undetermined | Undetermined |
| Employee298 | x | x | | Undetermined | Undetermined |
| Employee299 | x | x | | Undetermined | Undetermined |
| Employee300 | x | x | | Undetermined | Undetermined |
| Employee301 | x | x | | Undetermined | Undetermined |
| Employee302 | x | x | | Undetermined | Undetermined |
| Employee303 | x | x | | Undetermined | Undetermined |
| Employee304 | x | x | | Undetermined | Undetermined |
| Employee305 | x | x | | Undetermined | Undetermined |
| Employee306 | x | x | | Undetermined | Undetermined |
| Employee307 | x | x | | Undetermined | Undetermined |
| Employee308 | x | x | | Undetermined | Undetermined |
| Employee309 | x | x | | Undetermined | Undetermined |
| Employee310 | x | x | | Undetermined | Undetermined |
| Employee311 | x | x | | Undetermined | Undetermined |
| Employee312 | x | x | | Undetermined | Undetermined |
| Employee313 (Minor) | x | x | | Undetermined | Undetermined |
| Employee314 | x | x | | Undetermined | Undetermined |
| Employee315 | x | x | | Undetermined | Undetermined |
| Employee316 | x | x | | Undetermined | Undetermined |
| Employee317 | x | x | | Undetermined | Undetermined |
| Employee318 | x | x | | Undetermined | Undetermined |
| Employee319 | x | x | | Undetermined | Undetermined |
| Employee320 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee321 (Minor) | x | x | | Undetermined | Undetermined |
| Employee322 (Minor) | x | x | | Undetermined | Undetermined |
| Employee323 | x | x | | Undetermined | Undetermined |
| Employee324 (Minor) | x | x | | Undetermined | Undetermined |
| Employee325 | x | x | | Undetermined | Undetermined |
| Employee326 | x | x | | Undetermined | Undetermined |
| Employee327 | x | x | | Undetermined | Undetermined |
| Employee328 (Minor) | x | x | | Undetermined | Undetermined |
| Employee329 | x | x | | Undetermined | Undetermined |
| Employee330 | x | x | | Undetermined | Undetermined |
| Employee331 | x | x | | Undetermined | Undetermined |
| Employee333 | x | x | | Undetermined | Undetermined |
| Employee334 | x | x | | Undetermined | Undetermined |
| Employee335 (Minor) | x | x | | Undetermined | Undetermined |
| Employee336 | x | x | | Undetermined | Undetermined |
| Employee337 | x | x | | Undetermined | Undetermined |
| Employee338 | x | x | | Undetermined | Undetermined |
| Employee339 | x | x | | Undetermined | Undetermined |
| Employee340 (Minor) | x | x | | Undetermined | Undetermined |
| Employee341 | x | x | | Undetermined | Undetermined |
| Employee342 | x | x | | Undetermined | Undetermined |
| Employee343 (Minor) | x | x | | Undetermined | Undetermined |
| Employee344 | x | x | | Undetermined | Undetermined |
| Employee345 (Minor) | x | x | | Undetermined | Undetermined |
| Employee346 | x | x | | Undetermined | Undetermined |
| Employee347 | x | x | | Undetermined | Undetermined |
| Employee348 | x | x | | Undetermined | Undetermined |
| Employee349 (Minor) | x | x | | Undetermined | Undetermined |
| Employee350 | x | x | | Undetermined | Undetermined |
| Employee351 | x | x | | Undetermined | Undetermined |
| Employee352 | x | x | | Undetermined | Undetermined |
| Employee353 | x | x | | Undetermined | Undetermined |
| Employee354 | x | x | | Undetermined | Undetermined |
| Employee355 | x | x | | Undetermined | Undetermined |
| Employee356 | x | x | | Undetermined | Undetermined |
| Employee357 | x | x | | Undetermined | Undetermined |
| Employee358 | x | x | | Undetermined | Undetermined |
| Employee359 | x | x | | Undetermined | Undetermined |
| Employee360 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee361 | x | x | | Undetermined | Undetermined |
| Employee362 | x | x | | Undetermined | Undetermined |
| Employee363 | x | x | | Undetermined | Undetermined |
| Employee364 | x | x | | Undetermined | Undetermined |
| Employee365 | x | x | | Undetermined | Undetermined |
| Employee366 | x | x | | Undetermined | Undetermined |
| Employee367 | x | x | | Undetermined | Undetermined |
| Employee368 (Minor) | x | x | | Undetermined | Undetermined |
| Employee371 | x | x | | Undetermined | Undetermined |
| Employee372 | x | x | | Undetermined | Undetermined |
| Employee373 | x | x | | Undetermined | Undetermined |
| Employee374 | x | x | | Undetermined | Undetermined |
| Employee375 (Minor) | x | x | | Undetermined | Undetermined |
| Employee376 | x | x | | Undetermined | Undetermined |
| Employee377 | x | x | | Undetermined | Undetermined |
| Employee378 | x | x | | Undetermined | Undetermined |
| Employee379 (Minor) | x | x | | Undetermined | Undetermined |
| Employee380 | x | x | | Undetermined | Undetermined |
| Employee381 | x | x | | Undetermined | Undetermined |
| Employee382 | x | x | | Undetermined | Undetermined |
| Employee383 | x | x | | Undetermined | Undetermined |
| Employee384 | x | x | | Undetermined | Undetermined |
| Employee385 | x | x | | Undetermined | Undetermined |
| Employee386 | x | x | | Undetermined | Undetermined |
| Employee387 | x | x | | Undetermined | Undetermined |
| Employee388 | x | x | | Undetermined | Undetermined |
| Employee389 | x | x | | Undetermined | Undetermined |
| Employee390 | x | x | | Undetermined | Undetermined |
| Employee391 | x | x | | Undetermined | Undetermined |
| Employee392 | x | x | | Undetermined | Undetermined |
| Employee393 | x | x | | Undetermined | Undetermined |
| Employee394 | x | x | | Undetermined | Undetermined |
| Employee395 (Minor) | x | x | | Undetermined | Undetermined |
| Employee396 (Minor) | x | x | | Undetermined | Undetermined |
| Employee397 | x | x | | Undetermined | Undetermined |
| Employee398 (Minor) | x | x | | Undetermined | Undetermined |
| Employee399 (Minor) | x | x | | Undetermined | Undetermined |
| Employee400 | x | x | | Undetermined | Undetermined |
| Employee401 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee402 | x | x | | Undetermined | Undetermined |
| Employee403 | x | x | | Undetermined | Undetermined |
| Employee404 | x | x | | Undetermined | Undetermined |
| Employee405 | x | x | | Undetermined | Undetermined |
| Employee406 | x | x | | Undetermined | Undetermined |
| Employee407 | x | x | | Undetermined | Undetermined |
| Employee408 | x | x | | Undetermined | Undetermined |
| Employee409 | x | x | | Undetermined | Undetermined |
| Employee410 | x | x | | Undetermined | Undetermined |
| Employee411 | x | x | | Undetermined | Undetermined |
| Employee412 (Minor) | x | x | | Undetermined | Undetermined |
| Employee413 | x | x | | Undetermined | Undetermined |
| Employee414 | x | x | | Undetermined | Undetermined |
| Employee415 (Minor) | x | x | | Undetermined | Undetermined |
| Employee416 | x | x | | Undetermined | Undetermined |
| Employee419 | x | x | | Undetermined | Undetermined |
| Employee420 (Minor) | x | x | | Undetermined | Undetermined |
| Employee421 | x | x | | Undetermined | Undetermined |
| Employee422 | x | x | | Undetermined | Undetermined |
| Employee423 (Minor) | x | x | | Undetermined | Undetermined |
| Employee424 | x | x | | Undetermined | Undetermined |
| Employee425 | x | x | | Undetermined | Undetermined |
| Employee426 | x | x | | Undetermined | Undetermined |
| Employee427 (Minor) | x | x | | Undetermined | Undetermined |
| Employee428 | x | x | | Undetermined | Undetermined |
| Employee429 | x | x | | Undetermined | Undetermined |
| Employee430 | x | x | | Undetermined | Undetermined |
| Employee431 | x | x | | Undetermined | Undetermined |
| Employee432 | x | x | | Undetermined | Undetermined |
| Employee433 (Minor) | x | x | | Undetermined | Undetermined |
| Employee434 | x | x | | Undetermined | Undetermined |
| Employee435 | x | x | | Undetermined | Undetermined |
| Employee436 | x | x | | Undetermined | Undetermined |
| Employee437 | x | x | | Undetermined | Undetermined |
| Employee438 (Minor) | x | x | | Undetermined | Undetermined |
| Employee439 | x | x | | Undetermined | Undetermined |
| Employee440 | x | x | | Undetermined | Undetermined |
| Employee441 (Minor) | x | x | | Undetermined | Undetermined |
| Employee442 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee443 (Minor) | x | x | | Undetermined | Undetermined |
| Employee444 | x | x | | Undetermined | Undetermined |
| Employee445 | x | x | | Undetermined | Undetermined |
| Employee446 | x | x | | Undetermined | Undetermined |
| Employee447 | x | x | | Undetermined | Undetermined |
| Employee448 | x | x | | Undetermined | Undetermined |
| Employee449 (Minor) | x | x | | Undetermined | Undetermined |
| Employee450 | x | x | | Undetermined | Undetermined |
| Employee451 (Minor) | x | x | | Undetermined | Undetermined |
| Employee452 (Minor) | x | x | | Undetermined | Undetermined |
| Employee453 | x | x | | Undetermined | Undetermined |
