**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-04510-5-JNC |
| THE LITTLE MINT, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF PROPOSED PUBLIC SALE OF PERSONAL PROPERTY**
**AND NOTICE OF COMPENSATION TO AUCTIONEER**

1. Per Bankruptcy Rules 2002(a), 6004 and 6007 and 11 U.S.C. § 363, notice is hereby given of the proposed public sale filed simultaneously herewith (the "Motion for Sale") of certain personal property of The Little Mint, Inc. (the "Debtor") as more particularly defined in the Motion and referred to in the collective as the "Property".

2. Notice is further given that pending approval of the Motion for Sale, filed simultaneously herewith, the Debtor proposes to sell the Property at a public auction held on **Wednesday, April 23, 2025 at 10:00 a.m. or shortly thereafter at the Country Boys Auction & Realty, Inc., located at 1211 W. 5th St. Washington, N.C. 27889**, as may further be detailed in the advertisements and notices by the Auctioneer.

3. On February 3, 2024, the Debtor filed an Application to Employ and Compensate Mike Gurkins and Country Boys Auction & Realty Company, Inc. as Auctioneer in this bankruptcy case. The application employing the Auctioneer seeks authorization for commission at the following fixed rates:

    PERSONAL PROPERTY
    20% of first $20,000.00
    10% of the next $50,000.00
    8% of balance

4. The above scale includes compensation for all expenses associated with conducting a sale, such as advertising, fliers, postage mailing, electronic mail and signage. The Auctioneer may apply to the Court for additional expenses such as hauling, repairs, locksmiths, and expenses incurred for preserving the subject Property.

Dated: March 11, 2025                    **HENDREN, REDWINE & MALONE, PLLC**

                                         */s/ Lydia C. Stoney*
                                         Jason L. Hendren (NC State Bar No. 26869)
                                         Rebecca Redwine Grow (NC State Bar No. 37012)
                                         Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                         Lydia C. Stoney (NC State Bar No. 56697)

4600 Marriott Drive, Suite 150  
Raleigh, NC 27612  
Telephone: (919) 420-7867  
Email: jhendren@hendrenmalone.com  
      rredwine@hendrenmalone.com  
      bwaller@hendrenmalone.com  
      lstoney@hendrenmalone.com  
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-04510-5-JNC |
| **THE LITTLE MINT, INC.** ) | |
| ) | **Chapter 11** |
| Debtor. ) | |

**NOTICE OF PROPOSED PUBLIC SALE**

NOTICE IS HEREBY GIVEN of the **NOTICE OF PROPOSED PUBLIC SALE** filed simultaneously herewith in the above captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Notice may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **TWENTY-ONE (21) DAYS** of the date of this Notice; and,

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the notice and response thereto. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed Court costs. If no request for a hearing is timely filed, the Court may rule on the notice and response thereto *ex parte* without further notice. Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

Dated: March 11, 2025

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Lydia C. Stoney*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Stoney (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lstoney@hendrenmalone.com
*Counsel for the Debtor*

# CERTIFICATE OF SERVICE

I, Lydia C. Stoney, of 4600 Marriott Drive, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 11th day of March, 2025, I served copies of the foregoing Debtor's Notice of Proposed Public Sale on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: March 11, 2025

**HENDREN, REDWINE & MALONE, PLLC**

*/s/* Lydia C. Stoney
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Stoney (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
          lstoney@hendrenmalone.com
*Counsel for the Debtor*

| | |
|---|---|
| Brian C. Behr<br>Office of the Bankruptcy Administrator<br>Via CMECF | Glenn A. Barfield<br>Counsel for Four Futures Ventures, LLC<br>Via CMECF |
| John C. Bircher, III<br>Counsel for 1050 Holdings, LLC<br>& Presovian 8, LLC<br>Via CMECF | Brian D. Darer<br>Counsel for Performance Food Group, Inc.<br>and TWP entities<br>Via CMECF |
| Dennis A. Dressler<br>Counsel for KLC Financial, LLC<br>Via CMECF | R. Gregg Edwards<br>Counsel for Airport Plaza NC, LLC & BTMS<br>Via CMECF |
| Paul A. Fanning<br>Counsel for Ward & Smith, P.A.<br>Via CMECF | Jake R. Garris<br>Counsel for Calcagno Living Trust<br>and Karen Calgano<br>Via CMECF |