| Employee454 | x | x | | Undetermined | Undetermined |
| Employee455 | x | x | | Undetermined | Undetermined |
| Employee456 | x | x | | Undetermined | Undetermined |
| Employee457 | x | x | | Undetermined | Undetermined |
| Employee458 | x | x | | Undetermined | Undetermined |
| Employee459 | x | x | | Undetermined | Undetermined |
| Employee460 | x | x | | Undetermined | Undetermined |
| Employee461 | x | x | | Undetermined | Undetermined |
| Employee462 | x | x | | Undetermined | Undetermined |
| Employee464 | x | x | | Undetermined | Undetermined |
| Employee465 | x | x | | Undetermined | Undetermined |
| Employee467 | x | x | | Undetermined | Undetermined |
| Employee468 (Minor) | x | x | | Undetermined | Undetermined |
| Employee469 | x | x | | Undetermined | Undetermined |
| Employee470 | x | x | | Undetermined | Undetermined |
| Employee471 | x | x | | Undetermined | Undetermined |
| Employee472 | x | x | | Undetermined | Undetermined |
| Employee473 (Minor) | x | x | | Undetermined | Undetermined |
| Employee474 (Minor) | x | x | | Undetermined | Undetermined |
| Employee475 | x | x | | Undetermined | Undetermined |
| Employee476 | x | x | | Undetermined | Undetermined |
| Employee477 (Minor) | x | x | | Undetermined | Undetermined |
| Employee478 | x | x | | Undetermined | Undetermined |
| Employee479 | x | x | | Undetermined | Undetermined |
| Employee480 | x | x | | Undetermined | Undetermined |
| Employee481 | x | x | | Undetermined | Undetermined |
| Employee482 | x | x | | Undetermined | Undetermined |
| Employee483 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee484 (Minor) | x | x | | Undetermined | Undetermined |
| Employee485 | x | x | | Undetermined | Undetermined |
| Employee486 (Minor) | x | x | | Undetermined | Undetermined |
| Employee487 | x | x | | Undetermined | Undetermined |
| Employee488 | x | x | | Undetermined | Undetermined |
| Employee489 | x | x | | Undetermined | Undetermined |
| Employee490 (Minor) | x | x | | Undetermined | Undetermined |
| Employee491 | x | x | | Undetermined | Undetermined |
| Employee492 | x | x | | Undetermined | Undetermined |
| Employee493 | x | x | | Undetermined | Undetermined |
| Employee494 | x | x | | Undetermined | Undetermined |
| Employee495 | x | x | | Undetermined | Undetermined |
| Employee496 | x | x | | Undetermined | Undetermined |
| Employee497 | x | x | | Undetermined | Undetermined |
| Employee498 | x | x | | Undetermined | Undetermined |
| Employee499 | x | x | | Undetermined | Undetermined |
| Employee500 | x | x | | Undetermined | Undetermined |
| Employee501 | x | x | | Undetermined | Undetermined |
| Employee502 (Minor) | x | x | | Undetermined | Undetermined |
| Employee503 | x | x | | Undetermined | Undetermined |
| Employee504 (Minor) | x | x | | Undetermined | Undetermined |
| Employee505 | x | x | | Undetermined | Undetermined |
| Employee506 | x | x | | Undetermined | Undetermined |
| Employee507 | x | x | | Undetermined | Undetermined |
| Employee508 | x | x | | Undetermined | Undetermined |
| Employee509 | x | x | | Undetermined | Undetermined |
| Employee510 (Minor) | x | x | | Undetermined | Undetermined |
| Employee511 (Minor) | x | x | | Undetermined | Undetermined |
| Employee512 | x | x | | Undetermined | Undetermined |
| Employee513 | x | x | | Undetermined | Undetermined |
| Employee514 | x | x | | Undetermined | Undetermined |
| Employee515 | x | x | | Undetermined | Undetermined |
| Employee516 (Minor) | x | x | | Undetermined | Undetermined |
| Employee517 (Minor) | x | x | | Undetermined | Undetermined |
| Employee518 | x | x | | Undetermined | Undetermined |
| Employee519 | x | x | | Undetermined | Undetermined |
| Employee520 | x | x | | Undetermined | Undetermined |
| Employee521 | x | x | | Undetermined | Undetermined |
| Employee522 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee523 | x | x | | Undetermined | Undetermined |
| Employee524 (Minor) | x | x | | Undetermined | Undetermined |
| Employee525 (Minor) | x | x | | Undetermined | Undetermined |
| Employee526 (Minor) | x | x | | Undetermined | Undetermined |
| Employee527 (Minor) | x | x | | Undetermined | Undetermined |
| Employee528 | x | x | | Undetermined | Undetermined |
| Employee529 | x | x | | Undetermined | Undetermined |
| Employee530 | x | x | | Undetermined | Undetermined |
| Employee531 | x | x | | Undetermined | Undetermined |
| Employee532 | x | x | | Undetermined | Undetermined |
| Employee533 (Minor) | x | x | | Undetermined | Undetermined |
| Employee535 | x | x | | Undetermined | Undetermined |
| Employee536 | x | x | | Undetermined | Undetermined |
| Employee537 | x | x | | Undetermined | Undetermined |
| Employee538 | x | x | | Undetermined | Undetermined |
| Employee539 | x | x | | Undetermined | Undetermined |
| Employee541 | x | x | | Undetermined | Undetermined |
| Employee542 | x | x | | Undetermined | Undetermined |
| Employee544 | x | x | | Undetermined | Undetermined |
| Employee545 | x | x | | Undetermined | Undetermined |
| Employee546 | x | x | | Undetermined | Undetermined |
| Employee547 | x | x | | Undetermined | Undetermined |
| Employee548 | x | x | | Undetermined | Undetermined |
| Employee549 | x | x | | Undetermined | Undetermined |
| Employee550 | x | x | | Undetermined | Undetermined |
| Employee551 | x | x | | Undetermined | Undetermined |
| Employee552 | x | x | | Undetermined | Undetermined |
| Employee553 | x | x | | Undetermined | Undetermined |
| Employee554 (Minor) | x | x | | Undetermined | Undetermined |
| Employee555 | x | x | | Undetermined | Undetermined |
| Employee556 | x | x | | Undetermined | Undetermined |
| Employee557 | x | x | | Undetermined | Undetermined |
| Employee558 (Minor) | x | x | | Undetermined | Undetermined |
| Employee559 | x | x | | Undetermined | Undetermined |
| Employee560 | x | x | | Undetermined | Undetermined |
| Employee561 (Minor) | x | x | | Undetermined | Undetermined |
| Employee562 | x | x | | Undetermined | Undetermined |
| Employee563 | x | x | | Undetermined | Undetermined |
| Employee564 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee565 (Minor) | x | x | | Undetermined | Undetermined |
| Employee566 | x | x | | Undetermined | Undetermined |
| Employee567 (Minor) | x | x | | Undetermined | Undetermined |
| Employee568 | x | x | | Undetermined | Undetermined |
| Employee569 | x | x | | Undetermined | Undetermined |
| Employee570 | x | x | | Undetermined | Undetermined |
| Employee571 | x | x | | Undetermined | Undetermined |
| Employee572 | x | x | | Undetermined | Undetermined |
| Employee573 | x | x | | Undetermined | Undetermined |
| Employee574 | x | x | | Undetermined | Undetermined |
| Employee575 | x | x | | Undetermined | Undetermined |
| Employee576 | x | x | | Undetermined | Undetermined |
| Employee577 | x | x | | Undetermined | Undetermined |
| Employee578 (Minor) | x | x | | Undetermined | Undetermined |
| Employee579 | x | x | | Undetermined | Undetermined |
| Employee580 | x | x | | Undetermined | Undetermined |
| Employee581 (Minor) | x | x | | Undetermined | Undetermined |
| Employee582 (Minor) | x | x | | Undetermined | Undetermined |
| Employee583 (Minor) | x | x | | Undetermined | Undetermined |
| Employee584 | x | x | | Undetermined | Undetermined |
| Employee585 | x | x | | Undetermined | Undetermined |
| Employee586 | x | x | | Undetermined | Undetermined |
| Employee587 | x | x | | Undetermined | Undetermined |
| Employee588 | x | x | | Undetermined | Undetermined |
| Employee589 | x | x | | Undetermined | Undetermined |
| Employee590 | x | x | | Undetermined | Undetermined |
| Employee591 (Minor) | x | x | | Undetermined | Undetermined |
| Employee592 | x | x | | Undetermined | Undetermined |
| Employee593 | x | x | | Undetermined | Undetermined |
| Employee594 (Minor) | x | x | | Undetermined | Undetermined |
| Employee595 | x | x | | Undetermined | Undetermined |
| Employee596 | x | x | | Undetermined | Undetermined |
| Employee597 | x | x | | Undetermined | Undetermined |
| Employee598 | x | x | | Undetermined | Undetermined |
| Employee599 (Minor) | x | x | | Undetermined | Undetermined |
| Employee600 | x | x | | Undetermined | Undetermined |
| Employee601 | x | x | | Undetermined | Undetermined |
| Employee602 (Minor) | x | x | | Undetermined | Undetermined |
| Employee603 (Minor) | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee604 (Minor) | x | x | | Undetermined | Undetermined |
| Employee605 | x | x | | Undetermined | Undetermined |
| Employee606 | x | x | | Undetermined | Undetermined |
| Employee607 | x | x | | Undetermined | Undetermined |
| Employee608 | x | x | | Undetermined | Undetermined |
| Employee609 | x | x | | Undetermined | Undetermined |