| | |
|---|---|
| Benjamin Higgins<br>Counsel for U.S. SBA<br>Via CMECF | Thomas B. Humphries<br>Counsel for Wyeth & Woodview, LLC and Empire Unlimited<br>Via CMECF |
| James S. Livermon<br>Counsel for Wyeth & Woodview, LLC and Empire Unlimited<br>Via CMECF | Pamela P. Keenan<br>Counsel for KKSK, LLC<br>Via CMECF |
| Frank B.B. Knowlton<br>Counsel for Double Dimension, L.L.C.<br>Via CMECF | Michael S. Myers<br>Counsel for SCF RC Funding IV LLC<br>Via CMECF |
| Brandon S. Neuman<br>Counsel for Double Dimension, L.L.C<br>Via CMECF | John A. Northen<br>Vicki L. Parrott<br>Counsel for Johnson Breeders, Inc.<br>Via CMECF |
| Julie Anne Pearson<br>Counsel for County of Henderson, TX<br>Via CMECF | Kenneth D. Peters<br>Counsel for Alliance Funding Group and LEAF Capital Funding, LLC<br>Via CMECF |
| Richard A. Prosser<br>Counsel for NEL Financial LLC<br>Via CMECF | Ernest C. Richardson, IV<br>Counsel for Jaycee Investments LLC<br>Via CMECF |
| Graham H. Stieglitz<br>Counsel for American Commerce Bank<br>Via CMECF | Andrew W.J. Tarr<br>Counsel for 1586 Glendewar, LLC<br>Via CMECF |
| Landon Van Winkle<br>Counsel for SCF RV Funding IV LLC<br>Via CMECF | Mason P. Veal<br>Counsel for American Commerce Bank<br>Via CMECF |
| Jill C. Walters<br>Counsel for R&W Properties III, L.P.<br>Via CMECF | Stuart F. Wilson-Patton<br>Counsel for TN Dept. of Revenue<br>Via CMECF |
| Ryan J. Adams<br>William F. Braziel, III<br>Counsel for TN Capital, LLC<br>Via CMECF | Paul E. Davis<br>Counsel for TCP Leasing, Inc.<br>Via CMECF |
| Joseph Z. Frost<br>Counsel for Austin Business Finance, LLC<br>Via CMECF | Jennifer B. Lyday<br>Ciara L. Rogers<br>Counsel for the Official Unsecured Creditor's Committee<br>Via CMECF |
| Dirk W. Siegmund<br>Counsel for Alliance Funding Group<br>Via CMECF | David F. Mills<br>Counsel for Hwy 55 of Tennessee, Inc.<br>Via CMECF |
| JB&B Capital, LLC<br>Attn: Managing Agent<br>109 S. Northshore Dr, Ste 200<br>Knoxville, TN 37919 | Corporation Service Co<br>Attn: Managing Agent<br>P.O. Box 2576<br>Springfield, IL 62708 |

| | |
|---|---|
| CT Corp<br>Attn: Managing Agent<br>330 N. Brand Blvd, Ste 700<br>Glendale, CA 91203 | Beach Hutch, LLC<br>Attn: Managing Agent<br>4700 Pemberton Dr<br>Raleigh, NC 27609 |
| Navitas Credit Corp.<br>Attn: Managing Agent<br>201 Executive Center Dr, Ste 100<br>Columbia, SC 29210 | Dext Capital, LLC<br>Attn: Managing Agent<br>4000 Kruse Way Pl, Bldg 3, Ste 100<br>Lake Oswego, OR 97035 |
| Mitsubishi HC Capital America, Inc.<br>Attn: Managing Agent<br>7201 Metro Blvd., Ste 800<br>Minneapolis, MN 55439 | Macquarie Equipment Capital<br>Attn: Managing Agent<br>1301 Riverplace Blvd<br>Jacksonville, FL 32207 |
| North Mill Credit Trust<br>Attn: Managing Agent<br>9 Executive Cir, Ste 230<br>Irvine, CA 92614 | Marlin Leasing Corp<br>Attn: Managing Agent<br>300 Fellowship Road<br>Mt Laurel, NJ 08054 |
| Great America Financial Services Corp<br>Attn: Managing Agent<br>625 1st Street<br>Cedar Rapids, IA 52401 | M2 Equipment Finance<br>Attn: Managing Agent<br>20800 Swenson Dr, Ste 475<br>Waukesha, WI 53186 |
| Advantage Leasing<br>Attn: Managing Agent<br>13400 Bishop's Ln, Ste 280<br>Brookfield, WI 53005 | North Star Leasing<br>Attn: Managing Agent<br>P.O. Box 4505<br>Burlington, VT 05406 |
| New Equipment Leasing, Inc.<br>Attn: Managing Agent<br>2880 Thornhills Ave SE<br>Grand Rapids, MI 49546 | The Patrick H. Bitter Trust<br>Attn: Managing Agent<br>103 Eubanks Canyon Road<br>Watsonville, CA 95076 |
| Institution Food House, Inc.<br>Attn: Managing Agent<br>543 12th Street Dr NW<br>Hickory, NC 28601 | Data Systems, Inc.<br>Attn: Managing Agent<br>6615 118th Street, Ste 100<br>Omaha, NE 68137 |