| Employee610 | x | x | | Undetermined | Undetermined |
| Employee611 | x | x | | Undetermined | Undetermined |
| Employee612 | x | x | | Undetermined | Undetermined |
| Employee613 (Minor) | x | x | | Undetermined | Undetermined |
| Employee614 | x | x | | Undetermined | Undetermined |
| Employee615 | x | x | | Undetermined | Undetermined |
| Employee616 | x | x | | Undetermined | Undetermined |
| Employee617 (Minor) | x | x | | Undetermined | Undetermined |
| Employee618 | x | x | | Undetermined | Undetermined |
| Employee619 (Minor) | x | x | | Undetermined | Undetermined |
| Employee620 (Minor) | x | x | | Undetermined | Undetermined |
| Employee621 | x | x | | Undetermined | Undetermined |
| Employee622 | x | x | | Undetermined | Undetermined |
| Employee623 | x | x | | Undetermined | Undetermined |
| Employee624 | x | x | | Undetermined | Undetermined |
| Employee625 | x | x | | Undetermined | Undetermined |
| Employee626 | x | x | | Undetermined | Undetermined |
| Employee628 | x | x | | Undetermined | Undetermined |
| Employee629 | x | x | | Undetermined | Undetermined |
| Employee630 | x | x | | Undetermined | Undetermined |
| Employee631 | x | x | | Undetermined | Undetermined |
| Employee632 | x | x | | Undetermined | Undetermined |
| Employee633 | x | x | | Undetermined | Undetermined |
| Employee634 | x | x | | Undetermined | Undetermined |
| Employee635 | x | x | | Undetermined | Undetermined |
| Employee636 | x | x | | Undetermined | Undetermined |
| Employee637 (Minor) | x | x | | Undetermined | Undetermined |
| Employee638 (Minor) | x | x | | Undetermined | Undetermined |
| Employee639 | x | x | | Undetermined | Undetermined |
| Employee640 | x | x | | Undetermined | Undetermined |
| Employee641 | x | x | | Undetermined | Undetermined |
| Employee642 (Minor) | x | x | | Undetermined | Undetermined |
| Employee643 (Minor) | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee644 (Minor) | x | x | | Undetermined | Undetermined |
| Employee645 (Minor) | x | x | | Undetermined | Undetermined |
| Employee646 | x | x | | Undetermined | Undetermined |
| Employee647 | x | x | | Undetermined | Undetermined |
| Employee648 (Minor) | x | x | | Undetermined | Undetermined |
| Employee649 | x | x | | Undetermined | Undetermined |
| Employee650 (Minor) | x | x | | Undetermined | Undetermined |
| Employee651 | x | x | | Undetermined | Undetermined |
| Employee652 | x | x | | Undetermined | Undetermined |
| Employee653 | x | x | | Undetermined | Undetermined |
| Employee654 | x | x | | Undetermined | Undetermined |
| Employee655 (Minor) | x | x | | Undetermined | Undetermined |
| Employee656 (Minor) | x | x | | Undetermined | Undetermined |
| Employee657 | x | x | | Undetermined | Undetermined |
| Employee658 | x | x | | Undetermined | Undetermined |
| Employee659 | x | x | | Undetermined | Undetermined |
| Employee660 (Minor) | x | x | | Undetermined | Undetermined |
| Employee661 (Minor) | x | x | | Undetermined | Undetermined |
| Employee662 (Minor) | x | x | | Undetermined | Undetermined |
| Employee663 | x | x | | Undetermined | Undetermined |
| Employee664 | x | x | | Undetermined | Undetermined |
| Employee665 | x | x | | Undetermined | Undetermined |
| Employee666 (Minor) | x | x | | Undetermined | Undetermined |
| Employee667 | x | x | | Undetermined | Undetermined |
| Employee668 | x | x | | Undetermined | Undetermined |
| Employee669 | x | x | | Undetermined | Undetermined |
| Employee670 (Minor) | x | x | | Undetermined | Undetermined |
| Employee671 | x | x | | Undetermined | Undetermined |
| Employee672 | x | x | | Undetermined | Undetermined |
| Employee673 (Minor) | x | x | | Undetermined | Undetermined |
| Employee674 | x | x | | Undetermined | Undetermined |
| Employee675 | x | x | | Undetermined | Undetermined |
| Employee676 (Minor) | x | x | | Undetermined | Undetermined |
| Employee677 | x | x | | Undetermined | Undetermined |
| Employee678 | x | x | | Undetermined | Undetermined |
| Employee679 (Minor) | x | x | | Undetermined | Undetermined |
| Employee680 (Minor) | x | x | | Undetermined | Undetermined |
| Employee681 | x | x | | Undetermined | Undetermined |
| Employee682 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee683 | x | x | | Undetermined | Undetermined |
| Employee684 | x | x | | Undetermined | Undetermined |
| Employee685 | x | x | | Undetermined | Undetermined |
| Employee686 | x | x | | Undetermined | Undetermined |
| Employee687 | x | x | | Undetermined | Undetermined |
| Employee688 (Minor) | x | x | | Undetermined | Undetermined |
| Employee689 | x | x | | Undetermined | Undetermined |
| Employee690 (Minor) | x | x | | Undetermined | Undetermined |
| Employee691 | x | x | | Undetermined | Undetermined |
| Employee692 | x | x | | Undetermined | Undetermined |
| Employee693 | x | x | | Undetermined | Undetermined |
| Employee694 | x | x | | Undetermined | Undetermined |
| Employee695 (Minor) | x | x | | Undetermined | Undetermined |
| Employee696 (Minor) | x | x | | Undetermined | Undetermined |
| Employee697 (Minor) | x | x | | Undetermined | Undetermined |
| Employee698 | x | x | | Undetermined | Undetermined |
| Employee699 (Minor) | x | x | | Undetermined | Undetermined |
| Employee700 | x | x | | Undetermined | Undetermined |
| Employee702 | x | x | | Undetermined | Undetermined |
| Employee703 | x | x | | Undetermined | Undetermined |
| Employee704 | x | x | | Undetermined | Undetermined |
| Employee705 | x | x | | Undetermined | Undetermined |
| Employee706 | x | x | | Undetermined | Undetermined |
| Employee707 | x | x | | Undetermined | Undetermined |
| Employee708 | x | x | | Undetermined | Undetermined |
| Employee709 | x | x | | Undetermined | Undetermined |
| Employee710 | x | x | | Undetermined | Undetermined |
| Employee711 | x | x | | Undetermined | Undetermined |
| Employee712 | x | x | | Undetermined | Undetermined |
| Employee713 | x | x | | Undetermined | Undetermined |
| Employee714 (Minor) | x | x | | Undetermined | Undetermined |
| Employee715 (Minor) | x | x | | Undetermined | Undetermined |
| Employee716 | x | x | | Undetermined | Undetermined |
| Employee718 | x | x | | Undetermined | Undetermined |
| Employee719 (Minor) | x | x | | Undetermined | Undetermined |
| Employee720 (Minor) | x | x | | Undetermined | Undetermined |
| Employee721 | x | x | | Undetermined | Undetermined |
| Employee722 (Minor) | x | x | | Undetermined | Undetermined |
| Employee723 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee724 | x | x | | Undetermined | Undetermined |
| Employee725 (Minor) | x | x | | Undetermined | Undetermined |
| Employee726 | x | x | | Undetermined | Undetermined |
| Employee727 | x | x | | Undetermined | Undetermined |
| Employee728 | x | x | | Undetermined | Undetermined |
| Employee729 (Minor) | x | x | | Undetermined | Undetermined |
| Employee730 | x | x | | Undetermined | Undetermined |
| Employee731 | x | x | | Undetermined | Undetermined |
| Employee732 (Minor) | x | x | | Undetermined | Undetermined |
| Employee733 | x | x | | Undetermined | Undetermined |
| Employee734 | x | x | | Undetermined | Undetermined |
| Employee735 (Minor) | x | x | | Undetermined | Undetermined |
| Employee737 | x | x | | Undetermined | Undetermined |
| Employee738 | x | x | | Undetermined | Undetermined |
| Employee739 (Minor) | x | x | | Undetermined | Undetermined |
| Employee740 | x | x | | Undetermined | Undetermined |
| Employee741 (Minor) | x | x | | Undetermined | Undetermined |
| Employee742 | x | x | | Undetermined | Undetermined |
| Employee743 | x | x | | Undetermined | Undetermined |
| Employee744 | x | x | | Undetermined | Undetermined |
| Employee745 | x | x | | Undetermined | Undetermined |
| Employee746 | x | x | | Undetermined | Undetermined |
| Employee747 | x | x | | Undetermined | Undetermined |
| Employee748 (Minor) | x | x | | Undetermined | Undetermined |
| Employee749 | x | x | | Undetermined | Undetermined |
| Employee750 | x | x | | Undetermined | Undetermined |
| Employee751 | x | x | | Undetermined | Undetermined |
| Employee752 | x | x | | Undetermined | Undetermined |
| Employee753 (Minor) | x | x | | Undetermined | Undetermined |
| Employee754 | x | x | | Undetermined | Undetermined |
| Employee755 | x | x | | Undetermined | Undetermined |
| Employee756 | x | x | | Undetermined | Undetermined |
| Employee757 | x | x | | Undetermined | Undetermined |
| Employee758 | x | x | | Undetermined | Undetermined |
| Employee759 (Minor) | x | x | | Undetermined | Undetermined |
| Employee760 | x | x | | Undetermined | Undetermined |
| Employee761 (Minor) | x | x | | Undetermined | Undetermined |
| Employee762 | x | x | | Undetermined | Undetermined |
| Employee763 | x | x | | Undetermined | Undetermined |

**The Little Mint, Inc.**

**Case No. 24-04510**

**Schedule E2: Creditors with Priority Unsecured Claims, Amounts Undetermined**

| Creditor Name (Redacted) | Contingent | Unliquidated | Disputed | Total Claim Amount | Total Priority Amount |
|---|---|---|---|---|---|
| Employee764 | x | x | | Undetermined | Undetermined |
| Employee765 (Minor) | x | x | | Undetermined | Undetermined |
| Employee766 | x | x | | Undetermined | Undetermined |
| Employee767 | x | x | | Undetermined | Undetermined |
| Employee768 | x | x | | Undetermined | Undetermined |
| Employee769 | x | x | | Undetermined | Undetermined |
| Employee770 | x | x | | Undetermined | Undetermined |
| Employee771 (Minor) | x | x | | Undetermined | Undetermined |
| Employee772 (Minor) | x | x | | Undetermined | Undetermined |
| Employee773 | x | x | | Undetermined | Undetermined |
| Employee774 | x | x | | Undetermined | Undetermined |
| Employee775 | x | x | | Undetermined | Undetermined |
| Employee776 | x | x | | Undetermined | Undetermined |
| Employee777 | x | x | | Undetermined | Undetermined |
| Employee778 | x | x | | Undetermined | Undetermined |
| Employee779 | x | x | | Undetermined | Undetermined |
| Employee780 | x | x | | Undetermined | Undetermined |
| Employee781 | x | x | | Undetermined | Undetermined |
| Employee783 | x | x | | Undetermined | Undetermined |
| Employee784 | x | x | | Undetermined | Undetermined |
| Employee785 | x | x | | Undetermined | Undetermined |
| Employee786 (Minor) | x | x | | Undetermined | Undetermined |
| Employee787 (Minor) | x | x | | Undetermined | Undetermined |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: <u>The Little Mint, Inc.</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the <u>Eastern</u> Division, District of <u>North Carolina</u></td></tr>
<tr><td colspan="2">Case number (If known): <u>24-04510</u></td></tr>
</table>

*Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.*

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Jacksonville, FL | 1050 Holdings, LLC<br>Attn: Managing Agent<br>4000 Island Blvd, Apt 1807<br>N Miami Beach, FL 33160 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Castle Hayne, NC | 1215 Hillsborough Street, LLC<br>Attn: Managing Agent<br>3337 Ridgecrest Ct<br>Raleigh, NC 27607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location- Conover, NC | 1217 North Highway Holdings, LLC<br>Attn: Managing Agent<br>2439 Kuser Rd<br>Hamilton, NJ 08690 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Kingsland, GA | 1586 Glendewar, LLC<br>Attn: Managing Agent<br>2850 Erie St<br>San Diego, CA 92117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Sanford, NC | 2 Bridges, LLC<br>Attn: Managing Agent<br>2719 Graves Dr<br>Goldsboro, NC 27534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Mocksville, NC | 22 Reynolds Properties<br>Attn: Managing Agent<br>107 Gleneagles Way, Ste B<br>Advance, NC 27006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Lumberton, NC | 411 SW 11 Ave, LLC<br>Attn: Managing Agent<br>48 Soundview Dr<br>Great Neck, NY 11020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Corporate subscription agreement | 7Shifts, Inc<br>211 19th St E, Ste 703<br>Saskatoon, SK S7K 0A2<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Coastal Grand, SC | AA Food Services, LLC<br>Attn: Managing Agent<br>205 Dry Valley Loop<br>Myrtle Beach, SC 29588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Four Oaks, NC | Ada Foods, LLC<br>Attn: Managing Agent<br>105 Austin Dr<br>Princeton, NC 27569 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease-Ahoskie, NC | Ahoskie Center, LLC<br>Attn: Managing Agent<br>3265 Meridian Pkwy, Ste 130<br>Ft Lauderdale, FL 33331 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Fayetteville, NC | Airport Plaza NC, LLC<br>Attn: Managing Agent<br>11220 Elm Ln, Ste 200<br>Charlotte, NC 28277 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Conover, NC | Ait-Bentley, Inc<br>Attn: Managing Agent<br>3514 Old Mt Olive Hwy<br>Mt Olive, NC 28365 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Hampstead, NC | Andrew King & Co<br>Attn: Managing Agent<br>17230 Hwy 17 N, Ste 102<br>Hampstead, NC 28443 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Greenville, NC | AngelsLove 1, Inc<br>Attn: Managing Agent<br>1005 Strawbrush Rd<br>Rocky Mt, NC 27804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Murfreesboro, TN | Anthony Venti Family Trust<br>Address Redacted |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location -Greenville, NC (Arlington Blvd.) | Arlington Crossing Group, LLC<br>Attn: Managing Agent<br>P.O. Box 188<br>Simpson, NC 27879 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Delco, NC | ATK Grinders, Inc<br>Attn: Managing Agent<br>5570 Livingston Chapel Rd<br>Delco, NC 28436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Low voltage agreement | Automated Systems Design, Inc<br>Attn: Managing Agent<br>775 Goddard Ct<br>Alpharetta, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Fayetteville, NC | Bishop, Dulaney, Joyner and Abner<br>Attn: Managing Agent<br>4521 Sharon Rd, Ste 250<br>Charlotte, NC 28211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location- Farmville, NC | Blackland Investments, LLC<br>Attn: Managing Agent<br>7684 Broad Creek Rd<br>Washington, NC 27889 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Pink Hill, NC | Bog Water, Inc<br>Attn: Managing Agent<br>6018 Hwy 11S<br>Pink Hill, NC 28572 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Tarboro, NC | BoogBeet Inc<br>Attn: Managing Agent<br>2300 Panola St<br>Tarboro, NC 27886 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Pikeville, NC | Booki & Keetz, Inc<br>Attn: Managing Agent<br>136 Fields Rd<br>Pikeville, NC 27863 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Princeton, NC | C&G Force Foods LLC<br>Attn: Managing Agent<br>6135 Park S Dr, Ste 510<br>Charlotte, NC 28210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | Franchise Agreement- Hope Mills, NC | Camnat, Inc<br>Attn: Managing Agent<br>275 Crestwood Ln<br>Raeford, NC 28376 |
| 2.27 | | Lease of copier in Mt. Olive, NC headquarters | Canon Financial Services, Inc<br>Attn: Managing Agent<br>14904 Collections Center Dr<br>Chicago, IL 60693 |
| 2.28 | | Lease- Denham Springs, LA | Captain D's, LLC<br>Attn: Managing Agent<br>624 Grassmere Park Dr, Ste 30<br>Nashville, TN 37211 |
| 2.29 | | Lease- Zachary, LA | Captain D's, LLC<br>Attn: Managing Agent<br>624 Grassmere Park Dr, Ste 30<br>Nashville, TN 37211 |
| 2.30 | | Franchise Agreement- Swansboro, NC | Carolina Neverland, Inc<br>Attn: Managing Agent<br>720 W Pineland Dr<br>Swansboro, NC 28584 |
| 2.31 | | Lease- Waycross, GA | Charles Enterprises, LLC<br>Attn: Managing Agent<br>18800 Hubbard Dr, Ste 200<br>Dearborn, MI 48126 |
| 2.32 | | Service Agreement and Resale of Equipment | Charter Communications Operating, LLC<br>Attn: Managing Agent<br>2626 Glenwood Ave, Ste 550<br>Raleigh, NC 27608 |
| 2.33 | | Lease- Lenoir, NC | Cherokee Ventures, LLC<br>Attn: Managing Agent<br>130 Corinthian Walk<br>Long Beach, CA 90803 |
| 2.34 | | Lease- Hinesville, GA | Chinyeh Rose Holster Trust<br>Address Redacted |

Debtor _____
Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Dunn, NC | Chinyeh Rose Holster Trust<br>Address Redacted |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Murrells Inlet, SC | Chrisis Food Enterprises, LLC<br>Attn: Managing Agent<br>254 Coldwater Cir<br>Myrtle Beach, SC 29588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Sharpsburg, NC | Christina Lane, LLC<br>Attn: Managing Agent<br>2892 Pole Cat Ln<br>Rocky Mount, NC 27803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Goldsboro (III), NC | Cornerstone Development Properties<br>Attn: Managing Agent<br>P.O. Drawer 11359<br>Goldsboro, NC 27532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Grifton, NC | Dainty Pink, Inc<br>Attn: Managing Agent<br>6922 S Highland Ave<br>Grifton, NC 28530 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Lawrenceburg, TN | Dale Byrd<br>9920 E Shore Dr<br>Willis, TX 77318 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location- Benson, NC | Daryl J Gerber<br>445 Bishop St NW<br>Atlanta, GA 30318 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Delivery and promotion agreement /Marketplace agreement | DoorDash, Inc<br>Attn: Managing Agent<br>303 2nd St, S Tower, Ste 800<br>San Francisco, CA 94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Lease of headquarters in Mt. Olive, NC | Double Dimension, LLC<br>Attn: Managing Agent<br>2324 Pandy St SW<br>Huntsville, AL 35801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 5 of 17 |
|---|---|---|

Debtor  _____  
Name

| | | | | |
|---|---|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Leland, NC | East Coast Rising Tides, LLC<br>Attn: Managing Agent<br>5810 Dekker Rd<br>Castle Hayne, NC 28429 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Goldsboro, NC (II) | EJC Limited, Inc<br>Attn: Managing Agent<br>249 Pelt Rd<br>Pikeville, NC 27863 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Boaz, AL | Empire Unlimited<br>Attn: Managing Agent<br>10149 Channel Rd, Ste H<br>Lakeside, CA 92040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Muscle Shoals, AL | EMR Hwy 55 AL LLC<br>Attn: Managing Agent<br>201 Wilshire Blvd, 3rd Fl<br>Santa Monica, CA 90401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Weaverville, NC | Four Future Ventures, LLC<br>Attn: Managing Agent<br>37 Mile Rd<br>Suffern, NY 10901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Wallace, NC | Georgia Longest |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Surf City, NC | Greatest Adventure, LLC<br>Attn: Managing Agent<br>5810 Dekker Rd<br>Castle Hayne, NC 28429 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Laurinburg, NC | Greene Ad-Cal Property LLC<br>Attn: Managing Agent<br>2166 Joyce Ln<br>Fairfield, CA 94534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location- Greenville, NC (10th Street) | Greenville Retail Investment, LLC<br>Attn: Managing Agent<br>410 Mill St, Ste 200, Bldg 1<br>Mt Pleasant, SC 29464 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____
         Name

▮   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Burnsville, NC | Griffin Family Restaurants, Inc<br>Attn: Managing Agent<br>180 Wren Dr<br>Burnsville, NC 28714 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | Franchisee participation agreement | Grubhub Holdings Inc<br>Attn: Managing Agent<br>111 W Washington St, Ste 2100<br>Chicago, IL 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Hampstead, NC | Hampstead Town Center, LLC<br>Attn: Managing Agent<br>188 Wind Chime Ct, Ste 201<br>Raleigh, NC 27615 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | National Account Merchant Processing Agreement | Heartland Payment Systems, LLC<br>Attn: Managing Agent<br>160 Mine Lake Ct<br>Raleigh, NC 27608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Fuquay Varina, NC | Heather Leigh Management, Inc<br>Attn: Managing Agent<br>2009 William Ln<br>Clayton, NC 27520 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Wilson, NC (III) | HNRB, Inc<br>Attn: Managing Agent |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Burlington, NC | Howell's Back Roads, Inc<br>Attn: Managing Agent<br>114 Mill Ridge Rd<br>Providence, NC 27315 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Burlington, NC | Huffman Mill Plaza LP<br>Attn: Managing Agent<br>14600 Weston Pkwy, Ste 200<br>Cary, NC 27513 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Clinton, NC | Hunt Companies, Inc<br>Attn: Managing Agent<br>201A W Railroad St<br>Clinton, NC 28328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 7 of 17 |
| --- | --- | --- |

Debtor _____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease for franchise location -Clayton NC <br><br><br><br> Hwy 42 Properties, LLC <br> Attn: Managing Agent <br> 2719 Graves Dr, Ste 21 <br> Goldsboro, NC 27534 |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Florence, AL <br><br><br><br> Hwy 55 Florence, LLC <br> Attn: Managing Agent <br> 5795 Ulmerton Rd <br> Clearwater, FL 33760 |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Huntington, WV <br><br><br><br> Hwy 55 Huntington, LLC <br> Attn: Managing Agent <br> 5795 Ulmerton Rd <br> Clearwater, FL 33760 |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Franchise Agreement- Greensboro, NC <br><br><br><br> Hwy 55 of Greensboro, LLC <br> Attn: Managing Agent <br> 4306 Britley Ct <br> Greensboro, NC 27406 |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Franchise Agreement- Mebane, NC <br><br><br><br> Hwy 55 of Greensboro, LLC <br> Attn: Managing Agent <br> 3706 Elmsy Ct, Ste 105 <br> Greensboro, NC 27406 |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Valdosta, GA <br><br><br><br> Hwy 55 Valdosta, LLC <br> Attn: Managing Agent <br> 5795 Ulmerton Rd <br> Clearwater, FL 33760 |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Franchise Agreement- Sneads Ferry, NC <br><br><br><br> Hybrid Moments, LLC <br> Attn: Managing Agent <br> 2520 Dawson Cabin Rd <br> Jacksonville, NC 28540 |
| **2.69** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Franchise Agreement- Lexington, SC <br><br><br><br> Jay Webb, Inc <br> Attn: Managing Agent <br> 1792 S Lake Dr <br> Lexington, SC 29073 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Statesville, NC <br><br><br><br> Jaycee Properties LLC <br> Attn: Managing Agent <br> 231 E Alessandro Blvd, Ste A384 <br> Riverside, CA 92508 |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 8 of 17 |

Debtor _____
       Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location- Hope Mills, NC | JDR Associates, LLC<br>Attn: Managing Agent<br>4040 Ed Dr, Ste 201<br>Raleigh, NC 27612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Hillsborough, NC | Jeremanda, LLC<br>Attn: Managing Agent<br>413 Whitsett Ave<br>Gibsonville, NC 27249 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Garner, NC | Jerry Stevens<br>524 Rosewood Dr<br>Smithfield, NC 27577 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Oxford, NC | JMAK Restaurants, Inc<br>Attn: Managing Agent<br>1011 Lewis St<br>Oxford, NC 27565 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Tullahoma, TN | JOFCO, LLC<br>Attn: Managing Agent<br>2225 Castlewood Dr<br>Franklin, TN 37064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Richlands, NC | JR Cottle, Inc<br>Attn: Managing Agent<br>1340 Carolina Dr<br>Rockingham, NC 28379 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Rockingham, NC | JR Cottle, Inc<br>Attn: Managing Agent<br>1340 Carolina Dr<br>Rockingham, NC 28379 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Ennis, TX | Karen C Calcagno<br>P.O. Box 62<br>Soquel, CA 95072 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Brunswick, GA | KKSK, LLC<br>Attn: Managing Agent<br>1103 E Wheel Rd<br>Bel Air, MD 21015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Locust, NC | Larry L Huneycutt <br> 425 E Arrowhead Dr <br> Charlotte, NC 28213 |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease of franchise location - Leland, NC | Leland Retail Development, LLC <br> Attn: Managing Agent <br> 410 Mill St, Ste 200, Bldg 1 <br> Mt Pleasant, SC 29464 |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Franchise Agreement- Kinston, NC | LGP Buckwheat, Inc <br> Attn: Managing Agent <br> 358 Beautancus Rd <br> Mount Olive, NC 28365 |
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Gallatin, TN | Lisa Lutz TTE, IRR Trust <br> Attn: Managing Agent <br> 141 Via Copla <br> Alamo, CA 94507 |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease for franchise location - Rockingham, NC | M&M Rockingham, LLC <br> Attn: Managing Agent <br> 6 Eastwind St, Apt 220 <br> Marina Del Rey, CA 90292 |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Management Agreement- Exclusive Used Cooking Oil | Mahoney Environmental Solutions, LLC <br> Attn: Managing Agent <br> 1200 Internationale Pkwy, Ste 150 <br> Woodridge, IL 60517 |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Wylie, TX | McGrane Living Trust <br> Attn: Managing Agent <br> 5061 Riverdo St <br> Las Vegas, NV 89135 |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease- Fayetteville, TN | Mediterranean MHE, LLC <br> Attn: Managing Agent <br> 1805 Sugarbush Dr <br> Vista, CA 92084 |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Franchise Agreement- Kenly, NC | Mel-Deans, Inc <br> Attn: Managing Agent <br> 301 W Grady St <br> Kenly, NC 27542 |

Debtor _____  _____
        Name

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Raleigh, NC | MKMJ, LLC<br>Attn: Managing Agent<br>4030 Wake Forest Rd, Ste 349<br>Raleigh, NC 27609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Garner, NC | MKMJ, LLC<br>Attn: Managing Agent<br>5908 Skibo Ln<br>Raleigh, NC 27603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | Master services agreement | Mobo Systems, Inc<br>Attn: Managing Agent<br>285 Fulton St, 82nd Fl<br>New York, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Helena, MT | Montana Hwy 55, LLC<br>Attn: Managing Agent<br>695 Jeanne Rd<br>Helena, MT 59602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Fort Payne, AL | Moore Fun Enterprises, Inc<br>Attn: Managing Agent<br>27 Twicwood Ln<br>Queensbury, NY 12804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Wilson, NC | MR Brothers, Inc<br>Attn: Managing Agent<br>3514 Old Mt Olive Hwy<br>Mt Olive, NC 28365 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | Master services agreement | National Telecom Deployments<br>Attn: Managing Agent<br>38283 Mound Rd<br>Sterling Heights, MI 48310 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Mount Olive, NC | Neil Scott 5, LLC<br>Attn: Managing Agent<br>8215 Cushing St<br>Raleigh, NC 27613 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Live Oak, FL | NLA Live Oak, LLC<br>Attn: Managing Agent<br>105 Tallapossa St, Ste 307<br>Montgomery, AL 36104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____
        Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest — Lease-Yulee, FL <br><br> State the term remaining <br><br> List the contract number of any government contract | NLA Yulee, LLC <br> Attn: Managing Agent <br> 105 Tallapossa St, Ste 307 <br> Montgomery, AL 36104 |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement- Farmville, NC <br><br> State the term remaining <br><br> List the contract number of any government contract | Old Skool Management, Inc <br> Attn: Managing Agent <br> 4156 Montague Ave <br> Ayden, NC 28513 |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement-Snow Hill, NC <br><br> State the term remaining <br><br> List the contract number of any government contract | Old Skool Management, Inc <br> Attn: Managing Agent <br> 34 Fryling Avenue SW <br> Concord, NC 28025 |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement- Greenville, NC (Arlington) <br><br> State the term remaining <br><br> List the contract number of any government contract | Old Skool Management, Inc <br> Attn: Managing Agent <br> 322 Meadow Dr <br> Ayden, NC 28513 |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement- Greenville, NC (Smythewyck) <br><br> State the term remaining <br><br> List the contract number of any government contract | Old Skool Management, Inc <br> Attn: Managing Agent <br> 4156 Montague Ave <br> Ayden, NC 28513 |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest — Contract for inventory tracking system <br><br> State the term remaining <br><br> List the contract number of any government contract | ParTech, Inc <br> Attn: Managing Agent <br> 8383 Seneca Turnpike, Ste 3 <br> New Hartford, NY 13413 |
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest — Services agreement <br><br> State the term remaining <br><br> List the contract number of any government contract | Paytronix Systems, Inc <br> Attn: Managing Agent <br> 80 Bridge St <br> Newton, MA 02458 |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest — Fountain Beverage Sales Agreement <br><br> State the term remaining <br><br> List the contract number of any government contract | PepsiCo Sales, Inc <br> Attn: Managing Agent <br> 700 Anderson Hill Rd <br> Purchase, NY 10577 |
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement <br><br> State the term remaining <br><br> List the contract number of any government contract | Performance Food Group, Inc <br> Attn: Managing Agent <br> 12500 W Creek Pkwy <br> Richmond, VA 23238 |

Debtor _____
Name

| | | | |
|---|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | Master Framework Agreement | Portier, LLC<br>Attn: Managing Agent<br>160 Mine Lake Ct, Ste 200<br>Raleigh, NC 27615 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Elizabeth City | Presovian 8, LLC<br>Attn: Managing Agent<br>5060 Bellaire Ave<br>Valley Village, CA 91607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Waycross, GA | R&W Properties III, LP<br>Attn: Managing Agent |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | POS Solutions Agreement | Retail Data Systems<br>Attn: Managing Agent<br>4616 S Main St<br>Ackworth, GA 30101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Lenoir, NC | Riach FTP, LLC et al<br>Attn: Managing Agent<br>130 Corinthian Walk<br>Long Beach, CA 90803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Richlands, NC | Rocky Road Farms II, LLC<br>Attn: Managing Agent<br>1063 Crosspoint Ct<br>San Jose, CA 95125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | Lease-Athens TX | RRL Limited Partnership<br>Attn: Managing Agent<br>P.O. Box 88<br>Edison, CA 93220 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Roanoke Rapids, NC, Butte, MT, Hammond, LA & Hartsville, SC | SCF RC Funding IV LLC<br>Attn: Managing Agent<br>902 Carnegie Blvd, Ste 250<br>Princeton, NJ 08540 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | Sequoia Tax Relief<br>Attn: Managing Agent<br>1490 W 121st Ave, Ste 201<br>Westminster, CO 80234 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  _____ Case number (if known)_____
Name

| | | | |
|---|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Castle Hayne, NC | Simply Rob Two, Inc<br>Attn: Managing Agent<br>6001 Castle Hayne Rd, Ste 4<br>Castle Hayne, NC 28429 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement-Beulaville, NC | Simply Rob, Inc<br>Attn: Managing Agent<br>285 Potters Hill Rd<br>Richlands, NC 28574 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Whiteville, NC | Sims & Co, Inc<br>Attn: Managing Agent<br>205 E 8th St<br>Tabor City, NC 28463 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Greenville, NC (Smythewick Dr) | Smythewyck Properties, LLC<br>Attn: Managing Agent<br>P.O. Box 2549<br>Greenville, NC 27836 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | | Southern Kitchen Restaurants Group<br>Attn: Managing Agent<br>60 E Conolly Ct<br>Hampstead, NC 28443 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Sysco Food<br>Attn: Managing Agent<br>1032 Baugh Rd<br>Selma, NC 27576 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Service agreement for Recruiting Platform | TalentReef, Inc<br>Attn: Managing Agent<br>950 17th St, Ste 700<br>Denver, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Lease- Rocky Mount, NC | TBF Group Shutters Creek, LLC<br>Attn: Managing Agent<br>175 Great Neck Rd, Ste 201<br>Great Neck, NY 11021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Lease-Crossville, TN | The Patrick H Bitter Trust<br>Attn: Managing Agent<br>103 Eureka Canyon Rd<br>Watsonville, CA 95076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement- Shallotte, NC <br> State the term remaining <br> List the contract number of any government contract | Tidal Creeks Management, INC <br> Attn: Managing Agent <br> 1313 Westgate Dr, Apt 311 <br> Leland, NC 28451 |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement- Sanford, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 275 Cottle Dr <br> Coats, NC 27521 |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest    Franchsie Agreement- Cameron, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 275 Cottle Lake Dr <br> Coats, NC 27521 |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement- Clayton, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 275 Cottle Lake Dr <br> Coats, NC 27521 |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement-Knightdale, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 275 Cottle Lake Dr <br> Coats, NC 27521 |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement- Dunn, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 275 Cottle Lake Dr <br> Coats, NC 27521 |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement-McGee's Crossroads, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 1536 N Main St <br> Lillington, NC 27546 |
| **2.132** State what the contract or lease is for and the nature of the debtor's interest    Franchise Agreement- Lillington, NC <br> State the term remaining <br> List the contract number of any government contract | Tiny Frog, Inc <br> Attn: Managing Agent <br> 275 Cottle Lake Dr <br> Coats, NC 27521 |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest    Master agreement <br> State the term remaining <br> List the contract number of any government contract | Toast, Inc <br> Attn: Managing Agent <br> 333 Summer St <br> Boston, MA 02210 |

Debtor _____  Case number (if known) _____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.134** State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement- Wallace, NC<br>State the term remaining<br>List the contract number of any government contract | Trace Management, Inc<br>Attn: Managing Agent<br>P.O. Box 10<br>Wallace, NC 28466 |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest — Lease- Marion, NC<br>State the term remaining<br>List the contract number of any government contract | TWP PCP Marion Retail, LLC<br>Attn: Managing Agent<br>445 Bishop St NW<br>Atlanta, GA 30318 |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest — Lease- Tullahoma, TN<br>State the term remaining<br>List the contract number of any government contract | TWP PCP Tull Retail, LLC<br>Attn: Managing Agent<br>445 Bishop St NW<br>Atlanta, GA 30318 |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest — Lease- Wilkesboro, NC<br>State the term remaining<br>List the contract number of any government contract | TWP PCP Wilkes Retail, LLC<br>Attn: Managing Agent<br>445 Bishop St NW<br>Atlanta, GA 30318 |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest — Lease- Zebulon, NC<br>State the term remaining<br>List the contract number of any government contract | TWP PCP Zeb Retail, LLC<br>Attn: Managing Agent<br>2964 Peachtree Rd NW, Ste 650<br>Atlanta, GA 30305 |
| **2.139** State what the contract or lease is for and the nature of the debtor's interest — Standard Merchant Agreement<br>State the term remaining<br>List the contract number of any government contract | Verifone, Inc<br>Attn: Managing Agent<br>88 W Plumeria Dr<br>San Jose, CA 95134 |
| **2.140** State what the contract or lease is for and the nature of the debtor's interest — Lease- Fayetteville, NC<br>State the term remaining<br>List the contract number of any government contract | VTMS, LLC<br>Attn: Managing Agent<br>11220 Elm Ln, Ste 200<br>Charlotte, NC 28277 |
| **2.141** State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement- Georgetown, SC<br>State the term remaining<br>List the contract number of any government contract | WA Boatman Food Corp<br>Attn: Managing Agent<br>37 Sugarberry Ln<br>Pawleys Island, SC 29585 |
| **2.142** State what the contract or lease is for and the nature of the debtor's interest — Lease- New Bern, NC<br>State the term remaining<br>List the contract number of any government contract | Wellons Sisters, LLC<br>Attn: Managing Agent<br>P.O. Box 1018<br>Morehead City, NC 28557 |

Debtor _____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.143** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Raleigh, NC | Widewaters Forestville Co, LLC<br>Attn: Managing Agent<br>5845 Widewaters Pkwy, Ste 100<br>East Syracuse, NY 13057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.144** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Four Oaks, NC | William R Jones<br>P.O. Box 393<br>Pine Level, NC 29464 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.145** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Morehead City, NC | Wilson Creek Realty<br>Attn: Managing Agent<br>P.O. Box 149<br>Beaufort, NC 28516 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Lenoir, NC | WNC 55 Management, Inc<br>Attn: Managing Agent<br>4869 Doe Hill Pl<br>Lenoir, NC 28645 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Oxford, NC and Lexington, SC | WRS Centers Shops, LLC<br>Attn: Managing Agent<br>550 Long Point Rd<br>Mt Pleasant, SC 29464 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | Lease- Guntersville, AL | Wyeth & Woodview, LLC<br>Attn: Managing Agent<br>4875 E La Palma Ave, Ste 602<br>Anaheim, CA 92807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement- Nashviile, NC | Yes Dear, LLC<br>Attn: Managing Agent<br>886 Cobble Ridge Rd<br>Nashville, NC 27856 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | Lease for franchise location - Conover, NC | YK Group Properties, LLC<br>Attn: Managing Agent<br>P.O. Box 407<br>Tobaccoville, NC 27050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name: <u>The Little Mint, Inc.</u></td></tr>
<tr><td>United States Bankruptcy Court for the <u>Eastern</u> Division, District of <u>North Carolina</u></td></tr>
<tr><td>Case number (If known): <u>24-04510</u></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes.

**2.**     In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Anthony Venti Family Trust | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 Michelle Rose, Inc | | Blackland Investments, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 A&E Vends, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | Captain D's, LCC | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Dylan James Mgmt, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | Captain D's, LCC | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Moon Unit, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | Captain D's, LCC | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Captain D's, LCC | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 Karen Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Centra Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Centra Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Centurion Equity Partners, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.10 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Centurion Equity Partners, LLC | ☐ D<br>☐ E/F<br>☑ G |

Debtor _____  Case number (if known) _____
           Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.11 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Cherokee Ventures, LLC | ☐ D ☐ E/F ☐ G |
| 2.12 Moon Unit, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | Corporation Service Co | ☑ D ☐ E/F ☐ G |
| 2.13 Moon Unit, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | Corporation Service Co | ☑ D ☐ E/F ☐ G |
| 2.14 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | DD-FTM, LLC | ☐ D ☐ E/F ☑ G |
| 2.15 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | EMR Hwy 55 AL, LLC | ☐ D ☐ E/F ☑ G |
| 2.16 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | EMR Hwy 55 AL, LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Hwy 55 Boaz, LLC | ☐ D ☑ E/F ☐ G |
| 2.18 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Hwy 55 Boaz, LLC | ☐ D ☐ E/F ☑ G |
| 2.19 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Hwy 55 Commonwealth, LLC | ☐ D ☐ E/F ☑ G |
| 2.20 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Hwy 55 Florence, LLC | ☐ D ☑ E/F ☐ G |
| 2.21 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Hwy 55 Florence, LLC | ☐ D ☐ E/F ☑ G |
| 2.22 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Jaycee Investments LLC | ☐ D ☑ E/F ☐ G |
| 2.23 Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Jaycee Properties LLC | ☐ D ☐ E/F ☑ G |

Official Form 206H    Schedule H: Codebtors    Page 2 of 6

Debtor

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.24 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | JDR Associates, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.25 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Johnson Breeders, Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | KKSK, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.27 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Larry L Huneycutt | ☐ D<br>☐ E/F<br>☑ G |
| 2.28 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Lisa Lutz TTE, IRR Trust | ☐ D<br>☐ E/F<br>☑ G |
| 2.29 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | McGrane Living Trust | ☐ D<br>☐ E/F<br>☑ G |
| 2.30 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | McGrane Living Trust | ☐ D<br>☐ E/F<br>☑ G |
| 2.31 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Mediterranean MHE, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.32 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Net Lease Associates, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.33 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | Net Lease Associates-Mt Olive, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.34 | Dylan James Mgmt, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | North Mill Credit Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.35 | Moon Unit, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | North Mill Credit Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.36 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | RAM-Ft Payne Devel Partners, LLC | ☐ D<br>☐ E/F<br>☑ G |

Debtor _____
        Name

█ **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.37 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | RRL Limited Partnership | ☐ D<br>☐ E/F<br>☐ G |
| 2.38 | Moon Unit, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | SCF RC Funding IV, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.39 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP Hines Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.40 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP Kings Retail, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.41 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP Kings Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.42 | Tiny Frog, Inc | Attn: Managing Agent<br>275 Cottle Lake Dr<br>Coats, NC 27521 | TWP PCP Clay Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.43 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Cross Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.44 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Dunn Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.45 | Tiny Frog, Inc | Attn: Managing Agent<br>275 Cottle Lake Dr<br>Coats, NC 27521 | TWP PCP Dunn Retail, LLC | ☐ D<br>☐ E/F<br>☐ G |
| 2.46 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP EC Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.47 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Marion Retail, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.48 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Mocks Retail, LCC | ☐ D<br>☐ E/F<br>☑ G |
| 2.49 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP San Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |

| Official Form 206H | Schedule H: Codebtors | Page 4 of 6 |
|---|---|---|

Debtor _____
             Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.50 | Tiny Frog, Inc | Attn: Managing Agent<br>275 Cottle Lake Dr<br>Coats, NC 27521 | TWP PCP San Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.51 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Tull Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.52 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Weav Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.53 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Wilkes Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.54 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP PCP Zeb Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.55 | Tiny Frog, Inc | Attn: Managing Agent<br>275 Cottle Lake Dr<br>Coats, NC 27521 | TWP PCP Zeb Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.56 | JR Cottle, Inc | Attn: Managing Agent<br>746 US Hwy 74 Business E<br>Rockingham, NC 28379 | TWP Rock Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.57 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | TWP Rock Retail, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.58 | Dylan James Mgmt, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.59 | Karen Moore | P.O. Box 619<br>Mt Olive, NC 28365 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.60 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.61 | Kenneth K Moore | P.O. Box 619<br>Mt Olive, NC 28365 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.62 | Moon Unit, Inc | Attn: Managing Agent<br>102 Commercial Ave<br>Mt Olive, NC 28365 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                 Schedule H: Codebtors                 Page 5 of 6

Debtor _____
        Name

■  **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.63  Kenneth K Moore | P.O. Box 619 <br> Mt Olive, NC 28365 | Wyeth & Woodview, LLC | ☐ D <br> ☐ E/F <br> ☑ G |

| Official Form 206H | Schedule H: Codebtors | Page 6 of 6 |
|---|---|---|

| | |
|---|---|
| Debtor name: **The Little Mint, Inc.** | |
| United States Bankruptcy Court for the <u>Eastern</u> Division, District of <u>North Carolina</u> | |
| Case number (If known): <u>24-04510</u> | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property*   (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*   (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*   (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*   (Official Form 206 G)
- ☑ *Schedule H: Codebtors*   (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*   (Official Form 206Sum)
- ☐ *Amended Schedule*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I, the of the The Little Mint, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 172 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| Executed on: | Friday, February 14th, 2025 | Signature | /s/  Kenneth Moore |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Kenneth Moore |
| | | Title | President |